J. ALEXANDER LAWRENCE
ALawrence@mofo.com
MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone: 212.468.8000
Facsimile: 212.468.7900

WILLIAM FRENTZEN (*pro hac vice* forthcoming)
WFrentzen@mofo.com
MICHAEL BURSHTEYN (*pro hac vice* forthcoming)
MBurshteyn@mofo.com
LARA MCDONOUGH (*pro hac vice* forthcoming)
LMcDonough@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105
Telephone: 415.268.7000
Facsimile: 415.268.7500

RAFAEL YAKOBI (*pro hac vice* forthcoming)
rafael@thecryptolawyers.com
THE CRYPTO LAWYERS, PLLC
848 Brickell Avenue, Penthouse 5
Miami, Florida 33131
Telephone: 619.317.0722

*Attorneys for Plaintiff Mango Labs, LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| MANGO LABS, LLC,<br><br>　　　　　　　　Plaintiff,<br><br>　　-against-<br><br>AVRAHAM EISENBERG,<br><br>　　　　　　　　Defendant. | Civ No. 23-cv-665<br><br>**ORDER TO SHOW CAUSE FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** |

Upon the memorandum of law in support of Mango Labs, LLC, the affidavits, Rodrigo Barbara, Dafydd Durairaj, and Michael Burshteyn, together with the exhibits annexed thereto, sworn to the 24 and 25 days of January, 2023, and upon the copy of the complaint hereto annexed, it is

ORDERED, that the above named defendant show cause before this Court, at Room _____, United States Courthouse, 500 Pearl Street, in the City, County and State of New York, on _____, \_\_\_, _____, at _____ o'clock in the _____ noon thereof, or as soon thereafter as counsel may be hear, why an order should not be issued pursuant to Rule 65 of the Federal Rules of Civil Procedure enjoining the defendant during the pendency of this action from selling, liquidating, transferring, pledging, or otherwise encumbering the $47 million dollars worth of digital assets that Defendant allegedly converted from Mango Markets; and it is further

ORDERED that, sufficient reason having been shown therefor, pending the hearing of plaintiff's application for a preliminary injunction, pursuant to Rule 65, Fed. R. Civ. P., the defendant is temporarily restrained and enjoined from selling, liquidating, transferring, pledging, or otherwise encumbering the $47 million dollars worth of digital assets that Defendant allegedly converted from Mango Markets; and it is further

ORDERED that service of a copy of this order together with the papers upon which it is based upon the defendant wherever he may be in federal custody at the time of service or his counsel Manuel San-Juan-DeMartino, Manuel San Juan Law Office, San Juan, Puerto Rico by overnight mail at 206 Calle Tetuan Suite 902, Edificio Banco Popular, San Juan, Puerto Rico 00901 on or before _____ o'clock in the \_\_\_\_ noon, _____, _____, _____, shall be deemed good and sufficient service thereof.

DATED:   New York, New York

ISSUED: _____

_____
United State District Judge