# EXHIBIT A

🔒 Page Vault

| | |
|---|---|
| Document title: | (1) Avraham Eisenberg on Twitter: "Statement on recent events: I was involved with a team that operated a highly profitable trading strategy last week." / Twitter |
| Capture URL: | https://twitter.com/avi_eisen/status/1581326197241180160?ref_src=twsrc%5Etfw%7Ctwcamp%5Etweetembed%7Ctwterm%5E1581326197241180160%7Ctwgr%5Ef4b6523f61a0bc0cc3c9abef7a7a5b995a10c0cb%7Ctwcon%5Es1_&ref_url=https%3A%2F%2Ftodayincrypto.com%2Funcategorized%2Fhacker-who-stole-114-million-from-mango-markets-reveals-himself-and-returns-the-majority-of-the-funds%2F |
| Page loaded at (UTC): | Tue, 03 Jan 2023 21:05:00 GMT |
| Capture timestamp (UTC): | Tue, 03 Jan 2023 21:07:54 GMT |
| Capture tool: | 10.17.4 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/106.0.5249.199 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.16.0) |
| PDF length: | 33 |
| Capture ID: | 9Vx1H36XsjGVyHqp5hjGGV |
| User: | mofo-eminnick |

PDF REFERENCE #:      o8MVVonsb6sx7BPEtXQKoF



Thread

**Avraham Eisenberg**
@avi_eisen

Statement on recent events:

I was involved with a team that operated a highly profitable trading strategy last week.

4:48 PM · Oct 15, 2022

**291** Retweets **460** Quote Tweets **1,903** Likes

Tweet your reply

Reply

**Avraham Eisenberg** @avi_eisen · Oct 15, 2022
Replying to @avi_eisen
I believe all of our actions were legal open market actions, using the protocol as designed, even if the development team did not fully anticipate all the consequences of setting parameters the way they are.
29 82 299

**Avraham Eisenberg** @avi_eisen · Oct 15, 2022
Unfortunately, the exchange this took place on, Mango Markets, became insolvent as a result, with the insurance fund being insufficient to cover all liquidations. This led to other users being unable to access their funds.
10 16 229

**Avraham Eisenberg** @avi_eisen · Oct 15, 2022
To remedy the situation, I helped negotiate a settlement agreement with the insurance fund with the goal of making all users whole as soon as possible as well as recapitalizing the exchange.
3 10 235

**Avraham Eisenberg** @avi_eisen · Oct 15, 2022
This is similar to how auto deleveraging works on exchanges such as Binance and Bitmex, clawing back some profits from profitable traders in order to ensure all users funds are protected.
5 6 229

**Avraham Eisenberg** @avi_eisen · Oct 15, 2022
As a result of this agreement, once the Mango team finishes processing, all users will be able to access their deposits in full with no loss of funds.
31 25 439

**Aletheia Veritas** @aletheiaverita · Oct 15, 2022
Replying to @avi_eisen
There are lot of people that say "wow, good job" but you're taking the money of little investors (retail).

These are regular people that you're hurting and you're saying 'it's okay'. It's like being a self-righteous Mashinsky or Do Kwon.

#Mango #Solana #DeFi #cryptocurrency
4 28

**Avraham Eisenberg** @avi_eisen · Oct 15, 2022
Replying to @aletheiaverita

**Avraham Eisenberg** @avi_eisen · Oct 15, 2022

Relevant people

**Avraham Eisenberg**
@avi_eisen
Follow
Applied game theorist. blog occasionally at deepfivalue.substack.com, formerly misinfounderload.substack.com "not ... a very serious person" - Scott Alexander

What's happening

Premier League · LIVE
**Manchester United vs AFC Bournemouth**

Trending in United States
**Praying for Hamlin**
307K Tweets

Sports · Trending
**Casemiro**
29.8K Tweets

Trending in United States
**For Damar**
968K Tweets

Trending in United States
**Cancel**
170K Tweets

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2023 Twitter, Inc.



















Thread

Search Twitter

**Avraham Eisenberg** @avi_eisen · Oct 15, 2022
Replying to @aletheiaverita

> **Avraham Eisenberg** @avi_eisen · Oct 15, 2022
> Would like to emphasize this point - no users are losing funds
> twitter.com/avi_eisen/stat...

3 · 16

Show replies

**ZachXBT** @zachxbt · Oct 15, 2022
Replying to @avi_eisen
🤡

karlstack.substack.com/p/anatomy-of-a...

> **Value Kingdom** @valuekingdom33 · Feb 8, 2022
> 1/ Welcome to the FortressDAO.
> In this thread, I will do my best to give an overview on what is going on with Fortress right now and how, I believe, its doxed lead developer is actively abusing his powers to take as much money from it as he possibly can
> Show this thread

21 · 29 · 692

**Cope (new, year)** @Timccopeland · Oct 15, 2022
Replying to @avi_eisen

5 · 40 · 737

Show replies

**Casey Cathcart** @caseycathcart78 · Oct 15, 2022
Replying to @avi_eisen
Spoofing, insider trading, and market manipulation are also "highly-profitable trading strategies". They're also unethical and illegal. Best of luck defending yourself, in the courtroom and from ripped-off users of Mango. The consequences will catch up to you.

1 · 9

Show replies

**Relevant people**

**Avraham Eisenberg** @avi_eisen
Follow
Applied game theorist. blog occasionally at deepfivalue.substack.com, formerly misinfounderload.substack.com "not ... a very serious person" - Scott Alexander

**What's happening**

Premier League · LIVE
**Manchester United vs AFC Bournemouth**

Trending in United States
**Praying for Hamlin**
307K Tweets

Sports · Trending
**Casemiro**
29.8K Tweets

Trending in United States
**For Damar**
968K Tweets

Trending in United States
**Cancel**
170K Tweets

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2023 Twitter, Inc.

Thread

defending yourself, in the courtroom and from ripped-off users of Mango. The consequences will catch up to you.

1 9

Show replies

**Jon Cole** @Joncole23 · Oct 15, 2022
Replying to @avi_eisen
Trading strategy 😂😂

1

Show replies

**Ari Paul** @AriDavidPaul · Oct 16, 2022
Replying to @avi_eisen
Regardless of the legality, I'll offer a friendly suggestion. You have rare talent. If you spend that talent building instead of playing zero sum (or negative) games, you'll have a lot more pride in what you've done with your life in a decade and two.

10 6 175

**Ari Paul** @AriDavidPaul · Oct 16, 2022
Replying to @AriDavidPaul and @avi_eisen
2/ I say this as someone who's played a lot of zero sum games - poker, trading, etc. Wish I had shifted to building (in the broadest sense) a decade earlier. Making money is cool. Making money doing things you're proud of is a lot cooler.

7 14 192

Show replies

**Delta** @deltaxbt · Oct 15, 2022
Replying to @avi_eisen
Mofo you gonna trigger everyone against us Jews again

8 2 218

**Lubow** @Lubow2 · Oct 15, 2022
Replying to @avi_eisen
I hope you have a good lawyer sir

Imo your attempt to buy goodwill falls short, you've knowingly acted illegally and immorally and you deserve the worst legal consequences possible

Code is not law. Chancers like yourself make participation in DeFi too risky for most ppl. Shame

7 2 76

**RBQ (🐼,🐧,🐵)** @0x_INTP · Oct 15, 2022
Replying to @avi_eisen
Did you publicly admit to the elements of a crime on advice of counsel, or are you just winging it here?

2 1 37

**Patrick Collins** @PatrickAlphaC · Oct 15, 2022
Replying to @avi_eisen
To all other developers reading this thread, please do not follow this person's precedent.

If you find a way to drain a protocol to insolvency, please reach out to the dev team and responsibly disclose.

Regardless of "code is law" this is not ok, and pushes web3 backwards.

17 18 319

**Phatal187** @phatal187 · Oct 15, 2022

## Relevant people

**Avraham Eisenberg** @avi_eisen Follow
Applied game theorist. blog occasionally at deepfivalue.substack.com, formerly misinfounderload.substack.com "not ... a very serious person" - Scott Alexander

## What's happening

Premier League · LIVE
**Manchester United vs AFC Bournemouth**

Trending in United States
**Praying for Hamlin**
307K Tweets

Sports · Trending
**Casemiro**
29.8K Tweets

Trending in United States
**For Damar**
968K Tweets

Trending in United States
**Cancel**
170K Tweets

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2023 Twitter, Inc.

Thread

Search Twitter

Regardless of "code is law" this is not ok, and pushes web3 backwards.

17 18 319

**Phatal187** @phatal187 · Oct 15, 2022

Replying to @avi_eisen

All crypto is now treated by @SECGov as securities. Therefore, if you manipulated a security thats illegal.

Just like if you manipulated a bank portal or stocks through a code bug, you are still in trouble. You should delete this and seek counsel :)

5 9

**Ramakanth Gade** @ramakanthgade · Oct 18, 2022

Replying to @avi_eisen

Have you ever considered the secondary effects of doing such hacks? The minute someone heard their funds are lost, someone might have had a heart attack, someone might have been ready to withdraw their funds for medical emergency and because of you they couldn't!

4 2

**Bitfinex'ed 🔥🐧 Κασσάνδρα** @Bitfinexed · Oct 15, 2022

Replying to @avi_eisen

1 12

Show replies

**0xbunny intern** 🐇 @BackTheBunny · Dec 28, 2022

Replying to @avi_eisen

> **0xbunny intern** 🐇 @BackTheBunny · Dec 27, 2022
>
> So it turns out "highly profitable trading strategy" is an illegal hack. Obviously.
>
> Using a system as it was intended matters.
>
> We wrote up thoughts on this in our blog on a mental + moral framework to assess hacks vs trading strats vs short squeezes.
> Reflections: 🧵🐇
>
> Show this thread

## Relevant people

**Avraham Eisenberg** @avi_eisen Follow

Applied game theorist. blog occasionally at deepfivalue.substack.com, formerly misinfounderload.substack.com "not ... a very serious person" - Scott Alexander

## What's happening

Premier League · LIVE
**Manchester United vs AFC Bournemouth**

Trending in United States
**Praying for Hamlin**
307K Tweets

Sports · Trending
**Casemiro**
29.8K Tweets

Trending in United States
**For Damar**
968K Tweets

Trending in United States
**Cancel**
170K Tweets

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2023 Twitter, Inc.

Thread

Search Twitter

2

**ChainLinkGod.eth** @ChainLinkGod · Oct 15, 2022
Replying to @avi_eisen
Rebranding market manipulation that resulted in a protocol's insolvency as a "highly profitable trading strategy" is a bold move

While Mango should have had more risk mitigation processes in place, coercing a $47M bounty from the protocol seems less than ethical

3 2 191

Show replies

**MaskedEconomist** @MaskedEcon · Dec 27, 2022
Replying to @avi_eisen
Nice - this is a great confession for the market manipulation charges

7

**John Smith** @johnsmithwhy · Dec 28, 2022
Replying to @avi_eisen
Yeah, still fraud.

**Robert D. Tables** @appendwob · Dec 28, 2022
Replying to @avi_eisen
Well then.. this aged well

1

**K A L E O** @CryptoKaleo · Oct 15, 2022
Replying to @avi_eisen
I'm no attorney, but gl w/ this one king.

## What Is Manipulation?

Market manipulation is conduct designed to deceive investors by controlling or artificially affecting the price of securities. [1] Manipulation is illegal in most cases, but it can be difficult for regulators and other authorities to detect and prove.

Market manipulation may involve factually false statements as well, but it always seeks to influence prices in order to mislead other market participants. [2]

4 2 42

Show replies

**Mr. Papi** @1MrPapi · Oct 16, 2022
Replying to @avi_eisen
So basically the same as the Indexed Hacker from Canada.

Homeboy swore he would hire "elite crypto lawyers" because "code is law"
...

## Relevant people

**Avraham Eisenberg** @avi_eisen
Follow
Applied game theorist. blog occasionally at deepfivalue.substack.com, formerly misinfounderload.substack.com "not ... a very serious person" - Scott Alexander

## What's happening

Premier League · LIVE
**Manchester United vs AFC Bournemouth**

Trending in United States
**Praying for Hamlin**
307K Tweets

Sports · Trending
**Casemiro**
29.8K Tweets

Trending in United States
**For Damar**
968K Tweets

Trending in United States
**Cancel**
170K Tweets

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ...
© 2023 Twitter, Inc.

← Thread

Search Twitter

**Mr. Papi** @TMPapi · Oct 16, 2022
Replying to @avi_eisen
So basically the same as the Indexed Hacker from Canada.

Homeboy swore he would hire "elite crypto lawyers" because "code is law"
...

A year later he is in hiding to never see his family again, on the run from police and never reported back to court.

Code is law.. my ass.

1

**14..** ❓ @0xGuava · Dec 29, 2022
Replying to @avi_eisen
You going to jail bro

**CryptoBrawler** 🥊 @CryptoBrawler · Dec 27, 2022
Replying to @avi_eisen
Dont drop the soap sir

1

**kohlarr (!puff)** @kohlarr_ · Oct 15, 2022
Replying to @avi_eisen
Wait ... what? Lmao

**Alex** @0xAl3xC · Oct 15, 2022
Replying to @avi_eisen
Bro you about to get free housing in the fed

**ZWIST** @Zwistillus · Oct 15, 2022
Replying to @avi_eisen
Loooooool

1

**Dread Pirate Roberts** @biggsyNC · Oct 15, 2022
Replying to @avi_eisen
That jihad beard is legendary.

**Ara (Genuine Chiller)** @AraDG11 · Oct 15, 2022
Replying to @avi_eisen
Milady

**grizz** @metagrizz · Oct 15, 2022
Replying to @avi_eisen
"I was involved with a team" is a very interesting way of wording things.

1

**grizz** @metagrizz · Oct 15, 2022
Replying to @avi_eisen

## Relevant people

**Avraham Eisenberg** @avi_eisen
Follow
Applied game theorist. blog occasionally at deepfivalue.substack.com, formerly misinfounderload.substack.com "not ... a very serious person" - Scott Alexander

## What's happening

Premier League · LIVE
**Manchester United vs AFC Bournemouth**

Trending in United States
**Praying for Hamlin**
307K Tweets

Sports · Trending
**Casemiro**
29.8K Tweets

Trending in United States
**For Damar**
968K Tweets

Trending in United States
**Cancel**
170K Tweets

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ...
© 2023 Twitter, Inc.

← Thread

Search Twitter

4

**TendieScientist.eth** @0xLoopring · Oct 16, 2022
Replying to @avi_eisen
Can I interest you in a RARE SOAPY BOOBA NFT? ONLY 69 LRC

Send funds to tendiescientist.eth

Here for court docs

**eigenrobot** @eigenrobot · Oct 15, 2022
Replying to @avi_eisen
W

2 · 41

**Alexander Campbell** @abcampbell · Dec 28, 2022
Replying to @eigenrobot and @avi_eisen
L

1 · 2

Show replies

**orlando.btc ⌐◨-◨** @Orlando_btc · Oct 15, 2022
Replying to @avi_eisen
As an FYI, traders who commit market manipulation (both civil and criminal violations) also use tools as they're designed.

Market manipulation laws aren't about exploiting something but rather the offender's intent when trading.

1 · 7 · 67

Show replies

**PoorGuard** @PoorGuard · Oct 15, 2022
Replying to @avi_eisen
Well I hear the District Attorney's office in the Southern District of New York can be really very reasonable about these things, I mean what's in a profitable trading strategy right?

1 · 1 · 17

**orlando.btc ⌐◨-◨** @Orlando_btc · Dec 28, 2022
Replying to @PoorGuard and @avi_eisen
Turns out they were, in fact, really reasonable about this.

1 · 3

Show replies

**blockgraze** @blockgraze · Oct 15, 2022
Replying to @avi_eisen

## Relevant people

**Avraham Eisenberg** @avi_eisen Follow
Applied game theorist. blog occasionally at deepfivalue.substack.com, formerly misinfounderload.substack.com "not ... a very serious person" - Scott Alexander

## What's happening

Premier League · LIVE
**Manchester United vs AFC Bournemouth**

Trending in United States
**Praying for Hamlin**
307K Tweets

Sports · Trending
**Casemiro**
29.8K Tweets

Trending in United States
**For Damar**
968K Tweets

Trending in United States
**Cancel**
170K Tweets

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2023 Twitter, Inc.

← Thread

Search Twitter

Show replies

**blockgraze** @blockgraze · Oct 15, 2022
Replying to @avi_eisen

2 · 96

Show replies

**mnrr** @mnrr__ · Oct 15, 2022
Replying to @avi_eisen
touch some grass, make some frens

1 · 1

**Alex** @0xAl3xC · Oct 15, 2022
Replying to @mnrr__ and @avi_eisen
My guy is about to make some cellmates

5

**notEezzy** 🧸 @notEezzy · Oct 15, 2022
Replying to @avi_eisen
bro ur going to jail 💀

4 · 2 · 34

Show replies

**Mr White** @Whitexbt_ · Dec 28, 2022
Replying to @avi_eisen
Please share big dawg

**WARTIME AMBER** @amberXBT · Oct 16, 2022
Replying to @avi_eisen
live view of Avraham Eisenberg operating a highly profitable and legal trading strategy

## Relevant people

**Avraham Eisenberg** @avi_eisen **Follow**
Applied game theorist. blog occasionally at deepfivalue.substack.com, formerly misinfounderload.substack.com "not ... a very serious person" - Scott Alexander

## What's happening

Premier League · LIVE
**Manchester United vs AFC Bournemouth**

Trending in United States
**Praying for Hamlin**
307K Tweets

Sports · Trending
**Casemiro**
29.8K Tweets

Trending in United States
**For Damar**
968K Tweets

Trending in United States
**Cancel**
170K Tweets

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2023 Twitter, Inc.

← Thread

Search Twitter

2 2 27

**Xeusthegreat ( ♟,♟ )** @SamuelXeus · Oct 16, 2022
Replying to @avi_eisen @beansgum
When!!!

1 3

**Mudit Gupta** @Mudit__Gupta · Oct 16, 2022
Replying to @avi_eisen
Ser, do you know that market manipulation is literally illegal?

3 38

**metaverse school bonds** @BobEinstein21 · Oct 16, 2022
Replying to @avi_eisen
thank you for doing your part to destroy web 3, king

1 3

**just me** @cptpugwasher · Oct 15, 2022
Replying to @avi_eisen
You are a bit niave, regardless on how the actions were performed, the issuing party can request intervention, just like all those people that operated within the bounds of the atm operations to gain access to funds which were not legallt theirs. This needs to go to court.

**HappyJay** @HappyJay888 · Oct 15, 2022
Replying to @avi_eisen
Dick move but well played. congrats

**O•PAPAI•CHEGOU** 🔶 @AndorinhasQ · Oct 15, 2022
Replying to @avi_eisen
THIS KINDA FRENDS I NEED ...

... GUYS MUCH SMARTER THEN ME ...

SEND SOME FREE ALPHA PLZ !

**Abeer** @schizoidrentoid · Oct 15, 2022
Replying to @avi_eisen
Ngl one thing I gotta respect about you is your sheer audacity and commitment to scamming.

5

**DL 138** @DL_138 · Oct 15, 2022
Replying to @avi_eisen
Why do you all keep putting your money in this shit

3

**ZeroFeks** @ZeroFeks · Oct 15, 2022

## Relevant people

**Avraham Eisenberg** @avi_eisen Follow
Applied game theorist. blog occasionally at deepfivalue.substack.com, formerly misinfounderload.substack.com "not ... a very serious person" - Scott Alexander

## What's happening

Premier League · LIVE
**Manchester United vs AFC Bournemouth**

Trending in United States
**Praying for Hamlin**
307K Tweets

Sports · Trending
**Casemiro**
29.8K Tweets

Trending in United States
**For Damar**
968K Tweets

Trending in United States
**Cancel**
170K Tweets

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2023 Twitter, Inc.

← Thread

Search Twitter

Replying to @avi_eisen
Why do you all keep putting your money in this shit

3

**ZeroEeks** @ZeroEeks · Oct 15, 2022
Replying to @avi_eisen
Always referring to himself as 'We', 'Team'. Classic.
It's just one autistic man show, everyone from fortress knows

**PlebKing** @ngmiwagmi · Oct 16, 2022
Replying to @avi_eisen
Bruh wtf

**Ico Guru** @IcoGuru · Oct 17, 2022
Replying to @avi_eisen
This was a "trading strategy" like Putin's war is a "special op" 😂 It's the new "might is right". Instead of "I'll take what's yours as I have a bigger gun" it's "I'll take what's yours because I have a bigger brain." Left unprosecuted, this would be a dangerous precedent.

1

**yossi burstein** @metoraph · Oct 18, 2022
Replying to @avi_eisen
I guess in a world of ponzi you can justify anything right? Crypto is a crime against people and the environment with only negative sum, it should die for the greater good if all of us

1

**cimpy** 🔭, 🔺 @cimpy · Oct 15, 2022
Replying to @avi_eisen and @DeFifrog1
Aren't you the rugger behing FortDao?

1 8

[illegible]... · Oct 15, 2022
Replying to @avi_eisen
dawg have you considered retaining a lawyer?

3 65

**GREEN JEFF** @jeffthedunker · Oct 15, 2022
Replying to @avi_eisen
hope Gary sees this bro

31

**Kevin** 🇺🇦 @dj_d_sol · Oct 15, 2022
Replying to @avi_eisen
Mango does not forget

## Relevant people

**Avraham Eisenberg** @avi_eisen
Follow
Applied game theorist. blog occasionally at deepfivalue.substack.com, formerly misinfounderload.substack.com "not ... a very serious person" - Scott Alexander

## What's happening

Premier League · LIVE
**Manchester United vs AFC Bournemouth**

Trending in United States
**Praying for Hamlin**
307K Tweets

Sports · Trending
**Casemiro**
29.8K Tweets

Trending in United States
**For Damar**
968K Tweets

Trending in United States
**Cancel**
170K Tweets

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2023 Twitter, Inc.



← Thread

Search Twitter

**Kevin** 🇺🇦 @dj_d_sol · Oct 15, 2022
Replying to @avi_eisen
Mango does not forget

43

**joanne** @0xJoanne · Oct 15, 2022
Replying to @avi_eisen
"unfortunately"

46

**FatMan** @FatManTerra · Oct 15, 2022
Replying to @avi_eisen
Before executing this strategy, were you aware that it would drain the treasury and prevent users from accessing their deposited funds?

11 1 219

**tadleer** @tadleer · Oct 15, 2022
Replying to @avi_eisen
@zachxbt lmao hes gaslighting himself

24

**ManaMoon** @ManaMoonNFT · Oct 15, 2022
Replying to @avi_eisen

## Relevant people

**Avraham Eisenberg** @avi_eisen Follow
Applied game theorist. blog occasionally at deepfivalue.substack.com, formerly misinfounderload.substack.com "not ... a very serious person" - Scott Alexander

## What's happening

Premier League · LIVE
**Manchester United vs AFC Bournemouth**

Trending in United States
**Praying for Hamlin**
307K Tweets

Sports · Trending
**Casemiro**
29.8K Tweets

Trending in United States
**For Damar**
968K Tweets

Trending in United States
**Cancel**
170K Tweets

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2023 Twitter, Inc.

@zachxbt lmao hes gaslighting himself

💬    ⟲    ♡ 24    ⬆



**ManaMoon** @ManaMoonNFT · Oct 15, 2022                    ···
Replying to @avi_eisen
Admits to draining Mango and wanting to keep 30 million dollars

⏸ GIF ALT

💬 2    ⟲ 1    ♡ 52    ⬆

**fbslo** @fbsloXBT · Oct 15, 2022                    ···
Replying to @avi_eisen
didn't you sue Waves people for doing the same thing? lmao

💬 3    ⟲ 1    ♡ 109    ⬆

**dÄvΞdct.lens** 🌿🟣(🟣,💜)🪝 @im_dAve_DCT · Oct 15, 2022    ···
Replying to @avi_eisen
considering how fitting this is, make me an offer? 🤝

0x🤡🌍.eth

💬    ⟲ 1    ♡ 9    ⬆

**illi (radioactive arc)** @illigmid · Oct 15, 2022         ···
Replying to @avi_eisen
really?

💬    ⟲    ♡ 6    ⬆

### Relevant people

**Avraham Eisenberg**                        [Follow]
@avi_eisen
Applied game theorist. blog
occasionally at
deepfivalue.substack.com, formerly
misinfounderload.substack.com "not ...
a very serious person" - Scott
Alexander

### What's happening

Premier League · LIVE
**Manchester United vs AFC
Bournemouth**

Trending in United States            ···
**Praying for Hamlin**
307K Tweets

Sports · Trending                    ···
**Casemiro**
29.8K Tweets

Trending in United States            ···
**For Damar**
968K Tweets

Trending in United States            ···
**Cancel**
170K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2023 Twitter, Inc.







← Thread

Search Twitter

**illi (radioactive arc)** @illigmid · Oct 15, 2022
Replying to @avi_eisen
really?
6

**Town Crier** @0xtowncrier · Oct 15, 2022
Replying to @avi_eisen and @0xfr_
🤔
5

**Bobloblawlaw.Ξth** @TheCryptoFool · Oct 15, 2022
Replying to @avi_eisen
@zachxbt bahaha
1

**Felix** @CrypticFelix · Oct 15, 2022
Replying to @avi_eisen and @Sicarious_
You bought from willing participants at the prevailing market rate
4

**seiko (💙,🧡)** @se1k0xbt · Oct 15, 2022
Replying to @avi_eisen
Begrudging respect
1

**JK** @angrytatargirl · Oct 15, 2022
Replying to @avi_eisen
It's like you rob someone on the street and then decide to give back their driving license because you're a good guy
10

**Eljefe** @cryptojefecito · Oct 15, 2022
Replying to @avi_eisen

2

**sile.sol** @cryptosile · Oct 15, 2022
Replying to @avi_eisen
Interesting point of view 🤭
4

**mtn drew** @CryptoMtnDrew · Oct 15, 2022
Replying to @avi_eisen
lol trading strategy
4

**AC420** @asscrusader420 · Oct 15, 2022
Replying to @avi_eisen

## Relevant people

**Avraham Eisenberg** @avi_eisen Follow
Applied game theorist. blog occasionally at deepfivalue.substack.com, formerly misinfounderload.substack.com "not ... a very serious person" - Scott Alexander

## What's happening

Premier League · LIVE
**Manchester United vs AFC Bournemouth**

Trending in United States
**Praying for Hamlin**
307K Tweets

Sports · Trending
**Casemiro**
29.8K Tweets

Trending in United States
**For Damar**
968K Tweets

Trending in United States
**Cancel**
170K Tweets

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2023 Twitter, Inc.

← Thread

Search Twitter

lol trading strategy

4

**AC420** @asscrusader420 · Oct 15, 2022
Replying to @avi_eisen
code is law

14

**Kasper Vandeloock** @KasperLoock · Oct 15, 2022
Replying to @avi_eisen

3 144

**apely.eth (🤦,🔫)** @ApelyShilling · Oct 15, 2022
Replying to @avi_eisen and @skynetcap
Somehow this is worse on shabbos...

14

**backbooked** @backbooked · Oct 15, 2022
Replying to @avi_eisen

## Relevant people

**Avraham Eisenberg** @avi_eisen
Follow
Applied game theorist. blog occasionally at deepfivalue.substack.com, formerly misinfounderload.substack.com "not ... a very serious person" - Scott Alexander

## What's happening

Premier League · LIVE
**Manchester United vs AFC Bournemouth**

Trending in United States
**Praying for Hamlin**
307K Tweets

Sports · Trending
**Casemiro**
29.8K Tweets

Trending in United States
**For Damar**
968K Tweets

Trending in United States
**Cancel**
170K Tweets

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2023 Twitter, Inc.

← Thread

44

**dreamsofdefi** @dreamsofdefi · Oct 15, 2022
Replying to @avi_eisen

178

**MDC MARTY** @MDCMARTY · Oct 15, 2022
Replying to @avi_eisen and @realChrisBrunet
Wow, @realChrisBrunet nailed it

1 2

**Chainlink Red Pill** @ChainlinkP · Oct 15, 2022
Replying to @avi_eisen

2

**Tnut (💙,🧡)** @Teeznutz11 · Oct 15, 2022
Replying to @avi_eisen
I was involved in a team that operated a highly profitab...

Search Twitter

## Relevant people

**Avraham Eisenberg** @avi_eisen Follow
Applied game theorist. blog occasionally at deepfivalue.substack.com, formerly misinfounderload.substack.com "not ... a very serious person" - Scott Alexander

## What's happening

Premier League · LIVE
**Manchester United vs AFC Bournemouth**

Trending in United States
**Praying for Hamlin**
307K Tweets

Sports · Trending
**Casemiro**
29.8K Tweets

Trending in United States
**For Damar**
968K Tweets

Trending in United States
**Cancel**
170K Tweets

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2023 Twitter, Inc.



Thread

**Tnut** (💙,🧡) @Teeznutz11 · Oct 15, 2022
Replying to @avi_eisen
I was involved in a team that operated a highly profitab...

1 · 50

**0xdeadf4ce** @0xdface · Oct 15, 2022
Replying to @avi_eisen

11

**rΞktautist.eth** (💙,🧡) @rektautist · Oct 15, 2022
Replying to @avi_eisen
hope you have good lawyer/s

1

**Cryptk33p3r** @Kryptk33p3r666 · Oct 15, 2022
Replying to @avi_eisen and @Sicarious_
I joined this thread with the understanding its content was purely satire and fictional. I do not support any of the views expressed in this thread. Any legal liability for matters related to my inclusion in this thread are solely the responsibility of @ThinkingBitmex

1

**B** @CryptoChrisG · Oct 15, 2022
Replying to @avi_eisen
Good job

**Mike Foley** @cheaptubes · Oct 15, 2022
Replying to @avi_eisen
Not sure of the details be read some of them. Can't believe you post openly about it. I didn't have $ in mango but cue law suits and legal actions. Might as well NFT this thread

**puggod.sol** @trapjingle · Oct 15, 2022
Replying to @avi_eisen
Lmao

Search Twitter

## Relevant people

**Avraham Eisenberg** @avi_eisen Follow
Applied game theorist. blog occasionally at deepfivalue.substack.com, formerly misinfounderload.substack.com "not ... a very serious person" - Scott Alexander

## What's happening

Premier League · LIVE
**Manchester United vs AFC Bournemouth**

Trending in United States
**Praying for Hamlin**
307K Tweets

Sports · Trending
**Casemiro**
29.8K Tweets

Trending in United States
**For Damar**
968K Tweets

Trending in United States
**Cancel**
170K Tweets

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2023 Twitter, Inc.



Thread

**puggod.sol** @trapjingle · Oct 15, 2022
Replying to @avi_eisen
Lmao

**Lord of Nonagon Dot Finance** @SyProtSid · Oct 15, 2022
Replying to @avi_eisen
hey, you made a good trade. people are jaleous

**Guat** @IamTweetYou · Oct 15, 2022
Replying to @avi_eisen

**KJV.eth** @__KJV__ · Oct 15, 2022
Replying to @avi_eisen
How much do you pay in legal fees?

**itcha** 🔺 @JustBusinessAPA · Oct 15, 2022
Replying to @avi_eisen
contrats

**Michael** @Michaelklcp · Oct 15, 2022
Replying to @avi_eisen
Wow

**inqy** @inqySOL · Oct 15, 2022
Replying to @avi_eisen
nice

**ÆbčdęÆ** @ainebesvaik · Oct 15, 2022
Replying to @avi_eisen
I cant believe someone would trust this guy with your money, look at his

## Relevant people

**Avraham Eisenberg** @avi_eisen Follow
Applied game theorist. blog occasionally at deepfivalue.substack.com, formerly misinfounderload.substack.com "not ... a very serious person" - Scott Alexander

## What's happening

Premier League · LIVE
**Manchester United vs AFC Bournemouth**

Trending in United States
**Praying for Hamlin**
307K Tweets

Sports · Trending
**Casemiro**
29.8K Tweets

Trending in United States
**For Damar**
968K Tweets

Trending in United States
**Cancel**
170K Tweets

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2023 Twitter, Inc.



**Relevant people**

**Avraham Eisenberg**
@avi_eisen    **Follow**
Applied game theorist. blog
occasionally at
deepfivalue.substack.com, formerly
misinfounderload.substack.com "not …
a very serious person" - Scott
Alexander

**What's happening**

Premier League · LIVE
**Manchester United vs AFC Bournemouth**

Trending in United States
**Praying for Hamlin**
307K Tweets

Sports · Trending
**Casemiro**
29.8K Tweets

Trending in United States
**For Damar**
968K Tweets

Trending in United States
**Cancel**
170K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More …
© 2023 Twitter, Inc.

Document title: (1) Avraham Eisenberg on Twitter: &quot;Statement on recent events: I was involved with a team that operated a highly profitable trading strategy last…
Capture URL: https://twitter.com/avi_eisen/status/1581326197241180160?ref_src=twsrc%5Etfw%7Ctwcamp%5Etweetembed%7Ctwterm…
Capture timestamp (UTC): Tue, 03 Jan 2023 21:07:54 GMT                                                                                          Page 18 of 32



Hopefully they have a kosher food option in prison!

**DeFiac** @TheDEFIac · Oct 15, 2022
Replying to @avi_eisen
So why would you return any funds if it was completely legal?

**🔥 🟦 LUNC DAO 🟦 🔥** @LUNCDAO · Oct 15, 2022
Replying to @avi_eisen
There's no way someone with your face pulled off such an elegant exploit. Get the hell out of here, we know an imposter when we see one. You have archivist/collector physiognomy. You're no hacker. And you never will be. You belong in a museum sniffing paintings. Delete this post.

**Greybox** @greyboxtrades · Oct 15, 2022
Replying to @avi_eisen

PRISON FAVOURS THE BRAVE
crypto.com

**Bibn the FTX hacker** @Noticebagz · Oct 15, 2022
Replying to @avi_eisen
I know you know a ton of lawyers and no way they said this was a smart tweet

**CRIMINAL RAT BARRY SILBERT TO JAI...** @enchiridi... · Oct 15, 2022
Replying to @avi_eisen
chad

**Buck, Harvard Lecturer** @eriz35 · Oct 15, 2022
Replying to @avi_eisen
lol

**Panicseller #2648110** @heavybetalongs · Oct 15, 2022
Replying to @avi_eisen
This isn't the flex you think it is, chief

Don't drop the soap

**wchughes.eth 🐺** @BillHughesDC · Oct 15, 2022
Replying to @avi_eisen

---

### Relevant people

**Avraham Eisenberg**    [ Follow ]
@avi_eisen
Applied game theorist. blog occasionally at deepfivalue.substack.com, formerly misinfounderload.substack.com "not ... a very serious person" - Scott Alexander

### What's happening

Premier League · LIVE
**Manchester United vs AFC Bournemouth**

Trending in United States
**Praying for Hamlin**
307K Tweets

Sports · Trending
**Casemiro**
29.8K Tweets

Trending in United States
**For Damar**
968K Tweets

Trending in United States
**Cancel**
170K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2023 Twitter, Inc.

---

Document title: (1) Avraham Eisenberg on Twitter: &quot;Statement on recent events: I was involved with a team that operated a highly profitable trading strategy last…
Capture URL: https://twitter.com/avi_eisen/status/1581326197241180160?ref_src=twsrc%5Etfw%7Ctwcamp%5Etweetembed%7Ctwterm…
Capture timestamp (UTC): Tue, 03 Jan 2023 21:07:54 GMT                                                                    Page 19 of 32







Thread

Search Twitter

Don't drop the soap

7

**wchughes.eth** 🦊 @BillHughesDC · Oct 15, 2022
Replying to @avi_eisen

1 5

**cryptus** @0xcryptus · Oct 15, 2022
Replying to @avi_eisen

3 85

**Chris Blec** @ChrisBlec · Oct 15, 2022
Replying to @avi_eisen
You're awesome, dude. DeFi needs more people like you. 😂

15

**Natural9 Trader** @nat9crypto · Oct 15, 2022
Replying to @avi_eisen
Are you guys hiring?

1

**Raf** ❓ @defi_raf · Oct 15, 2022
Replying to @avi_eisen
Amazing, now let's check the early life section

2

**SankΞt Ⓝ⚡| sanketn81.near/eth ,sanke...** @sanket... · Oct 15, 2022
Replying to @avi_eisen
*Highly Profitable Trading Strategy 🗿

Lmao

3

**MTVDS** @MTVDS1 · Oct 15, 2022
Replying to @avi_eisen
@BlockJustin3

## Relevant people

**Avraham Eisenberg** @avi_eisen
Follow
Applied game theorist. blog occasionally at deepfivalue.substack.com, formerly misinfounderload.substack.com "not ... a very serious person" - Scott Alexander

## What's happening

Premier League · LIVE
**Manchester United vs AFC Bournemouth**

Trending in United States
**Praying for Hamlin**
307K Tweets

Sports · Trending
**Casemiro**
29.8K Tweets

Trending in United States
**For Damar**
968K Tweets

Trending in United States
**Cancel**
170K Tweets

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2023 Twitter, Inc.

← Thread

Search Twitter

3

**MTVDS** @MTVDS1 · Oct 15, 2022
Replying to @avi_eisen
@BlockJustin3

1

**ChadsNFT 🔥💃 Minting soon on Solana** @CHADSwtf · Oct 15, 2022
Replying to @avi_eisen
Is this you?

> **ChadsNFT 🔥💃 Minting soon on Sol...** @CHADS... · Oct 12, 2022
> Actual snapshot of the conversation that the @mangomarkets exploiter had with himself in the mirror yesterday morning.
>
> Stay safe out there folks....

2

**Bitcoin Is Love** @fintandoyle46 · Oct 15, 2022
Replying to @avi_eisen
Lowlife regardless of how nice you try to portray yourself ffs😂😂

1

**Strat** @traderstrat · Oct 15, 2022
Replying to @avi_eisen
Highly profitable trading strategy 🤔

2

**BonkerSkelly{GODS}🐿💀ø🔮🦉🥊** @JeffbitZA · Oct 15, 2022
Replying to @avi_eisen
twitter.com/JeffbitZA/stat...

Can y spare some change for continued marketing and positive optic tweets in Ur favour. Thanks

> **BonkerSkelly{GODS}🐿💀ø🔮🦉🥊** @JeffbitZA · Oct 12, 2022
> Kudos to mango for calling them a party instead of hacker. It's an exploit and that is all. twitter.com/mangomarkets/s...

1 1

**stimulation guy** @prashGana · Oct 15, 2022
Replying to @avi_eisen
You mean you pumped and dumped

1

**Ukog 中** @0xnam3less · Oct 15, 2022
Replying to @avi_eisen
@sec @CFTC @FBI

1

## Relevant people

**Avraham Eisenberg** @avi_eisen
Follow
Applied game theorist. blog occasionally at deepfivalue.substack.com, formerly misinfounderload.substack.com "not ... a very serious person" - Scott Alexander

## What's happening

Premier League · LIVE
**Manchester United vs AFC Bournemouth**

Trending in United States
**Praying for Hamlin**
307K Tweets

Sports · Trending
**Casemiro**
29.8K Tweets

Trending in United States
**For Damar**
968K Tweets

Trending in United States
**Cancel**
170K Tweets

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2023 Twitter, Inc.

← Thread

Search Twitter

**Ukog** @0xnam3less · Oct 15, 2022
Replying to @avi_eisen
@sec @CFTC @FBI
1

**Crypto Lelouch** @losaahead · Oct 15, 2022
Replying to @avi_eisen
How do you believe it's legal when price manipulation is illegal in itself?
1

**Mr. Espresso** @ehpresso · Oct 15, 2022
Replying to @avi_eisen
You're no different than a bank robber
1 1

**Lucent** @Lucent_Crypto · Oct 15, 2022
Replying to @avi_eisen
Morally this "trade" is bad and legally its market manipulation but no one really regulates trading and im sure there's far worse things happening behind CeFI exchanges no one knows about. One positive is it exposes a flaw in the protocol and is self-regulation to a point.
3

**Natahala3 | not your keys not your co...** @Nata... · Oct 15, 2022
Replying to @avi_eisen
milkyeggs.com/?p=61 @0xfbifemboy 🔥

> milkyeggs.com
> On the supposed "nihilism" of the Mango Markets ...
> For those unfamiliar with the context, Mango Markets recently lost ~$110m as a result of a series...

1

**WARTIME AMBER** @amberXBT · Oct 15, 2022
Replying to @avi_eisen
ser, your statement on this meme?

> **laurence** @functi0nZer0 · Oct 15, 2022
> I am not sorry

## Relevant people

**Avraham Eisenberg** @avi_eisen Follow
Applied game theorist. blog occasionally at deepfivalue.substack.com, formerly misinfounderload.substack.com "not ... a very serious person" - Scott Alexander

## What's happening

Premier League · LIVE
**Manchester United vs AFC Bournemouth**

Trending in United States
**Praying for Hamlin**
307K Tweets

Sports · Trending
**Casemiro**
29.8K Tweets

Trending in United States
**For Damar**
968K Tweets

Trending in United States
**Cancel**
170K Tweets

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2023 Twitter, Inc.



**They're the same picture.**

♡ 19

**Relevant people**

**Avraham Eisenberg**
@avi_eisen                              [Follow]
Applied game theorist. blog
occasionally at
deepfivalue.substack.com, formerly
misinfounderload.substack.com "not ...
a very serious person" - Scott
Alexander

**Adam** @MyStandard_Adam · Oct 15, 2022
Replying to @avi_eisen
Just because you can, doesn't mean you should. I teach my kids this daily.
Come on man...

♡ 1

**OG.WonkyPeng** @WallStreetBull6 · Oct 15, 2022
Replying to @avi_eisen
Only a matter of time before you end up in prison

♡ 1

**xNFT Dean** 🦎 @deangenerate0 · Oct 15, 2022
Replying to @avi_eisen
Reframe it however you need to live with yourself, but this is still immoral

♡ 3

**Bacon** 🥓 @bacon_wassie · Oct 15, 2022
Replying to @avi_eisen
My brother in Christ, you manipulated the protocol and then held the dow
ransom to not take legal actions against you. This was not a trading strategy
and this was not unique

♡ 3

**captainlink.eth** ○ (🩵,🧡) @pragma08 · Oct 16, 2022
Replying to @avi_eisen
Code is not law. People keep saying it is but everytime this assumption had
a net negative outcome towards web3. You should be charged as you
exploited 110M$+ and then took 47M$ bounty which is too much, you
could have helped team by only keeping a small portion of the bounty.

♡ 1

**Mendel katz** @menakatz · Oct 16, 2022
Replying to @avi_eisen
Major Chillel hashem imo..legal≠ethical

♡ 1

**·· 🔥 Its_My_Purpose** 🔥 ·· @Its_My_Purpose · Oct 16, 2022
Replying to @avi_eisen
Nothing is "risk-free".

> 🧑 **Avraham Eisenberg** @avi_eisen · Jan 24, 2022
> How our team makes millions in crypto risk-free
> deepfivalue.substack.com/p/how-our-team...
> Show this thread

♡ 2

**theCreator_SOL** @theCreator_SOL · Oct 16, 2022
Replying to @avi_eisen
Same vibes here

**What's happening**

Premier League · LIVE
**Manchester United vs AFC
Bournemouth**

Trending in United States
**Praying for Hamlin**
307K Tweets

Sports · Trending
**Casemiro**
29.8K Tweets

Trending in United States
**For Damar**
968K Tweets

Trending in United States
**Cancel**
170K Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2023 Twitter, Inc.

Document title: (1) Avraham Eisenberg on Twitter: &quot;Statement on recent events: I was involved with a team that operated a highly profitable trading strategy last…
Capture URL: https://twitter.com/avi_eisen/status/1581326197241180160?ref_src=twsrc%5Etfw%7Ctwcamp%5Etweetembed%7Ctwterm…
Capture timestamp (UTC): Tue, 03 Jan 2023 21:07:54 GMT                                                                          Page 23 of 32

← **Thread**   Search Twitter

Same vibes here



### Relevant people

**Avraham Eisenberg**
@avi_eisen                              [Follow]

Applied game theorist. blog
occasionally at
deepfivalue.substack.com, formerly
misinfounderload.substack.com "not ...
a very serious person" - Scott
Alexander

### What's happening

Premier League · LIVE
**Manchester United vs AFC
Bournemouth**

Trending in United States
**Praying for Hamlin**
307K Tweets

Sports · Trending
**Casemiro**
29.8K Tweets

Trending in United States
**For Damar**
968K Tweets

Trending in United States
**Cancel**
170K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2023 Twitter, Inc.

**Ibeamalu chukwuebuka johnpaul** @ibeamalu_j · Oct 16, 2022   ···
Replying to @avi_eisen
Lol some real truth

**Chris Doerfler** @cmdoerfler · Oct 16, 2022   ···
Replying to @avi_eisen
profit is what you can keep

**T0K3** @t0k3_ · Oct 17, 2022   ···
Replying to @avi_eisen
Should of just done it anonymously

**Sulfuric Acid** @_Sulfuricacid · Oct 17, 2022   ···
Replying to @avi_eisen
@themutualtoken a wise man once said..

**Gaius** 🎉📊 @gaius1337 · Oct 17, 2022   ···
Replying to @avi_eisen
I think your actions are somewhat unkind

Document title: (1) Avraham Eisenberg on Twitter: &quot;Statement on recent events: I was involved with a team that operated a highly profitable trading strategy last…
Capture URL: https://twitter.com/avi_eisen/status/1581326197241180160?ref_src=twsrc%5Etfw%7Ctwcamp%5Etweetembed%7Ctwterm…
Capture timestamp (UTC): Tue, 03 Jan 2023 21:07:54 GMT                                                        Page 24 of 32



← Thread

Search Twitter

**Gaius** @gaius1337 · Oct 17, 2022
Replying to @avi_eisen
I think your actions are somewhat unkind

4

**Helix** @hlxnineteen · Oct 17, 2022
Replying to @avi_eisen

> **Helix** @hlxnineteen · Oct 17, 2022
> twitter.com/avi_eisen/stat...

**Recite Social** @ReciteSocial · Oct 17, 2022
Replying to @avi_eisen
Your tweet was quoted in an article by Independent

independent.co.uk
Hacker nets $114m but returns $67m to pay back customers
Mango Markets exploit was achieved using 'legal open market actions,' hacker claims

**93090.eth (💙,🧡)** @sam_etic_ · Oct 15, 2022
Replying to @avi_eisen
sounds legit

**ailes** @0xailes · Oct 15, 2022
Replying to @avi_eisen
gg

**Cooper** @cooper_emmons · Oct 15, 2022
Replying to @avi_eisen
If you do not go to jail. This industry is broken. :/

## Relevant people

**Avraham Eisenberg** @avi_eisen
Follow
Applied game theorist. blog occasionally at deepfivalue.substack.com, formerly misinfounderload.substack.com "not ... a very serious person" - Scott Alexander

## What's happening

Premier League · LIVE
**Manchester United vs AFC Bournemouth**

Trending in United States
**Praying for Hamlin**
307K Tweets

Sports · Trending
**Casemiro**
29.8K Tweets

Trending in United States
**For Damar**
968K Tweets

Trending in United States
**Cancel**
170K Tweets

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2023 Twitter, Inc.

Case 1:23-cv-00665-LJL   Document 9-1   Filed 01/25/23   Page 28 of 34



**Cooper** @cooper_emmons · Oct 15, 2022
Replying to @avi_eisen
If you do not go to jail. This industry is broken. :/

**Alexander** @BonafideAlex · Oct 15, 2022
Replying to @avi_eisen
L e y e n d

**Don Duala** @jktrader16 · Oct 15, 2022
Replying to @avi_eisen
Congratulations you now have a target on your back

**Ponzi (🧡,❤️)** @nft_ponzi · Oct 15, 2022
Replying to @avi_eisen
@FBI

**my dogs are better people than i am** @Dascoochie · Oct 15, 2022
Replying to @avi_eisen

I KILLED IT, BROUGHT BACK TO LIFE AND THEN KILLED IT AGAIN

NETFLIX
II  GIF  ALT

**D3Fi Fungi** @0xwordcel · Oct 15, 2022
Replying to @avi_eisen
CFTC request for "voluntary disclosures" in 3, 2, 1...

**Norfair** @bandgleam · Oct 15, 2022
Replying to @avi_eisen
Fraud statutes are deliberately broad for a reason. Definitely one area where "technically legal" does not translate into "haha I got away with it". (Similar to IRS tax schemes.) Hope you have a good lawyer.

**desshepherd (33.3%) 《TYR》** @RedTooGreen · Oct 15, 2022
Replying to @avi_eisen
You're a crook.

**wash** @washparkcrypto · Oct 15, 2022
Replying to @avi_eisen
gg

**⬤◻◻♩♩◻⬤** @HodlXMooN · Oct 15, 2022
Replying to @avi_eisen

## Relevant people

**Avraham Eisenberg**
@avi_eisen    Follow
Applied game theorist. blog occasionally at deepfivalue.substack.com, formerly misinfounderload.substack.com "not ... a very serious person" - Scott Alexander

## What's happening

Premier League · LIVE
**Manchester United vs AFC Bournemouth**

Trending in United States
**Praying for Hamlin**
307K Tweets

Sports · Trending
**Casemiro**
29.8K Tweets

Trending in United States
**For Damar**
968K Tweets

Trending in United States
**Cancel**
170K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2023 Twitter, Inc.

Document title: (1) Avraham Eisenberg on Twitter: &quot;Statement on recent events: I was involved with a team that operated a highly profitable trading strategy last…
Capture URL: https://twitter.com/avi_eisen/status/1581326197241180160?ref_src=twsrc%5Etfw%7Ctwcamp%5Etweetembed%7Ctwterm…
Capture timestamp (UTC): Tue, 03 Jan 2023 21:07:54 GMT          Page 26 of 32



99

●□□ᴊᴊ□ ⬤ @HodlXMooN · Oct 15, 2022
Replying to @avi_eisen
dont drunk after doing some "highly profitable trading strategy" while online at twitter lesson learned thanks.

BLKstut.eth 🌸🍬🍡🍮(🤍,🧡) @BlKstut · Oct 15, 2022
Replying to @avi_eisen
Scammers will scam what do u expect

Crypto Donkey @CryptoDonkey411 · Oct 15, 2022
Replying to @avi_eisen
"Trading strategy"

malik @malikhdjm · Oct 15, 2022
Replying to @avi_eisen
@8StringerBell8 mango "hack"

John L. L. @JLL___ · Oct 15, 2022
Replying to @avi_eisen
What exactly was the "strategy"?

@ponziguy · Oct 15, 2022
Replying to @avi_eisen
Awaiting substack post on 🍊 ser, cheers

Dean @Dean62158225 · Oct 15, 2022
Replying to @avi_eisen
You are going to prison.

Jorge Hunter @Jgehunter · Oct 15, 2022
Replying to @avi_eisen
And people thought we had reached peak crypto

Mr_Toad @2many2name · Oct 15, 2022
Replying to @avi_eisen
With trading...one man's gain is another's loss. That's the nature of the profession. As my grandfather said to me when I explained what I do "so you're a speculator, we used hang people like you" unfortunately its hard to have "friends" in this gig.

🟩 Natahala3 | not your keys not your co... @Nata... · Oct 15, 2022
Replying to @avi_eisen
••

🐸 Value Kingdom @valuekingdom33 · Oct 15, 2022
re @avi_eisen Mango:
I'd say he extracted more than 10M$ from Fortress. Final redemption (btw still unfair) for holders was about 1M$ from 14M$, so only 7% went to holders, who did hold to the end. Looks like this money was used for mango explot

## Relevant people

Avraham Eisenberg
@avi_eisen                        [ Follow ]
Applied game theorist. blog occasionally at deepfivalue.substack.com, formerly misinfounderload.substack.com "not ... a very serious person" - Scott Alexander

## What's happening

Premier League · LIVE
**Manchester United vs AFC Bournemouth**

Trending in United States
**Praying for Hamlin**
307K Tweets

Sports · Trending
**Casemiro**
29.8K Tweets

Trending in United States
**For Damar**
968K Tweets

Trending in United States
**Cancel**
170K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2023 Twitter, Inc.

Document title: (1) Avraham Eisenberg on Twitter: &quot;Statement on recent events: I was involved with a team that operated a highly profitable trading strategy last…
Capture URL: https://twitter.com/avi_eisen/status/1581326197241180160?ref_src=twsrc%5Etfw%7Ctwcamp%5Etweetembed%7Ctwterm…
Capture timestamp (UTC): Tue, 03 Jan 2023 21:07:54 GMT                                        Page 27 of 32



re @avi_eisen Mango:
I'd say he extracted more than 10M$ from Fortress. Final redemption (btw still unfair) for holders was about 1M$ from 14M$, so only 7% went to holders, who did hold to the end. Looks like this money was used for mango explot

Show this thread

**Null** @revert404 · Oct 15, 2022
Replying to @avi_eisen
Is this your first exploit ser?

**● hgtp://Andrew👁Seer** @am_in_i_am · Oct 15, 2022
Replying to @avi_eisen
Avraham Avinu!

**Tech Capo** @TechCapo · Oct 15, 2022
Replying to @avi_eisen
well played

**Josh!** @McNolf · Oct 15, 2022
Replying to @avi_eisen
If it's a crime to manipulate a market and make loads of money, then I'm guilty. Wait...

**generalbull.eth** @generalbullpoo · Oct 15, 2022
Replying to @avi_eisen
What a joke...

**General Goyo** @GoyoDelPilarz · Oct 16, 2022
Replying to @avi_eisen
@FBI Arrest this man, they stole from @mangomarkets and its users.

**MadPad** @padfrey · Oct 16, 2022
Replying to @avi_eisen
You admit it now, only when you were exposed. A few days ago you did not admit it when asked. Seems you got cold feet when you were exposed.

**manikkusu'✨** @manikkusu1 · Oct 16, 2022
Replying to @avi_eisen
Code is law...

**Sauce pack** @QuadsofTruthh · Oct 16, 2022
Replying to @avi_eisen
Prison4you

**WARTIME AMBER** @amberXBT · Oct 17, 2022
Replying to @avi_eisen

## Relevant people

**Avraham Eisenberg**    Follow
@avi_eisen
Applied game theorist. blog occasionally at deepfivalue.substack.com, formerly misinfounderload.substack.com "not ... a very serious person" - Scott Alexander

## What's happening

Premier League · LIVE
**Manchester United vs AFC Bournemouth**

Trending in United States
**Praying for Hamlin**
307K Tweets

Sports · Trending
**Casemiro**
29.8K Tweets

Trending in United States
**For Damar**
968K Tweets

Trending in United States
**Cancel**
170K Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2023 Twitter, Inc.

Document title: (1) Avraham Eisenberg on Twitter: &quot;Statement on recent events: I was involved with a team that operated a highly profitable trading strategy last...
Capture URL: https://twitter.com/avi_eisen/status/1581326197241180160?ref_src=twsrc%5Etfw%7Ctwcamp%5Etweetembed%7Ctwterm...
Capture timestamp (UTC): Tue, 03 Jan 2023 21:07:54 GMT    Page 28 of 32

← Thread                    Search Twitter

Replying to @avi_eisen



Just an arb bro

💬        ⇄        ♡ 2        ⬆

מכחול ✏️ @michgold1 · Oct 24, 2022
Replying to @avi_eisen
I bet your family is proud of the thief they raised.

💬        ⇄        ♡        ⬆

erla (rekt,rekt) @erla221942 · Oct 15, 2022
Replying to @avi_eisen
@inversebrah

💬 2        ⇄        ♡ 26        ⬆

mem 30,000,000,000,000,000,000,000,00... @me... · Oct 15, 2022
Replying to @avi_eisen
price manipulation of securities is indeed illegal... but is MNGO a security?
👀

💬 1        ⇄        ♡ 5        ⬆

Crone.eth @0xcrone · Oct 15, 2022
Replying to @avi_eisen
Will the profits from this operation be shared with FortressUSD holders?

💬 1        ⇄        ♡ 1        ⬆

Tweetzsche @WiseMoriarty · Oct 15, 2022
Replying to @avi_eisen
"It's not a crime to be smarter than the person who designed the safe or set
the combination."

**Relevant people**

Avraham Eisenberg
@avi_eisen                          Follow
Applied game theorist. blog
occasionally at
deepfivalue.substack.com, formerly
misinfounderload.substack.com "not ...
a very serious person" - Scott
Alexander

**What's happening**

Premier League · LIVE
**Manchester United vs AFC
Bournemouth**

Trending in United States
**Praying for Hamlin**
307K Tweets

Sports · Trending
**Casemiro**
29.8K Tweets

Trending in United States
**For Damar**
968K Tweets

Trending in United States
**Cancel**
170K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2023 Twitter, Inc.

Document title: (1) Avraham Eisenberg on Twitter: &quot;Statement on recent events: I was involved with a team that operated a highly profitable trading strategy last…
Capture URL: https://twitter.com/avi_eisen/status/1581326197241180160?ref_src=twsrc%5Etfw%7Ctwcamp%5Etweetembed%7Ctwterm…
Capture timestamp (UTC): Tue, 03 Jan 2023 21:07:54 GMT





← Thread

Search Twitter

2 · 34

**Adam Benayoun** 💊 @adambn · Oct 15, 2022
Replying to @avi_eisen
Good luck - you've just admitted that you were behind this - as to wether what you did was legal or not - I'll leave it to court but you could have received way more respect if you had returned 90% and kept 10% as a bounty. You could have gotten away scot free.

3 · 25

**Brian Boland** @brianboland · Oct 15, 2022
Replying to @avi_eisen
The longer that acts like this aren't prosecuted and instead allowed to happen unpunished the slower the adoption of crypto will be. Just because you can do something in a system doesn't at all make it right.

4 · 1 · 10

**Yippie (33.3%)** 🎈 @YippieDeGod · Oct 16, 2022
Replying to @avi_eisen
Good luck ser. Several parties have filled reports against you. Market manipulation is under the purview of SEC regardless.

1

**HardDick89** @0xHardDick89 · Oct 15, 2022
Replying to @avi_eisen
Dude, look around when you leave the house, who knows what can happen to you

1

**$tar_Boy** @01samuelc · Oct 17, 2022
Replying to @avi_eisen
@________ur7

**Fib🟠ganndhi(🍄)** @Fiboganndhi · Oct 17, 2022
Replying to @avi_eisen
Asswipr

This Tweet was deleted by the Tweet author. Learn more

**Avraham Eisenberg** @avi_eisen · Oct 15, 2022
Replying to @nope_its_lily
"It is not illegal to be smarter than your counterparties in a swap transaction, nor is it improper to understand a financial product better than the people who invented that product." - based federal judge Richard Sullivan

Not legal advice

44 · 79 · 398

## Relevant people

**Avraham Eisenberg** @avi_eisen — Follow
Applied game theorist. blog occasionally at deepfivalue.substack.com, formerly misinfounderload.substack.com "not ... a very serious person" - Scott Alexander

## What's happening

Premier League · LIVE
**Manchester United vs AFC Bournemouth**

Trending in United States
**Praying for Hamlin**
307K Tweets

Sports · Trending
**Casemiro**
29.8K Tweets

Trending in United States
**For Damar**
968K Tweets

Trending in United States
**Cancel**
170K Tweets

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2023 Twitter, Inc.

nor is it improper to understand a financial product better than the people who invented that product." - based federal judge Richard Sullivan

Not legal advice

💬 44          🔁 79          ♡ 398          ⬆️

Show replies

Show more replies

**Relevant people**

**Avraham Eisenberg**  [Follow]
@avi_eisen
Applied game theorist. blog occasionally at deepfivalue.substack.com, formerly misinfounderload.substack.com "not ... a very serious person" - Scott Alexander

**What's happening**

Premier League · LIVE
**Manchester United vs AFC Bournemouth**

Trending in United States
**Praying for Hamlin**
307K Tweets

Sports · Trending
**Casemiro**
29.8K Tweets

Trending in United States
**For Damar**
968K Tweets

Trending in United States
**Cancel**
170K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2023 Twitter, Inc.



Show more replies

### Relevant people

**Avraham Eisenberg**
@avi_eisen                    **Follow**

Applied game theorist. blog
occasionally at
deepfivalue.substack.com, formerly
misinfounderload.substack.com "not …
a very serious person" - Scott
Alexander

### What's happening

Premier League · LIVE
**Manchester United vs AFC
Bournemouth**

Trending in United States
**Praying for Hamlin**
307K Tweets

Sports · Trending
**Casemiro**
29.8K Tweets

Trending in United States
**For Damar**
968K Tweets

Trending in United States
**Cancel**
170K Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More …
© 2023 Twitter, Inc.



Document title: (1) Avraham Eisenberg on Twitter: &quot;Statement on recent events: I was involved with a team that operated a highly profitable trading strategy last…
Capture URL: https://twitter.com/avi_eisen/status/1581326197241180160?ref_src=twsrc%5Etfw%7Ctwcamp%5Etweetembed%7Ctwterm…
Capture timestamp (UTC): Tue, 03 Jan 2023 21:07:54 GMT                                                                                          Page 32 of 32