# **EXHIBIT B**

PageVault

| | |
|---|---|
| Document title: | Mango DAO |
| Capture URL: | https://dao.mango.markets/dao/MNGO/proposal/ GYhczJdNZAhG24dkkymWE9SUZv8xC4g8s9U8VF5Yprne |
| Page loaded at (UTC): | Wed, 25 Jan 2023 14:45:13 GMT |
| Capture timestamp (UTC): | Wed, 25 Jan 2023 14:46:18 GMT |
| Capture tool: | 10.18.1 |
| Collection server IP: | 34.230.137.168 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.125 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 4 |
| Capture ID: | 9kNY8LdWqKsmCSyjPMmAgm |
| User: | mofo-eminnick |

PDF REFERENCE #:     nfT6ri1y8JB4icZqy6T2LQ






Realms

Connect
Phantom

‹ Back

# Repay Bad Debt #2

Completed

To the controller of the wallet yUJw9a2PyoqKkH47i4yEGf4WXomSHMiK7Lp29Xs2NqM

We are seeking to make users whole to the extent possible. This is the amount you have agreed to return:

| Asset | Amount |
|---|---|
| mSOL | 799,155 |
| SOL | 761,577 |
| BTC | 281.498 |
| SRM | 2,354,260 |
| ETH | 226 |
| FTT | 11,774 |
| BNB | 608 |
| GMT | 152,843 |
| RAY | 98,295 |
| AVAX | 1,809 |
| MNGO | 32,409,565 |
| USDC | 10,000,000 |

Most of these funds are currently in the control of the solana wallet yUJw and should be sent to the wallet owned by Mango Upgrade Council:
9mM6NfXauEFviFY1S1thbo7HXYNiSWSvwZEhguJw26wY

The 10,000,000 USDC can be sent either to the Upgrade Council solana wallet or the ethereum wallet setup by the developers:
0xa8e8729A6AAb10178FBac1E9D55A0c536ce3DCa8

Within 12 hours of the proposal opening, you shall send back the assets other than USDC, MSOL, MNGO, and SOL as a show of good faith. The remaining assets shall be sent within 12 hours once the vote is complete and passes.

The funds sent by you and the mango DAO treasury will be used to cover any remaining bad debt in the protocol. All mango depositors will be made whole. By voting for this proposal, mango token holders agree to pay off the bad debt with the treasury, and waive any potential claims against accounts with bad debt, and will not pursue any criminal investigations or freezing of funds once the tokens are sent back as described above.

## Results

The proposal has passed

| Yes Votes | No Votes |
|---|---|
| 473,166,649 | 16,601,348 |
| 96.6% | 3.4% |

Explore ›

## Discussion (20)

Thoughts?...

Send It

2zjSP...ENPvR
3 months ago
No 12,000,000 MNGO

this is ריבית נשך you don't deserve one shekel

J1eHD...Pcbnm
3 months ago

Chris Brunet from Karlstack here, just wanted to say I'm gay

7Qxwo...rbL4L
3 months ago
No 38 MNGO

This is an absurdly high bounty for such a low tier attack. Any dumb ass with enough money could have pulled this off. Lower the bounty to a reasonable level or fuck around and find out.

9GwVp...6t8wz
3 months ago
No 69 MNGO

This is an absurdly high bounty for such a low tier attack. Any dumb ass with enough money could have pulled this off. Lower the bounty to a reasonable level or fuck around and find out.

**9GwVp...6t8wz**
3 months ago — No, 69 MNGO

As several others have said, we should give him less of a bounty. He's dox'd and will be arrested - don't give him half! 25M total is more than enough.

**9GwVp...6t8wz**
3 months ago — No, 69 MNGO

As several others have said, we should give him less of a bounty because he is a criminal in no position to negotiate anymore. He's dox'd and will be arrested - don't give him ± $50M ! 25M total is more than enough. Cut it by 50%. Cheers.

**FrSHN...HFz7z**
3 months ago

He's Mango account has a large amount of outstanding balance, this is an objective fact.

**HAkvF...7yBkc**
3 months ago — Yes, 183,325 MNGO

thanks team <3

**GMsAp...D2qpC**
3 months ago

Mango team is f**king brain dead and should be criminally investigated. They left this exploit open and are now paying out 40-50m bug bounty to a doxxed exploiter. Worst negotiation I have ever seen

**xpGSJ...i3k7H**
3 months ago — Yes, 115 MNGO

Depositors to be made whole immediately. Everything else comes after.

**7bqM8...qsR8f**
3 months ago — No, 4,579,571 MNGO

Agree 100% that making users funds whole ASAP is the top priority but a $50m "bug bounty" is ridiculous. At most the exploiter should get their costs back ($15m?) plus $10m. $10m whitehat bounty is what was offered to the $600m wormhole hacker. Mango can negotiate better than this, especially given the exploiter is essentially doxed

**8DUt4...o86en**
3 months ago — Yes, 241,783 MNGO

Only viable route forward is to make users whole. All else comes after that. Pretty sure Mango can still raise funds with VCs.

**B3Nyy...8mNjY**
3 months ago — Yes, 68 MNGO

I am also wondering about the continuity of the Mango project, and plans for MangoMarketsV4. The proposal may have included an amount for keeping the project and the team going

**5zvDd...f2V7Z**
3 months ago — Yes, 2,490,045 MNGO

I vote yes as the proposal puts the users - and their funds - first, however, with the Treasury mostly depleted, there are now serious concerns on teh continuity of the project which have to be publicly addressed by Max, Daffy and rest of the team.



8DUt4...o86en
3 months ago
Yes | 241,783 MNGO

Only viable route forward is to make users whole. All else comes after that. Pretty sure Mango can still raise funds with VCs.

B3Nyy...8mNjY
3 months ago
Yes | 68 MNGO

I am also wondering about the continuity of the Mango project, and plans for MangoMarketsV4. The proposal may have included an amount for keeping the project and the team going

5zvDd...f2V7Z
3 months ago
Yes | 2,490,045 MNGO

I vote yes as the proposal puts the users - and their funds - first, however, with the Treasury mostly depleted, there are now serious concerns on teh continuity of the project which have to be publicly addressed by Max, Daffy and rest of the team. How will founders be able to continue building Mango with close to zero funds?

DrKFQ...bGWRb
3 months ago
Yes | 3,980 MNGO

Im devastated please vote yes everyone

HMznu...CWSJQ
3 months ago
No | 1,262 MNGO

protocol risk would have been taken more seriously if mango paid back liquidators from the insurance fund for the first hack

BVFTQ...dyvjU
3 months ago
Yes | 100,631 MNGO

LGTM

4Y6op...fB7YJ
3 months ago
Yes | 48 MNGO

Plz god I need this money back

AZQMe...pLZ1V
3 months ago
Yes | 21,089 MNGO

good outcome for all

FPqZP...UjKgi
3 months ago
No | 1,495 MNGO

if the exploiter is doxed, why are they getting a ~$50 million bounty?

J1eHD...Pcbnm
3 months ago

First. Also -- we're all gonna make it bros and broettes

© 2023 Solana Technology Services LLC | Terms | Privacy Policy
Read the Docs
Powered by Solana