# EXHIBIT D




Log in   Sign Up

Menu

Reading

Mango Market Hacker Loses Millions in Failed…

Search

About

App   Email
Discuss   Podcast

News › DeFi

# Mango Market Hacker Loses Millions in Failed Aave Scheme

Avraham Eisenberg, the crypto trader behind last month's $100 million Mango Markets price manipulation maneuver, couldn't do the same to Aave.

By Sander Lutz

Nov 23, 2022
3 min read



Images: Shutterstock

A notorious crypto trader, who gloated just last month about making away with over $100 million in a controversial price manipulation maneuver, appears to have lost millions on a similar exploit attempt that backfired early Tuesday.

Avraham Eisenberg, the trader behind October's Mango Market hack, recently borrowed 40 million curve (CRV) tokens from decentralized lending platform Aave, according to on-chain data. The drastic move is part of an apparent scheme to sell off the tokens, plummet CRV's value as a result, and make away with millions in short positions on the token—leaving Aave saddled with a massive quantity of bad debt.

the tokens, plummet CRV's value as a result, and make away with millions in short positions on the token—leaving Aave saddled with a massive quantity of bad debt.

The ploy did not execute as planned, however. CRV's price declined early Tuesday from $0.53 to $0.41, but then quickly recovered, shooting up as high as $0.71. At writing, CRV is up 31% in the last 24 hours to $0.67, according to data from CoinGecko.

### BitKeep Hacker Moves $1M in Binance Coin Through Tornado Cash

An anonymous cybercriminal on Monday stole $1 million in Binance Coin (BNB) tokens from multi-chain wallet BitKeep's token swap service, before routing the funds through the U.S....

News • Business    3 min read
Tim Hakki • Oct 18, 2022

Weeks ago, Eisenberg publicly outlined a plan to manipulate a loophole in Aave's lending policies that would theoretically allow a scheme like the one attempted by the trader on Tuesday to succeed.



Document title: Edward Snowden: Sanctioning of Ethereum Mixer Tornado Cash Was &#39;Deeply Illiberal and Profoundly Authoritarian&#39; - Decrypt
Capture URL: https://decrypt.co/114973/edward-snowden-ethereum-mixer-tornado-cash-illiberal-authoritarian
Capture timestamp (UTC): Wed, 25 Jan 2023 14:51:11 GMT



Yet, in the weeks following it, neither Aave nor Gauntlet—the financial modeling platform employed by Aave—moved to take any precautionary steps to prevent an exploit like the one Eisenberg outlined from occurring.

On Tuesday afternoon, after Eisenberg's short strategy proved unsuccessful, Gauntlet issued a statement to clarify that Aave had emerged from the incident relatively unscathed.

"The attempt to squeeze CRV on Aave has been unsuccessful and unprofitable," Gauntlet tweeted. "Despite this, Aave has accrued a much smaller insolvent position."

Document title: Edward Snowden: Sanctioning of Ethereum Mixer Tornado Cash Was &#39;Deeply Illiberal and Profoundly Authoritarian&#39; - Decrypt
Capture URL: https://decrypt.co/114973/edward-snowden-ethereum-mixer-tornado-cash-illiberal-authoritarian
Capture timestamp (UTC): Wed, 25 Jan 2023 14:51:11 GMT



That smaller insolvency amounts to $1.6 million in bad debt on Aave's end, according to blockchain data analyzed by Blockanalitica—an amount that could have been far larger had Eisenberg's exploit succeeded.

In a reply to a since-deleted tweet, Gauntlet announced that it would help cover the $1.6 million loss as part of its insolvency refund program, which commits to covering losses incurred by clients such as Aave due to flaws in Gauntlet's "risk parameter optimizations."

Hours after Eisnberg's CRV maneuver failed, an Aave governance proposal was drafted to prevent a similar scheme from manipulating other cryptocurrencies on the platform in the future.

Some Aave DAO members reacted negatively to the proposal.

"Better late than never, no?" one member wrote. "Gauntlet should have done this proposal way before that Avi pulled the trigger. What were you doing all this time while Avi was bragging about his attempt to economically exploit AAVE?"

Document title: Edward Snowden: Sanctioning of Ethereum Mixer Tornado Cash Was &#39;Deeply Illiberal and Profoundly Authoritarian&#39; - Decrypt
Capture URL: https://decrypt.co/114973/edward-snowden-ethereum-mixer-tornado-cash-illiberal-authoritarian
Capture timestamp (UTC): Wed, 25 Jan 2023 14:51:11 GMT

before that Avi pulled the trigger. What were they doing all this time while Avi was bragging about his attempt to economically exploit AAVE?"



Last month, when Eisenberg made away with over $100 million from Solana-based Mango Markets via an oracle price manipulation, Mango DAO agreed to forego any pursuit of criminal charges against the trader—if he returned $67 million of the seized funds to help the organization cover its bad debt.

Eisenberg agreed to the deal; the next day, he outed himself as the trader behind the maneuver, calling the event, widely regarded as a hack, a "highly profitable trading strategy."

He did not immediately respond to a request for comment on Tuesday's events from *Decrypt*.

Document title: Edward Snowden: Sanctioning of Ethereum Mixer Tornado Cash Was &#39;Deeply Illiberal and Profoundly Authoritarian&#39; - Decrypt
Capture URL: https://decrypt.co/114973/edward-snowden-ethereum-mixer-tornado-cash-illiberal-authoritarian
Capture timestamp (UTC): Wed, 25 Jan 2023 14:51:11 GMT



Decrypt

Log in Sign Up

Menu

Reading

Mango Market Hacker Loses Millions in Failed...

Copy link IPFS

What's an accredited investor? Disclosure

RoundlyX
Auto invest spare change into crypto.
Join other investors
Min investment $15
Target return 60%

Masterworks
Invest in multimillion dollar paintings from $10k.
Join 500K investors
Min investment $10K
Target return 10-25%

Albert Oehlen
Invest in multi-million dollar paintings from $10k
Join other investors
Sold after 354 days
Returned 36.2%

View More

## Recommended News

### Index Coop Launches New Staked Ethereum Index for the LSD-Curious

First time trying LSD? Index Coop has you covered. Today, Index Coop is launching its new structured product that will give investors exposure to the top liquid staking derivative (LSD) tokens...

News ‣ DeFi — 4 min read

Liam J. Kelly • Jan 24, 2023

### SEC Charges Mango Markets Attacker With Manipulating Price of 'Security'

The United States Securities and Exchange Commission (SEC) today charged Mango Markets attacker Avraham Eisenberg—who previously claimed responsibility for the scheme—with alleged fraud and ma...

News ‣ DeFi — 3 min read

Kate Irwin • Jan 20, 2023

### Nexo Settles with SEC, Will Pay $45 Million and Kill Crypto Lending Product

It has been a tough week for Nexo Capital. On Sunday, Bulgarian authorities said they have evidence of Nexo customers using the platform for illegal activities, including laundering money, "ta...

News ‣ DeFi — 3 min read

Jason Nelson • Jan 20, 2023

All News ➞

Search

About

App Email Discuss Podcast

News ‣ DeFi

Avraham Eisenberg
7,206 Tweets
Follow

Search Twitter

compound finance
compound is an algorithmic, autonomous interest rate protocol built for developers, to unlock a universe of open financial applications.

8 8 41

**Avraham Eisenberg** @avi_eisen · Oct 19, 2022
The proposal here is capping bounties at 5% or $5M, whichever is smaller. This is notably less than many bounties paid under existing bounty programs.

> **SBF** @SBF_FTX · Oct 19, 2022
> 5) Second, we need something to reduce the impact of security breaches and hacks in crypto.
>
> One way we could do that is with a community standard that required attackers to return the vast majority of assets and prioritize customer protection, in return for settling the dispute.
> Show this thread

13 8 130

**Avraham Eisenberg** @avi_eisen · Oct 20, 2022
Wen Alabama refunds on every protocol they made over 5m PnL on

4 4 86

Avraham Eisenberg Retweeted
**Avraham Eisenberg** @avi_eisen · Oct 19, 2022
Replying to @banana83029121
that's me, completely clueless about DeFi, you got me

5 2 126

Avraham Eisenberg Retweeted
**Route 2 FI** @Route2FI · Oct 19, 2022
Replying to @avi_eisen
I recommend no more tweets like this for the sake of the people, the crypto industry, and your business. But if this continues I have no choice but to add you to notifications for news/narrative trades.

6 7 197

**Avraham Eisenberg** @avi_eisen · Oct 19, 2022
I've been advised aave is perfectly safe so here's the potential trading strategy. Not financial or legal advice, but if you do make 9 figures on this feel free to send a tip

Note that starting with more initial capital increases success odds and profit percentage

## You might like

**db** @tier10k Follow

**GCR** @GiganticRebirth Follow

**Tree of Alpha** @Tree_of_Alpha Follow

Show more

## What's happening

Premier League · LIVE
**Arsenal FC vs Newcastle United**

Trending in United States
**Praying for Hamlin**
314K Tweets

Politics · Trending
**Nominate Trump**
4,650 Tweets

Trending in United States
**Cancel**
172K Tweets

Sports · Trending
**#PrayersForDamar**
Trending with NFL Live

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2023 Twitter, Inc.

Avraham Eisenberg
7,206 Tweets

Follow

Search Twitter

If you 4x, you can borrow an additional 150m on account B for a 50M profit, it's actually somewhat more because you'd be buying the Ren at a lower average price

2:10 AM

195 358 1,570

Avraham Eisenberg Retweeted

**Helen De Cruz (also @helenreflects@wan...** @Hele... · Oct 18, 2022

Whatever happened to déjà vu? As an xennial/late gen-Xer I used to experience it, and hear about it all the time. But now, rarely. I thought perhaps it's because I moved so many times? A Google ngram indicates though déjà vu peaked in 1989 and then declined. Why?

50 39 228

**Avraham Eisenberg** @avi_eisen · Oct 19, 2022

blog.ericgoldman.org/archives/2022/...

Authority to operate an e-filing portal."), it comes as no surprise to this Court that the Defendants' litigation tactic is to point fingers, as illustrated below.

Fig. 1. Clerk Forman and Chair Rushing[7]

Neither can escape liability by shifting blame to each other, nor can they evade constitutional scrutiny by maintaining an administrative labyrinth. The way

[7] As one pop-culture commentator explains, "[t]he image of the two pointing Spider-Men has been captioned—and sometimes recreated—in all sorts of different ways. It's been around since at least 2011. It's been used by fans, celebrities and even politicians to make funny comparisons between people that either seem oddly similar or are engaged in the same activity." Nicholas Raymond, *The Origin of The Spider-Man Pointing Meme*, Screen Rant (Jan. 4, 2020), https://screenrant.com/spider-man-pointing-meme-cartoon-origin/.

16

Avraham Eisenberg Retweeted

**DefiDiogenes(W,H)** 🦉 @DefiDiogenesYFI · Oct 19, 2022

Replying to @acityinohio

It's legal if the code allows it.

$$\mathcal{L}_{SM} = -\tfrac{1}{2}\partial_\nu g^a_\mu \partial_\nu g^a_\mu - g_s f^{abc}\partial_\mu g^a_\nu g^b_\mu g^c_\nu - \tfrac{1}{4}g^2_s f^{abc} f^{ade} g^b_\mu g^c_\nu g^d_\mu g^e_\nu - \partial_\nu W^+_\mu \partial_\nu W^-_\mu - M^2 W^+_\mu W^-_\mu - \tfrac{1}{2}\partial_\nu Z^0_\mu \partial_\nu Z^0_\mu - \tfrac{1}{2c^2_w} M^2 Z^0_\mu Z^0_\mu - \tfrac{1}{2}\partial_\mu A_\nu \partial_\mu A_\nu - igc_w(\partial_\nu Z^0_\mu(W^+_\mu W^-_\nu - W^+_\nu W^-_\mu) - Z^0_\nu(W^+_\mu \partial_\nu W^-_\mu - W^-_\mu \partial_\nu W^+_\mu) + Z^0_\mu(W^+_\nu \partial_\nu W^-_\mu - W^-_\nu \partial_\nu W^+_\mu)) - igs_w(\partial_\nu A_\mu(W^+_\mu W^-_\nu - W^+_\nu W^-_\mu) - A_\nu(W^+_\mu \partial_\nu W^-_\mu - W^-_\mu \partial_\nu W^+_\mu) + A_\mu(W^+_\nu \partial_\nu W^-_\mu - W^-_\nu \partial_\nu W^+_\mu)) - \tfrac{1}{2}g^2 W^+_\mu W^-_\mu W^+_\nu W^-_\nu + \tfrac{1}{2}g^2 W^+_\mu W^-_\nu W^+_\mu W^-_\nu + g^2 c^2_w(Z^0_\mu W^+_\mu Z^0_\nu W^-_\nu - Z^0_\mu Z^0_\mu W^+_\nu W^-_\nu) + g^2 s^2_w(A_\mu W^+_\mu A_\nu W^-_\nu - A_\mu A_\mu W^+_\nu W^-_\nu) + g^2 s_w c_w(A_\mu Z^0_\nu(W^+_\mu W^-_\nu - W^+_\nu W^-_\mu) - 2A_\mu Z^0_\mu W^+_\nu W^-_\nu) - \tfrac{1}{2}\partial_\mu H \partial_\mu H - 2M^2\alpha_h H^2 - \partial_\mu \phi^+ \partial_\mu \phi^- - \tfrac{1}{2}\partial_\mu \phi^0 \partial_\mu \phi^0 - \beta_h\left(\tfrac{2M^2}{g^2} + \tfrac{2M}{g}H + \tfrac{1}{2}(H^2 + \phi^0\phi^0 + 2\phi^+\phi^-)\right) + \tfrac{2M^4}{g^2}\alpha_h - g\alpha_h M(H^3 + H\phi^0\phi^0 + 2H\phi^+\phi^-) - \tfrac{1}{8}g^2\alpha_h(H^4 + (\phi^0)^4 + 4(\phi^+\phi^-)^2 + 4(\phi^0)^2\phi^+\phi^- + 4H^2\phi^+\phi^- + 2(\phi^0)^2 H^2) - gMW^+_\mu W^-_\mu H - \tfrac{1}{2}g\tfrac{M}{c^2_w} Z^0_\mu Z^0_\mu H -$$

## You might like

db @tier10k Follow

GCR @GiganticRebirth Follow

Tree of Alpha @Tree_of_Alpha Follow

Show more

## What's happening

Premier League · LIVE
**Arsenal FC vs Newcastle United**

Trending in United States
**Praying for Hamlin**
314K Tweets

Politics · Trending
**Nominate Trump**
4,650 Tweets

Trending in United States
**Cancel**
172K Tweets

Sports · Trending
**#PrayersForDamar**
Trending with NFL Live

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2023 Twitter, Inc.






