# EXHIBIT E

Page Vault

| | |
|---|---|
| Document title: | (1) Avraham Eisenberg on Twitter: "Seeing some wild probabilities on the timeline for FTX insolvency, anyone want to give me size? Proposed terms - FTX has suspended withdrawals for more than a 7 day period by end of 2022. I'll bet unlimited size at 80% on No; propose better odds, subject to escrow depending who" / Twitter |
| Capture URL: | https://twitter.com/avi_eisen/status/1589607443344265216?s=20&t=5yeAq2orRIP8Ii23HVIX7w |
| Page loaded at (UTC): | Wed, 25 Jan 2023 15:53:03 GMT |
| Capture timestamp (UTC): | Wed, 25 Jan 2023 15:54:00 GMT |
| Capture tool: | 10.18.1 |
| Collection server IP: | 34.230.137.168 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.125 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 6 |
| Capture ID: | kd2q6z6oYV7sdPLV6T9bKv |
| User: | mofo-eminnick |

PDF REFERENCE #:     nHmCFzpRQ9aDqMZ17eUsi6



Thread

**Avraham Eisenberg** @avi_eisen

Seeing some wild probabilities on the timeline for FTX insolvency, anyone want to give me size? Proposed terms - FTX has suspended withdrawals for more than a 7 day period by end of 2022. I'll bet unlimited size at 80% on No; propose better odds, subject to escrow depending who

> **Avraham Eisenberg** @avi_eisen · Nov 7, 2022
> Replying to @Nakamotolisk
> how much size would you bet and at what odds?

1:15 PM · Nov 7, 2022

**8** Retweets  **3** Quote Tweets  **154** Likes

💬  🔁  ♡  ⬆️

Tweet your reply                          Reply

**Avraham Eisenberg** @avi_eisen · Nov 7, 2022
Replying to @avi_eisen
@PolymarketHQ your time to shine
💬 4   🔁   ♡ 34   ⬆️

**game of squids 🦑** @ravenous_baby · Nov 8, 2022
Replying to @avi_eisen
You just lost this bet right? Guessing no takers tho
💬 1   🔁   ♡ 1   ⬆️

**Avraham Eisenberg** @avi_eisen · Nov 8, 2022
Replying to @ravenous_baby
No, I'm still max bid at 80 if anyone wants in
💬   🔁   ♡ 2   ⬆️

**Optionsly** @optionsly · Nov 7, 2022
Replying to @avi_eisen
You're bullish that theres a less than 20% risk of default in 3 mo? Cmon man you gotta price at 98%+. Even then thats huge counter party risk...
💬 2   🔁   ♡   ⬆️

**Avraham Eisenberg** @avi_eisen · Nov 7, 2022
Replying to @optionsly
Just trying to tax the bullshit by people unironically saying 25% chance of insolvency. Open to better rates if a serious offer is made, you never post your best bid as the open
💬   🔁 1   ♡ 30   ⬆️

**Deen Adzemovic** @DeenAdzemovic · Nov 7, 2022
Replying to @avi_eisen
alternatively can just use ftx us lending rate (currently sitting around 48%)
💬 2   🔁   ♡ 1   ⬆️

**Avraham Eisenberg** @avi_eisen · Nov 7, 2022
Replying to @DeenAdzemovic
Looks like 5% and also high rates won't last, if the panuk goes away in a week you're not collecting those rates for months

## Relevant people



**Avraham Eisenberg** @avi_eisen                    Follow
Applied game theorist. blog occasionally at deepfivalue.substack.com, formerly misinfounderload.substack.com "not ... a very serious person" - Scott Alexander



**Nakamotolisk.eth ( 5...** @Nakamotolisk            Follow
Systematic Crypto analysis from the 'Lisk's Vault. Social account: @nakamotolisk_in Discord: Nakamotolisk#8882 🤝

## What's happening

Tennis Tournament · LIVE
**Australian Open 2023**

Entertainment · Trending
**#earthquake**
29.3K Tweets

Business and finance · Trending
**Doodles 2**
1,889 Tweets

Trending in United States
**Fashion Nova**

Trending in United States
**Aaron Rodgers**
13.3K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2023 Twitter, Inc.

Document title: (1) Avraham Eisenberg on Twitter: &quot;Seeing some wild probabilities on the timeline for FTX insolvency, anyone want to give me size? Proposed ter…
Capture URL: https://twitter.com/avi_eisen/status/1589607443344265216?s=20&amp;t=5yeAq2orRIP8li23HVIX7w
Capture timestamp (UTC): Wed, 25 Jan 2023 15:54:00 GMT



Thread

Search Twitter

**Avraham Eisenberg** @avi_eisen · Nov 7, 2022
Replying to @DeenAdzemovic
Looks like 5% and also high rates won't last, if the panuk goes away in a week you're not collecting those rates for months
4

**Medivici** 🥀 @CryptoIsDead_ · Nov 7, 2022
Replying to @avi_eisen
Bears desperate for another Luna event

5

**CMS intern** @cmsintern · Nov 7, 2022
Replying to @avi_eisen
new highly profitable trading strategy just dropped
54

**illiquidity providoooor** @skyquake_1 · Nov 7, 2022
Replying to @avi_eisen
You'd be happy with most counterparties except Sam
7

**Tony** @Algobulltank · Nov 7, 2022
Replying to @avi_eisen
Whats unlimited sir ?

**alpha dog** @AlphaDogs8 · Nov 7, 2022
Replying to @avi_eisen
What's the odds?

**mmmite1** @mmmite1 · Nov 7, 2022
Replying to @avi_eisen
@PolymarketHQ ?
1

**KING SHIBA** @KingShibaBSC · Nov 7, 2022
Replying to @avi_eisen

## Relevant people

**Avraham Eisenberg** @avi_eisen — Follow
Applied game theorist. blog occasionally at deepfivalue.substack.com, formerly misinfounderload.substack.com "not ... a very serious person" - Scott Alexander

**Nakamotolisk.eth ( 5...** @Nakamotolisk — Follow
Systematic Crypto analysis from the 'Lisk's Vault. Social account: @nakamotolisk_in Discord: Nakamotolisk#8882 🤝

## What's happening

Tennis Tournament · LIVE
**Australian Open 2023**

Entertainment · Trending
**#earthquake**
29.3K Tweets

Business and finance · Trending
**Doodles 2**
1,889 Tweets

Trending in United States
**Fashion Nova**

Trending in United States
**Aaron Rodgers**
13.3K Tweets

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2023 Twitter, Inc.

← **Thread**

Q Search Twitter

@PolymarketHQ ?

💬                   ⟲                   ♡ 1                   ↑

**KING SHIBA** @KingShibaBSC · Nov 7, 2022
Replying to @avi_eisen



I should liquidate the Federal Reserve

💬                   ⟲                   ♡ 4                   ↑

**Lazarillo** 🐢 🔵,💜 🍵 @ILiketoCope · Nov 7, 2022
Replying to @avi_eisen
What if SBF accepts your bet?

💬                   ⟲ 1                   ♡                   ↑

**dd** @thelornadane · Nov 7, 2022
Replying to @avi_eisen
will you delete your account if not?

💬                   ⟲                   ♡                   ↑

**CRIMINAL RAT BARRY SILBERT TO JAI...** @enchiridi... · Nov 7, 2022
Replying to @avi_eisen
Im with you but I think bankruptcy is inevitable eventually

💬                   ⟲                   ♡ 2                   ↑

**leakingalpha.eth** @bullishdumping · Nov 7, 2022
Replying to @avi_eisen
Nobody's gonna take a bet with you bc your money is dirty so there's no
way to win. Your counterparty can be assumed to also be you and this can
be assumed be laundering.

💬                   ⟲                   ♡ 1                   ↑

**MAGE_crypt** @crypt_mage · Nov 7, 2022
Replying to @avi_eisen
Is there a profitable strategy to suggest to CZ to bankrupt sam

💬 1                   ⟲                   ♡                   ↑

**Chaamba Defi** @UpChaamba · Nov 8, 2022
Replying to @avi_eisen
Just buy FTT

💬                   ⟲                   ♡                   ↑

**xKix** @0x_zak · Nov 7, 2022
Replying to @avi_eisen
no one dares to take the other side of your bet, Im btw. on your side on this
one

💬                   ⟲                   ♡                   ↑

**c8ake** 🍯🎮 @c8ake · Nov 7, 2022
Replying to @avi_eisen
What's the odds most of these dudes just like gossiping and won't take your

**Relevant people**

**Avraham Eisenberg**
@avi_eisen                                    [ Follow ]
Applied game theorist. blog
occasionally at
deepfivalue.substack.com, formerly
misinfounderload.substack.com "not ...
a very serious person" - Scott
Alexander

**Nakamotolisk.eth** ( 5...
@Nakamotolisk                                 [ Follow ]
Systematic Crypto analysis from the
'Lisk's Vault. Social account:
@nakamotolisk_in Discord:
Nakamotolisk#8882 🤝

**What's happening**

Tennis Tournament · LIVE
**Australian Open 2023**



Entertainment · Trending                      ...
**#earthquake**
29.3K Tweets

Business and finance · Trending               ...
**Doodles 2**
1,889 Tweets

Trending in United States                     ...
**Fashion Nova**

Trending in United States                     ...
**Aaron Rodgers**
13.3K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2023 Twitter, Inc.





Thread

Replying to @avi_eisen

one

c8ake @c8ake · Nov 7, 2022
Replying to @avi_eisen
What's the odds most of these dudes just like gossiping and won't take your bet?
1

smolsam @smolsamX · Nov 7, 2022
Replying to @avi_eisen
@cobie will be the ESCROWerrrrrr
1 3

WR☻NGUSER ✗ @wronguserNFTs · Nov 7, 2022
Replying to @avi_eisen
sounds like a do kwonesque bet...

tinat0212 @tinat0212 · Nov 7, 2022
Replying to @avi_eisen
@GiganticRebirth

Show more replies

Search Twitter

**Relevant people**

**Avraham Eisenberg** @avi_eisen Follow
Applied game theorist. blog occasionally at deepfivalue.substack.com, formerly misinfounderload.substack.com "not ... a very serious person" - Scott Alexander

**Nakamotolisk.eth ( 5...** @Nakamotolisk Follow
Systematic Crypto analysis from the 'Lisk's Vault. Social account: @nakamotolisk_in Discord: Nakamotolisk#8882

**What's happening**

Tennis Tournament · LIVE
**Australian Open 2023**

Entertainment · Trending
**#earthquake**
29.3K Tweets

Business and finance · Trending
**Doodles 2**
1,889 Tweets

Trending in United States
**Fashion Nova**

Trending in United States
**Aaron Rodgers**
13.3K Tweets

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2023 Twitter, Inc.

Thread

Search Twitter

Show more replies

**Relevant people**

**Avraham Eisenberg** @avi_eisen Follow
Applied game theorist. blog occasionally at deepfivalue.substack.com, formerly misinfounderload.substack.com "not ... a very serious person" - Scott Alexander

**Nakamotolisk.eth ( 5...** @Nakamotolisk Follow
Systematic Crypto analysis from the 'Lisk's Vault. Social account: @nakamotolisk_in Discord: Nakamotolisk#8882 🤝

**What's happening**

Tennis Tournament · LIVE
**Australian Open 2023**

Entertainment · Trending
**#earthquake**
29.3K Tweets

Business and finance · Trending
**Doodles 2**
1,889 Tweets

Trending in United States
**Fashion Nova**

Trending in United States
**Aaron Rodgers**
13.3K Tweets

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2023 Twitter, Inc.

Page Vault

| | |
|---|---|
| Document title: | (1) Avraham Eisenberg on Twitter: "Serious mode, should I go buy a small exchange and run it, I think I could do better tweets than SBF and also not lose embarrassing amounts of money while bragging about how good our risk engine is Any of the smaller exchanges looking to exit?" / Twitter |
| Capture URL: | https://twitter.com/avi_eisen/status/1590141888769642496?s=20&t=5yeAq2orRIP8Ii23HVIX7w |
| Page loaded at (UTC): | Wed, 25 Jan 2023 15:54:14 GMT |
| Capture timestamp (UTC): | Wed, 25 Jan 2023 15:55:20 GMT |
| Capture tool: | 10.18.1 |
| Collection server IP: | 34.230.137.168 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.125 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 10 |
| Capture ID: | scVdcZSK6a4zzihaLtRLhS |
| User: | mofo-eminnick |

PDF REFERENCE #:          a4rSuTJj4xPniw4wTpyfkM





Tweet

Search Twitter

**Avraham Eisenberg**
@avi_eisen

Serious mode, should I go buy a small exchange and run it, I think I could do better tweets than SBF and also not lose embarrassing amounts of money while bragging about how good our risk engine is

Any of the smaller exchanges looking to exit?

12:39 AM · Nov 9, 2022

**15** Retweets **2** Quote Tweets **553** Likes

Tweet your reply

Reply

**Polymarket** @PolymarketHQ · Nov 9, 2022
Replying to @avi_eisen
Allocation pls ser
1 8
Show replies

**Zodiac** @Zodiacpl · Nov 9, 2022
Replying to @avi_eisen
Hey, you could also liquidate competitors better than... ok, forget about it.

**DomainGuy** @domain_sol · Nov 9, 2022
Replying to @avi_eisen
I think FTX is up for grabs

**tipc** @testinprodcap · Nov 9, 2022
Replying to @avi_eisen
Didn't u own all the mango already
8

**Farooq Anjum (fanjum.btc)** @blockchain092 · Nov 9, 2022
Replying to @avi_eisen
You might be able to buy FTX itself very soon

**illi (radioactive arc)** @illigmid · Nov 9, 2022
Replying to @avi_eisen
i would deposit my assets with avixchange
1 16

**tmnxeq** @tmnxeq · Nov 9, 2022
Replying to @illigmid and @avi_eisen
bro you have to at least ask for an airdrop
1 13
Show replies

**0xGeeGee** @0xGeeGee · Nov 9, 2022
Replying to @avi_eisen
@Poloniex

## Relevant people

**Avraham Eisenberg**
@avi_eisen
Follow
Applied game theorist. blog occasionally at deepfivalue.substack.com, formerly misinfounderload.substack.com "not ... a very serious person" - Scott Alexander

## What's happening

Tennis Tournament · LIVE
**Australian Open 2023**

Business and finance · Trending
**Doodles 2**
1,889 Tweets

Entertainment · Trending
**#earthquake**
29.4K Tweets

Trending in United States
**Fashion Nova**

Sports · Trending
**Dan Campbell**
Trending with McDermott, NFL MVP

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2023 Twitter, Inc.

Show replies

**0xGeeGee** ✓ @0xGeeGee · Nov 9, 2022
Replying to @avi_eisen
@Poloniex

Since JS has a bigger tool now i guess?

💬        ⟲        ♡ 1        ⬆️

**Tnut (💙,🧡)** @Teeznutz11 · Nov 9, 2022
Replying to @avi_eisen
> release exchange token
> airdrop future DeFi hacks to holders
> ahhhh im hedginggggg

💬        ⟲        ♡ 5        ⬆️

**housefire** ✓ @chipflare · Nov 9, 2022
Replying to @avi_eisen
@justinsuntron

💬        ⟲        ♡ 2        ⬆️

**CptRandlelwa.eth** 🔊📶🔺 @CptRandlelwa · Nov 9, 2022
Replying to @avi_eisen
God no.

💬        ⟲        ♡        ⬆️

**illiquidity providoooor** ✓ @skyquake_1 · Nov 9, 2022
Replying to @avi_eisen
Small like FTX or

💬        ⟲        ♡ 18        ⬆️

**Alexander Pearson** ✓ @IcarusRisen · Nov 9, 2022
Replying to @avi_eisen
Yeah definitely, selling shovels during the goldrush is one of the oldest, successful business models out there.

💬        ⟲        ♡        ⬆️

**hasan** ✓ @notchefbob · Nov 9, 2022
Replying to @avi_eisen
all it takes is 10 engineers

💬        ⟲        ♡ 2        ⬆️

**Assistant United States Attorney** ✓ @AUSAttorney · Nov 9, 2022
Replying to @avi_eisen
Sure and I can be your legal department, free of charge.

💬        ⟲        ♡        ⬆️

**Untilonemillion** ✓ @untilonemillion · Nov 9, 2022
Replying to @avi_eisen
Putting that stolen fort money to work I see

💬 1        ⟲        ♡        ⬆️

Show replies

**Mia Wallace** ✓ @0xMiaWallace · Nov 9, 2022
Replying to @avi_eisen
Yo I want to exit

💬        ⟲        ♡        ⬆️

**Matías** @Matt_in_action · Nov 9, 2022
Replying to @avi_eisen
From buying a bank to buy an exchange, good!

**Relevant people**



**Avraham Eisenberg**
@avi_eisen        Follow
Applied game theorist. blog occasionally at
deepfivalue.substack.com, formerly
misinfounderload.substack.com "not …
a very serious person" - Scott
Alexander

**What's happening**



Tennis Tournament · LIVE
**Australian Open 2023**

Business and finance · Trending
**Doodles 2**
1,889 Tweets

Entertainment · Trending
**#earthquake**
29.4K Tweets

Trending in United States
**Fashion Nova**

Sports · Trending
**Dan Campbell**
Trending with McDermott, NFL MVP

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2023 Twitter, Inc.



**Matías** @Matt_in_action · Nov 9, 2022
Replying to @avi_eisen
From buying a bank to buy an exchange, good!

**WARTIME AMBER** @amberXBT · Nov 9, 2022
Replying to @avi_eisen
absolutely. would be awesome.

**bollasandre** @dider_kamal · Nov 9, 2022
Replying to @avi_eisen
Crypto's been full of absolute lols today

**notsofast** ✓ @notsofast · Nov 9, 2022
Replying to @avi_eisen
talk to @tradexcalibra
♡ 1

**SLO (Narrative Trading)** @SmolLimitOrder · Nov 9, 2022
Replying to @avi_eisen
Just build one
♡ 1

**Dendi Suhubdy | Bitwyre** ✓ @dendisuhubdy · Nov 9, 2022
Replying to @avi_eisen
DM me

**Packs || alamedawillstealyour.sol** @packssmacks · Nov 9, 2022
Replying to @avi_eisen
you sure our browsers would be able to handle it?
♡ 1

**ichi** @ichimikichiki · Nov 9, 2022
Replying to @avi_eisen
Like it shouldn't be that hard to just make rational decisions and not be greedy.
♡ 2

**Milkyway** @milkyway16eth · Nov 9, 2022
Replying to @avi_eisen
I heard @mangomarkets could use some help
♡ 13

**Stn** @stan3web · Nov 9, 2022
Replying to @avi_eisen
Just don't start a prop shop next to it pls
♡ 3

**haculla** ✓ @architehc · Nov 9, 2022
Replying to @avi_eisen
Fix mango c'mon

**Mathias** @cryptolonggame · Nov 9, 2022
Replying to @avi_eisen
Lawful evil exchange that executes profitable trading strategies with

## Relevant people



**Avraham Eisenberg**
@avi_eisen
Applied game theorist. blog occasionally at deepfivalue.substack.com, formerly misinfounderload.substack.com "not … a very serious person" - Scott Alexander

**Follow**

## What's happening



Tennis Tournament · LIVE
**Australian Open 2023**

Business and finance · Trending
**Doodles 2**
1,889 Tweets

Entertainment · Trending
**#earthquake**
29.4K Tweets

Trending in United States
**Fashion Nova**

Sports · Trending
**Dan Campbell**
Trending with McDermott, NFL MVP

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2023 Twitter, Inc.



**Mathias** @cryptolonggame · Nov 9, 2022
Replying to @avi_eisen
Lawful evil exchange that executes profitable trading strategies with depositors funds

💬    🔁    🤍 4    📤

**Anonym** @AnonymHodler · Nov 9, 2022
Replying to @avi_eisen
need an airdrop, will mango inu be the exchange's native token?

💬    🔁    🤍    📤

**Danny Iskandar is doing #crypto no...** @dannyiska... · Nov 9, 2022
Replying to @avi_eisen
Do it

💬    🔁    🤍    📤

**Sando** @SidechainSandw1 · Nov 9, 2022
Replying to @avi_eisen
Let us know what exchanges hit you up. Secret insolvency etc. etc.

💬    🔁    🤍    📤

**Christoffer Rossel** @CRossel87 · Nov 9, 2022
Replying to @avi_eisen
Yes, we need more exchanges run by rug-pullers

💬    🔁    🤍    📤

**Ronin** @ETHGenius · Nov 9, 2022
Replying to @avi_eisen
See cloud.binance.com

💬    🔁    🤍    📤

**Bitcoin Comfy** @BitcoinComfy · Nov 9, 2022
Replying to @avi_eisen
zero doubt you will scam users with fractional reserve and go bust at some point

💬    🔁    🤍    📤

**Crypt0Pleb(33%)** @Cryptopleb10 · Nov 9, 2022
Replying to @avi_eisen
will you hack us?

💬    🔁    🤍    📤

**koΒ.eth aka 0xkoΒΞOS (-3,-3)** @CryptoKobe · Nov 9, 2022
Replying to @avi_eisen
I would 100% move my assets to you exchange

💬    🔁    🤍    📤

**Carsonated** @Carsonated · Nov 9, 2022
Replying to @avi_eisen
Buy SouthX

💬    🔁    🤍    📤

**Mr. K FOMO** @Mister_K_fomo · Nov 9, 2022
Replying to @avi_eisen
you should bid $2 for FTX

💬    🔁    🤍    📤

**0xpump, CFA, MBA** @ct__observer · Nov 9, 2022
Replying to @avi_eisen



## Relevant people

**Avraham Eisenberg**
@avi_eisen
**Follow**
Applied game theorist. blog occasionally at deepfivalue.substack.com, formerly misinfounderload.substack.com "not ... a very serious person" - Scott Alexander



## What's happening

Tennis Tournament · LIVE
**Australian Open 2023**

Business and finance · Trending
**Doodles 2**
1,889 Tweets

Entertainment · Trending
**#earthquake**
29.4K Tweets

Trending in United States
**Fashion Nova**

Sports · Trending
**Dan Campbell**
Trending with McDermott, NFL MVP

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2023 Twitter, Inc.

Document title: (1) Avraham Eisenberg on Twitter: &quot;Serious mode, should I go buy a small exchange and run it, I think I could do better tweets than SBF and also…
Capture URL: https://twitter.com/avi_eisen/status/1590141888769642496?s=20&amp;t=5yeAq2orRIP8li23HVIX7w
Capture timestamp (UTC): Wed, 25 Jan 2023 15:55:02 GMT

you should bid $2 for FTX

**0xpump, CFA, MBA** @ct_observer · Nov 9, 2022
Replying to @avi_eisen
I will apply for an internship

**apely.eth (🧱, 🪃)** @ApelyShilling · Nov 9, 2022
Replying to @avi_eisen
I would deposit, especially if you had an Earn product where I could lend you $ for "profitable strategies"

**sleepdeprived.eth** @rem_delirium · Nov 9, 2022
Replying to @avi_eisen
I wouldn't put my money with you
♡ 2

**50 Shades of Wendy's** @SmolFang69 · Nov 9, 2022
Replying to @avi_eisen
@SBF_FTX if you intern for this guy, you'll be back before the next bull run.

**22289d** @real22289d · Nov 9, 2022
Replying to @avi_eisen
Just start one from scratch. I'll help.

**Elfan Tulu ⛧∞** @elephantul · Nov 9, 2022
Replying to @avi_eisen
I think Bittrex will fit.

**Loser Leaves** @loserleaves · Nov 9, 2022
Replying to @avi_eisen
Think next cycle, if there even is one, would be a DEX with perps that doesn't suck and can onramp/offramp fiat natively...
💬 1                     ♡ 4

**0zArK 🍀** @OGApeOfficial · Nov 9, 2022
Replying to @avi_eisen
MEXC is super small, lots of US customers buying shitcoins
💬 1                     ♡ 4

**ckim001🥑** @hmmm0100 · Nov 9, 2022
Replying to @avi_eisen
Cryptopia
♡ 2

**sasuke⚡420** @sasuke___420 · Nov 9, 2022
Replying to @avi_eisen
yes, also all my previously posted offers for consulting on how to do math in less than like a hundred milliseconds are still open for avi's exchange
♡ 9

**James T** @actionDeFl · Nov 9, 2022
Replying to @avi_eisen
Yes @nomadxyz_ bridge with 200M$ assets, worth it at 225M$ valuation. Contact the team to make an offer @pranaymohan



**Relevant people**

**Avraham Eisenberg**
@avi_eisen    [Follow]
Applied game theorist. blog occasionally at deepfivalue.substack.com, formerly misinfounderload.substack.com "not ... a very serious person" - Scott Alexander

**What's happening**



Tennis Tournament · LIVE
**Australian Open 2023**

Business and finance · Trending
**Doodles 2**
1,889 Tweets

Entertainment · Trending
**#earthquake**
29.4K Tweets

Trending in United States
**Fashion Nova**

Sports · Trending
**Dan Campbell**
Trending with McDermott, NFL MVP

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2023 Twitter, Inc.



← **Tweet**

**James T** @actionDeFi · Nov 9, 2022
Replying to @avi_eisen
Yes @nomadxyz_ bridge with 200M$ assets, worth it at 225M$ valuation.
Contact the team to make an offer @pranaymohan

**moon** @gpt4bot · Nov 9, 2022
Replying to @avi_eisen
This would be epic chad moves obviously

**JoeDelGiorgio.bedrock** 🏗️🔨 @JoeDelGiorgio1 · Nov 9, 2022
Replying to @avi_eisen
absolutely

**William Haney** @VenturaDefender · Nov 9, 2022
Replying to @avi_eisen
You could do better for sure.... just don't run a flywheel scheme.

**kenboss** (💙,🧡) @CryptoMerly · Nov 9, 2022
Replying to @avi_eisen
Just buy Bittrex

**xGodLikeProductions** (💙,🧡) @THEGODLIKE33 · Nov 9, 2022
Replying to @avi_eisen
buy the DN mate!

**Nothingtoadd** @n11108759 · Nov 9, 2022
Replying to @avi_eisen
Makes sense, what better place for highly profitable trading strategies then
your own exchange. worked wonders for alameda
4

**b** @nofilteronmouth · Nov 9, 2022
Replying to @avi_eisen
Dude poloniex and bittrex seem like good candidates.
1

**Chino.lens** 🏗️🔊(💙,🧡) @chinitoo1310 · Nov 9, 2022
Replying to @avi_eisen
Yes , do it

**Louis | Hyper88 | Looking for Traders** @Louis_hyper88 · Nov 9, 2022
Replying to @avi_eisen
Want todo it tgt? I will get the whole tech setup. Dms are open
1

**Johnny Greenwix** @johnny_greenwix · Nov 9, 2022
Replying to @avi_eisen
We need people like eisenberg in the exchange space. Let me know sir. I'll
be first in line to invest

**Censored User** @censored__user · Nov 9, 2022
Replying to @avi_eisen
Should be a couple popping up soon.

Search Twitter

## Relevant people



**Avraham Eisenberg**   **Follow**
@avi_eisen
Applied game theorist. blog
occasionally at
deepfivalue.substack.com, formerly
misinfounderload.substack.com "not …
a very serious person" - Scott
Alexander

## What's happening



Tennis Tournament · LIVE
**Australian Open 2023**

Business and finance · Trending
**Doodles 2**
1,889 Tweets

Entertainment · Trending
**#earthquake**
29.4K Tweets

Trending in United States
**Fashion Nova**

Sports · Trending
**Dan Campbell**
Trending with McDermott, NFL MVP

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ⋯
© 2023 Twitter, Inc.

**Censored User** @censored__user · Nov 9, 2022
Replying to @avi_eisen
Should be a couple popping up soon.

**Intoweb3.eth** @intoweb3_ · Nov 9, 2022
Replying to @avi_eisen
Use SAAS product. White label.Low cost to start with. The pain is how to get a crypto license so you can do on/off ramp, but that can come later.

♡ 1

**POPELEE** @popelee17 · Nov 9, 2022
Replying to @avi_eisen
Save us 🙏

**Ezeboy** @ezecoin · Nov 9, 2022
Replying to @avi_eisen
do it with the German exchange Niob

**Optimus | GM** @Optimus_Vibe · Nov 9, 2022
Replying to @avi_eisen
lmk if you need someone to ship bd/marketing//branding bear markets are best to get started

**Wicus** @wicus_g · Nov 9, 2022
Replying to @avi_eisen
There's no second best industry 😂😂😂

**worsNIGHTMARE2** @WORSnightmare2 · Nov 9, 2022
Replying to @avi_eisen
Ya we will all deposit to a dude who brags about rugging coins lol

♡ 1

**Jack** @jack_metaverse · Nov 9, 2022
Replying to @avi_eisen
A lot, but you might not to want to buy any of them

**Volatility Smile** @paperparks · Nov 9, 2022
Replying to @avi_eisen
Need 500x Leverage

**Aladeen** @aladeenbid · Nov 9, 2022
Replying to @avi_eisen
LMAO not with your reputation. Stay in your opportunistic arbitrageur lane

**Duncan Clokie** @DClokie · Nov 9, 2022
Replying to @avi_eisen
@Hoo_exchange

💬 1                                    ♡ 1

Show more replies

## Relevant people



**Avraham Eisenberg**
@avi_eisen                    **Follow**

Applied game theorist. blog occasionally at deepfivalue.substack.com, formerly misinfounderload.substack.com "not … a very serious person" - Scott Alexander

## What's happening

Tennis Tournament · LIVE
**Australian Open 2023**

Business and finance · Trending    ···
**Doodles 2**
1,889 Tweets

Entertainment · Trending    ···
**#earthquake**
29.4K Tweets

Trending in United States
**Fashion Nova**

Sports · Trending    ···
**Dan Campbell**
Trending with McDermott, NFL MVP

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2023 Twitter, Inc.



Tweet

Search Twitter

@Hoo_exchange

1 1

Show more replies

## Relevant people

**Avraham Eisenberg** Follow
@avi_eisen
Applied game theorist. blog occasionally at deepfivalue.substack.com, formerly misinfounderload.substack.com "not ... a very serious person" - Scott Alexander

## What's happening

Tennis Tournament · LIVE
**Australian Open 2023**

Business and finance · Trending
**Doodles 2**
1,889 Tweets

Entertainment · Trending
**#earthquake**
29.4K Tweets

Trending in United States
**Fashion Nova**

Sports · Trending
**Dan Campbell**
Trending with McDermott, NFL MVP

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2023 Twitter, Inc.

← Tweet

Show more replies



## Relevant people

Avraham Eisenberg
@avi_eisen

**Follow**

Applied game theorist. blog occasionally at deepfivalue.substack.com, formerly misinfounderload.substack.com "not … a very serious person" - Scott Alexander

## What's happening

Tennis Tournament · LIVE
**Australian Open 2023**

Business and finance · Trending
**Doodles 2**
1,889 Tweets

Entertainment · Trending
**#earthquake**
29.4K Tweets

Trending in United States
**Fashion Nova**

Sports · Trending
**Dan Campbell**
Trending with McDermott, NFL MVP

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2023 Twitter, Inc.



🔒 Page Vault

| | |
|---|---|
| Document title: | (1) Avraham Eisenberg on Twitter: "Some updates - Bahamas withdrawals appear to be paused as of several hours ago - I'm interested in buying ftx funds, if you reached out before please do so again with size. My current bid is 15c, minimum 1M." / Twitter |
| Capture URL: | https://twitter.com/avi_eisen/status/1591065062097424385?s=20&t=5yeAq2orRIP8Ii23HVIX7w |
| Page loaded at (UTC): | Wed, 25 Jan 2023 15:55:30 GMT |
| Capture timestamp (UTC): | Wed, 25 Jan 2023 15:56:19 GMT |
| Capture tool: | 10.18.1 |
| Collection server IP: | 34.230.137.168 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.125 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 6 |
| Capture ID: | hYFKRP8gzimHekjy5NCnns |
| User: | mofo-eminnick |



Some updates

- Bahamas withdrawals appear to be paused as of several hours ago
- I'm interested in buying ftx funds, if you reached out before please do so again with size. My current bid is 15c, minimum 1M.

1:47 PM · Nov 11, 2022

9 Retweets   5 Quote Tweets   230 Likes

Avraham Eisenberg @avi_eisen · Nov 11, 2022
Replying to @avi_eisen
NOT ADVICE, OF ANY KIND, IN ANY WAY

I WAS NOT VERY CAREFUL WITH MY WORDS HERE, AND DO NOT MEAN ANY OF THEM IN A TECHNICAL OR LEGAL SENSE; I MAY HAVE NOT DESCRIBED THINGS RIGHT though I'm trying to be transparent.  I'M NOT A GOOD DEV AND PROBABLY MISDESCRIBED SOMETHING.

5          4          115

Avraham Eisenberg @avi_eisen · Nov 11, 2022
Am currently evaluating in light of bankruptcy, will get back to everyone that messaged me with size

1          26

Avraham Eisenberg @avi_eisen · Nov 11, 2022
My guess is I'll be bid 10c range for size but no guarantees, bids are not firm until agreements are signed

7          20

Avraham Eisenberg @avi_eisen · Nov 12, 2022
Bid down to 3c until the funds moved are confirmed back in custody

3          1          20

CSPTrading.eth ✓ @CSP_Trading · Nov 11, 2022
Replying to @avi_eisen
i have a 1 million dollar deposit ill sell to you for 5 cents on the dollar but i need the money right now and i cant wait for kyc or other verifications, please send to csptrading.eth and we have a deal

2          2

Avraham Eisenberg @avi_eisen · Nov 11, 2022
Replying to @CSP_Trading
Ok sending in UST

1          6

Show replies

Larpy Coperstein @LarpyCoperstein · Nov 11, 2022
Replying to @avi_eisen
I have 45m

Relevant people



Avraham Eisenberg
@avi_eisen
Applied game theorist. blog occasionally at deepfivalue.substack.com, formerly misinfounderload.substack.com "not ... a very serious person" - Scott Alexander

What's happening



Tennis Tournament · LIVE
Australian Open 2023

Business and finance · Trending
Doodles 2
1,940 Tweets

Trending in United States
Fashion Nova

Trending in United States
#earthquake
29.5K Tweets

Trending in United States
Aaron Rodgers
13.3K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2023 Twitter, Inc.



**Thread**

Show replies

**Larpy Coperstein** @LarpyCoperstein · Nov 11, 2022
Replying to @avi_eisen
I have 45m

💬 6      ⟲      ♡ 16      ⬆️

**Avraham Eisenberg** @avi_eisen · Nov 11, 2022
Replying to @LarpyCoperstein
DM please if you want

💬 2      ⟲      ♡ 11      ⬆️

Show replies

**Evie** @evienear · Nov 11, 2022
Replying to @avi_eisen
Avi can you teach Sam and Carolyn how to make it all back in one profitable trade?

💬 1      ⟲      ♡ 16      ⬆️

**Avraham Eisenberg** @avi_eisen · Nov 11, 2022
Replying to @evienear
They just need to buy a lot of $REN, happy to do a lil consulting

💬 8      ⟲ 2      ♡ 37      ⬆️

Show replies

**cryptosfo** ✔️ @cryptosfo · Nov 11, 2022
Replying to @avi_eisen
@avi_eisen dm me. have sellers

💬      ⟲      ♡ 1      ⬆️

**bananaTrading** @banana83029121 · Nov 11, 2022
Replying to @avi_eisen
You also bought a Bahamian passport and KYC?

💬      ⟲      ♡ 1      ⬆️

**ShervinD - Hex.com** @ShervinD · Nov 11, 2022
Replying to @avi_eisen
Which oracle are we manipulating today?

💬      ⟲      ♡ 3      ⬆️

**D3f4ult Trades**🎯 ✔️ @_d3f4ult · Nov 11, 2022
Replying to @avi_eisen
Widen that spread and let's talk ser

💬 1      ⟲      ♡ 1      ⬆️

Show replies

**poorcat** ✨ •/`._.-'\ @inversebrahfan · Nov 11, 2022
Replying to @avi_eisen
new profitable trading strategies just dropped

---

**Relevant people**



**Avraham Eisenberg**
@avi_eisen      [ Follow ]

Applied game theorist. blog occasionally at
deepfivalue.substack.com, formerly
misinfounderload.substack.com "not …
a very serious person" - Scott
Alexander

**What's happening**

Tennis Tournament · LIVE
**Australian Open 2023**



Business and finance · Trending
**Doodles 2**
1,940 Tweets

Trending in United States
**Fashion Nova**

Trending in United States
**#earthquake**
29.5K Tweets

Trending in United States
**Aaron Rodgers**
13.3K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2023 Twitter, Inc.

---

**Thread**

Show replies

**poorcat** ✨ •/˚ₒ.。₀'\ @inversebrahfan · Nov 11, 2022
Replying to @avi_eisen
new profitable trading strategies just dropped

💬          🔁          ♡ 24          ⬆

**djFluffyCoco** @djFluffyCoco · Nov 11, 2022
Replying to @avi_eisen
Jews for Jews

💬 1          🔁          ♡ 3          ⬆

**Jean-Jésus** ⚡ (🤍🧡) @cebonvieuxmaxou · Nov 12, 2022
Replying to @avi_eisen
Please shill some highly profitable trading strategies on FTX

💬 2          🔁          ♡          ⬆

**FakeBuddha** @FakeBuddha69 · Nov 11, 2022
Replying to @avi_eisen
Parasite

💬          🔁          ♡ 4          ⬆

**Freewilly** @feetpicsforsats · Nov 11, 2022
Replying to @avi_eisen
Im a lawyer. i can help you get jail time for doing illegal activities. send dm so i can help you.



💬 2          🔁          ♡ 6          ⬆

**CryptoSomeone.og** @CryptoSome0ne · Nov 11, 2022
Replying to @avi_eisen
etherscan.io/tx/0x849687e8e...

some withdrawals still open

> etherscan.io
> Ethereum Transaction Hash (Txhash) Details | Ethers...
> Ethereum (ETH) detailed transaction info for txhash 0x849687e8e70a4165ebb345b75a76f8f7108f09f8c...

💬 1          🔁          ♡ 2          ⬆

**Relevant people**



Avraham Eisenberg    [Follow]
@avi_eisen
Applied game theorist. blog occasionally at deepfivalue.substack.com, formerly misinfounderload.substack.com "not ... a very serious person" - Scott Alexander

**What's happening**

Tennis Tournament · LIVE
**Australian Open 2023**



Business and finance · Trending
**Doodles 2**
1,940 Tweets

Trending in United States
**Fashion Nova**

Trending in United States
**#earthquake**
29.5K Tweets

Trending in United States
**Aaron Rodgers**
13.3K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2023 Twitter, Inc.







← Thread

Search Twitter

etherscan.io

Ethereum Transaction Hash (Txhash) Details | Ethers...
Ethereum (ETH) detailed transaction info for txhash 0x849687e8e70a4165ebb345b75a76f8f7108f09f8c...

1 2

**Cryptosuke(send eth bebi)** @Jeetalik · Nov 11, 2022
Replying to @avi_eisen
Hey segsi...

1

**DCS** @damnchickensoup · Nov 11, 2022
Replying to @avi_eisen
DMed

1

**darkben** @dark_bends · Nov 11, 2022
Replying to @avi_eisen
the hero we deserve

1

**SBF/TABASCO/CAROLINE DID NOTHIN...** @NN90... · Nov 11, 2022
Replying to @avi_eisen
Jew are disgusting

2

Show more replies

## Relevant people

**Avraham Eisenberg** @avi_eisen Follow
Applied game theorist. blog occasionally at deepfivalue.substack.com, formerly misinfounderload.substack.com "not ... a very serious person" - Scott Alexander

## What's happening

Tennis Tournament · LIVE
**Australian Open 2023**

Business and finance · Trending
**Doodles 2**
1,940 Tweets

Trending in United States
**Fashion Nova**

Trending in United States
**#earthquake**
29.5K Tweets

Trending in United States
**Aaron Rodgers**
13.3K Tweets

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2023 Twitter, Inc.

Thread

Show more replies





Document title: (1) Avraham Eisenberg on Twitter: &quot;Some updates - Bahamas withdrawals appear to be paused as of several hours ago - I&#39;m interested in…
Capture URL: https://twitter.com/avi_eisen/status/1591065062097424385?s=20&amp;t=5yeAq2orRIP8li23HVIX7w
Capture timestamp (UTC): Wed, 25 Jan 2023 15:56:19 GMT