IH-32                                                                                                  Rev: 2014-1

# United States District Court
for the
# Southern District of New York
### Related Case Statement

---

Full Caption of Later Filed Case:

MANGO LABS, LLC

| Plaintiff | Case Number |
|---|---|
| vs.<br><br>AVRAHAM EISENBERG<br><br>Defendant | 1:23-cv-665 |

Full Caption of Earlier Filed Case:

(including in bankruptcy appeals the relevant adversary proceeding)

COMMODITIES FUTURES TRADING COMMISSION,

| Plaintiff | Case Number |
|---|---|
| vs.<br><br>AVRAHAM EISENBERG<br><br>Defendant | 1:23-cv-00173-LGS |

IH-32                                                                                                                           Rev: 2014-1

**Status of Earlier Filed Case:**

☐ Closed    (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision. Also, state whether there is an appeal pending.)

☒ Open    (If so, set forth procedural status and summarize any court rulings.)

The CFTC case was filed on January 9, 2023, and is pending before the Honorable Lorna G. Schofield, United States District Judge. The SEC case was filed on January 20, 2023, and is pending before the Honorable Katherine Polk Failla, United States District Judge. The defendant has not yet appeared.

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

Pursuant to Local Civil Rule 1.6 of the Southern District of New York, plaintiff Mango Labs, LLC, while not contending that the cases are related to this action, hereby provides notice of the following civil actions pending in this district against the same defendant: Commodity Futures Trading Commission v. Eisenberg, 1:23-cv-00173-LGS (filed January 9, 2023) and Securities and Exchange Commission v. Eisenberg, 1:23-cv-00503-KPF (filed January 20, 2023).

Signature: /s/ J. Alexander Lawrence            Date: 1/26/2023

Firm: Morrison & Foerster LLP