

Tarter Krinsky & Drogin LLP
1350 Broadway
New York, NY 10018
P 212.216.8000
F 212.216.8001
www.tarterkrinsky.com

**Mark Berkowitz**
**Partner**
**212-216-1166**
**mberkowitz@tarterkrinsky.com**

<u>Via ECF</u>                                                                                         February 9, 2023

The Honorable Lewis J. Liman, U.S.D.J.
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

      Re:    *Mango Labs, LLC v. Eisenberg*, No. 1:23-cv-00665-LGD
            <u>Consent Request for Adjournment of Hearing and to Set Briefing Schedule</u>

Dear Judge Liman:

    We, who were retained late yesterday, represent Defendant Avraham Eisenberg ("Defendant") in the above-referenced matter and request an adjournment of the Show Cause hearing scheduled for tomorrow, February 10, 2023 at 11 a.m. (Eastern) ("Show Cause Hearing"). Plaintiff Mango Labs, LLC ("Plaintiff") does not oppose Defendant's request for an adjournment.

    If the Court adjourns the hearing and extends the temporary restraining order (ECF No. 27), the Parties jointly request the entry of the following briefing schedule on Plaintiff's Motion for a Preliminary Injunction (ECF No. 6, "Motion"):

1) Allowing Defendant up to and including **February 15, 2023**, to file an Opposition to the Motion;

2) Allowing Plaintiff up to and including **February 22, 2023**, to file Reply in support of the Motion; and

3) Schedule a hearing on Plaintiff's Motion at the Court's convenience on or after **February 24, 2023**;

4) Extend the Order until the Show Cause Hearing is held.

ORDER: The Court adopts the parties' proposed briefing schedule in full. The hearing on Plaintiff's Motion shall take place on February 24, 2023 at 10:30am. The hearing shall take place in Courtroom 15C at 500 Pearl St. New York, NY. The Order (Dkt. No. 27) shall stay in effect until the hearing is held.

The conference in this matter scheduled for Friday, February 10, 2023 at 11:00am is canceled.

Date: 2/9/2023

Respectfully submitted,

*s/ Mark Berkowitz*

Mark Berkowitz

SO ORDERED.

LEWIS J. LIMAN
United States District Judge