UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MANGO LABS, LLC

CIVIL ACTION NO.: 23-CV-665

**Plaintiff**

vs

AVRAHAM EISENBERG

**Defendant**

## AFFIDAVIT OF SERVICE

State of New Jersey }
County of Bergen } ss.:

The undersigned, being duly sworn, deposes and says;

Deponent is not a party herein, is over 18 years of age and resides in the state of New Jersey,

That on **02/09/2023** at **12:30 PM** at **Essex County Correctional Facility, 354 Doremus Ave, Newark, NJ 07105**

deponent served a(n) **Summons In a Civil Action, Complaint - Jury Trial Demanded, Civil Cover Sheet, Order To Show Cause For A Temporary Restraining Order And Preliminary Injunction, Mango Labs, LLC's Memorandum Of Law In Support Of Its Application For A Temporary Restraining Order And Preliminary Injunction, Declaration Of Rodrigo Barbara In Support Of Mango Labs, LLC's Application For A Temporary Restraining Order And Preliminary Injunction With Exhibits A-C, Declaration Of Dafydd Durairaj In Support Of Mango Lab, LLC's Application For A Temporary Restraining Order And Preliminary Injunction With Exhibits A-E, Declaration Of Michael Burshteyn In Support Of Mango Labs, LLC's Application For A Temporary Restraining Order And Preliminary Injunction With Exhibits A-C, Supplemental Declaration Of Rodrigo Barbara In Support Of Mango Labs, LLC's Application For A Temporary Restraining Order And Preliminary Injunction With Exhibits A-B, Order To Show Cause For A Temporary Restraining Order And Preliminary Injunction, Individual Practices In Civil Cases of Lewis J. Liman, United States District Judge, Unsigned Summons in a Civil Action, Unsigned Civil Cover Sheet**

on **Avraham Eisenberg, Inmate No. 37570-510**

by delivering a true copy of each to said defendant personally;

deponent knew the person so served to be the person described as said defendant therein.

<u>Description of Person Served:</u>
Gender: Male
Skin: White
Hair: Brown
Age: 22 - 35 Yrs.
Height: 5' 4" - 5' 8"
Weight: 151-170 Lbs.
Other:

MILITARY SERVICE: At the time of service defendant was asked whether he/she was in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

Sworn to before me this
9th day of February, 2023

NOTARY PUBLIC

LAUREN IAVARONE
Commission # 50027563
Notary Public, State of New Jersey
My Commission Expires
November 20, 2025

Anthony Iavarone

Serving By Irving, Inc. | 18 East 41st Street, Suite 1600 | New York, NY 10017
New York City Dept. of Consumer Affairs License No. 0761160