UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
:
MANGO LABS, LLC, :
:
Plaintiff, :
: Civil Action No. 1:23-cv-00665-LJL
v. :
:
AVRAHAM EISENBERG, :
:
Defendant. :
:
:
------------------------------------------------------------ x

## **DECLARATION OF MARK BERKOWITZ**

I, Mark Berkowitz, declare as follows:

1. I am a Partner at Tarter, Krinsky & Drogin LLP, attorneys of record for Defendant Avraham Eisenberg ("Defendant").

2. I make this Declaration in support of Defendant's opposition to Plaintiff's application for a preliminary injunction.

3. Attached hereto as **Exhibit 1** is a true and correct copy of a printout of the webpage https://dao.mango.markets/dao/MNGO as of February 14, 2023, showing the results of a search for the term "debt" among Proposals presented to the Mango DAO for voting.

4. Attached hereto as **Exhibit 2** is a true and correct copy of a screenshot taken on February 14, 2023 of a Proposal titled "Repay bad debt," which was posted to the Mango DAO for voting, and available at the webpage https://dao.mango.markets/dao/MNGO/proposal/3WZ5DpZXDvNAK4JwPS1HDPzSinEJUGpBC4XXx9vPtnVS.

1

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  February 15, 2023                                      By: *s/ Mark Berkowitz*
       New York, New York                                            Mark Berkowitz