# Exhibit 1

Realms Read the Docs Connect

Back

# Mango DAO

MNGO stats Params

Proposals About

debt Filter 2 Sorting

2 Proposals Batch voting New Proposal

**Repay Bad Debt #2** Completed
Succeeded 4 months ago

**Repay bad debt** Defeated
Defeated 4 months ago

## My governance power

View

Connect your wallet to see governance power

## DAO Wallets & Assets

View

Treasury Balance
**$100,962,509**

**Mango DAO MNGO Treasury Vault**
3,848,947,163.810046 MNGO
≈$77,483,155

**Mango DAO USDC Treasury**
22,984,876.84646 USDC
≈$22,984,877

**3rCet...JBhF6**
9,576.325184796 mSOL
≈$225,669

**3LtPN...T7sbn**
11,100,763.128388 MNGO

## Programs

View

Program
6QXNN...eGyrM

Mango v3 Program
mv3ek...EBG68



