# EXHIBIT A

# SOLANA EXPLORER (BETA)

Cluster Stats   Supply   Inspector   Mainnet Beta

Search for blocks, accounts, transactions, programs, and tokens

DETAILS
## Account

### Program Account                                                  ↻ Refresh

| | |
|---|---|
| Address | m3roABq4Ta3sGyFRLdY4LH1KN16zBtg586gJ3UxoBzb |
| Balance (SOL) | ◎0.00114144 |
| Executable | Yes |
| Executable Data | GgZpS8itqi7kxmKCqCj2otkWgMjytACTqqmUkTg18gAy |
| Upgradeable | Yes |
| Verifiable Build Status (experimental) ⓘ | Anchor: Unverified |
| Security.txt ⧉ ⓘ | Program has no security.txt |
| Last Deployed Slot | 156,263,681 |
| Upgrade Authority | D3SMRX2tBq5MYRuis3i4kbVt1fdQ5TkX1xfxhUpZ2pN3 |

**History**  Security  Tokens  Domains  Anchor Program IDL

### Transaction History                                              ↻ Refresh

| TRANSACTION SIGNATURE | BLOCK | AGE | TIMESTAMP | RESULT |
|---|---|---|---|---|
| t8kPEwf5qTFbcsMWba35iu5p6SU7FgVGTTxxwA8AXAS2uQ6bUEuVyNLa2mSd... | 179,109,670 | 3 hours ago | Feb 22, 2023 at 17:46:01 UTC | Success |
| 24kJvLxBwNiQRGiwvFa2wHgCXHUFzduaAR8vxGCaa2ccVsMPWz8jFQvA2qbo... | 179,109,668 | 3 hours ago | Feb 22, 2023 at 17:46:00 UTC | Success |
| 8QTMU2pRj8UGqQ7wg3FgLAcqmWzK8WFce8Z884YyZqogryRa2XDyzr7UKco5... | 179,109,667 | 3 hours ago | Feb 22, 2023 at 17:45:59 UTC | Success |
| 3GiwghXSCpjKQVHvh5775VaX3RjThSTn3hhPDPDjFdueV973CviQGWcZZg27... | 179,105,486 | 4 hours ago | Feb 22, 2023 at 17:09:41 UTC | Success |
| 2H8ikRoiCs8HG5khTYAVb4Z2BjqoGCtmWh2WvcygaEddtCszS3zZnvng1Ci2... | 179,105,483 | 4 hours ago | Feb 22, 2023 at 17:09:38 UTC | Success |
| 5nU7P4MUfEXLaSdEtmQaWHS5rQ3CiZzHa1Jzstj56x6fZ14iPaFJjNS1Tdi9... | 179,073,176 | 9 hours ago | Feb 22, 2023 at 12:26:35 UTC | Success |
| 3Y8msKR17Fz5pNi1hB6GYUQUYjiB8kxoeGVo43BwRtjEoz1AdFZFW4mtDtVt... | 179,073,174 | 9 hours ago | Feb 22, 2023 at 12:26:34 UTC | Success |
| 3mQjp3v774U9Gad27aavXR6nNaz8uhH2gJZPG7f9Jr8ckCFirKnBwPirAYk1... | 178,886,424 | a day ago | Feb 21, 2023 at 09:48:41 UTC | Success |
| 23G1UWW7WG37z7KqnksPVnhzvLJbfChr81Ns7gGamivmLSqTNEBSs8B4wMtk... | 178,886,420 | a day ago | Feb 21, 2023 at 09:48:39 UTC | Success |

Document title: Explorer | Solana
Capture URL: https://explorer.solana.com/address/m3roABq4Ta3sGyFRLdY4LH1KN16zBtg586gJ3UxoBzb
Capture timestamp (UTC): Wed, 22 Feb 2023 21:09:31 GMT

| Signature | Block | Age | Time | Status |
|---|---|---|---|---|
| 5nU7P4MUfEXLaSdEtmQaWHS5rQ3CiZzHa1Jzstj56x6fZ14iPaFJjNS1Tdi9... | 179,073,176 | 9 hours ago | Feb 22, 2023 at 12:26:35 UTC | Success |
| 3Y8msKR17Fz5pNi1hB6GYUQUYjiB8kxoeGVo43BwRtjEoz1AdFZFW4mtDtVt... | 179,073,174 | 9 hours ago | Feb 22, 2023 at 12:26:34 UTC | Success |
| 3mQjp3v774U9Gad27aavXR6nNaz8uhH2gJZPG7f9Jr8ckCFirKnBwPiRAYk1... | 178,886,424 | a day ago | Feb 21, 2023 at 09:48:41 UTC | Success |
| 23G1UWW7WG37z7KqnksPVnhzvLJbfChr81Ns7gGamivmLSqTNEBSs8B4wMtk... | 178,886,420 | a day ago | Feb 21, 2023 at 09:48:39 UTC | Success |
| 4gK17zcWoU7zd23BqcD7KemVhmfw16n4VPwZG8ssTNcz1fPw9nwfiofybBTh... | 178,886,416 | a day ago | Feb 21, 2023 at 09:48:37 UTC | Success |
| 3pT7qMXnRYTzKbAFnoBXPM75tRBiSvZzTt7fxBpjfWghcWxAB5cJGd863xa1... | 178,825,035 | 2 days ago | Feb 21, 2023 at 01:15:41 UTC | Success |
| 5tHbJFF6moDteJpjFkkGu4VZevrtjmvbFJWngxLHHRTRT2S4dtGShiMazmKq... | 178,825,024 | 2 days ago | Feb 21, 2023 at 01:15:37 UTC | Success |
| 3NFrFontckc18HyxkhSx98FdCPmAAbv17tpkWZ6SPv7vufhfxgBHKZMbznb9... | 178,796,947 | 2 days ago | Feb 20, 2023 at 21:17:35 UTC | Success |
| 3RRMRFs3ycqFo6qHCdF94QNLAyDJSPw9Z7GsnPA1uady9xamPJfemyWwGXDZ... | 178,796,944 | 2 days ago | Feb 20, 2023 at 21:17:35 UTC | Success |
| 4LvsJr8jhe7hJU5JNo14MeaYyvS4Zuw5j4mfZVibUz3L9pP5cn6sDTcGUSVf... | 178,788,401 | 2 days ago | Feb 20, 2023 at 20:00:42 UTC | Success |
| 26jJ4DuX8tYhx5wLjid2sQK9dyK7Ufr9ruzXUNXdyshvs6nzXJUokeYuLZ8G... | 178,788,398 | 2 days ago | Feb 20, 2023 at 20:00:41 UTC | Success |
| rYeofTXJSVNGGRMpLge9DQp6dL3wY929NP2MBWfPcuNrbtZYMpWvoSjarr2Y... | 178,664,846 | 3 days ago | Feb 20, 2023 at 02:27:27 UTC | Success |
| 5c5kRBWAGPggbSuju8P6XbKvbMoUqxa5Bhx4GTaXLDTCh5aCHc1PSvuVufsM... | 178,664,841 | 3 days ago | Feb 20, 2023 at 02:27:24 UTC | Success |
| 5W7sEQW65K9cPbJz5HknpxL4D7TroirY2pZGCJ43wvZpH4oKs8U7WcntLKzp... | 178,659,340 | 3 days ago | Feb 20, 2023 at 01:38:18 UTC | Success |
| 2CjPq7ZpySdh3inABPVvbfxBoFRAXcb5dzYji989HNZRqR8k5GT8jx4WQav2... | 178,659,336 | 3 days ago | Feb 20, 2023 at 01:38:15 UTC | Success |
| WPaik1dKoE6Gs72Mgm3TyoyZ3FbwKm8NqrBnDVRebXrHTNKP8FftUV9CrV29... | 178,659,332 | 3 days ago | Feb 20, 2023 at 01:38:12 UTC | Success |
| 83qxy4ZhokVJVDByvMjp9eWbvW6pNNi2qfaKeg2CLinmExPN3RSFL7hSSqhi... | 178,659,055 | 3 days ago | Feb 20, 2023 at 01:35:39 UTC | Failed |
| 5rgAPnySBfsa7t4f77i1jQk8iJmpMXiakDpzJvjBUFUBt7zA9XiZsUxHTGug... | 178,659,052 | 3 days ago | Feb 20, 2023 at 01:35:36 UTC | Success |
| 4RMiJATWnMzxtDRWLcHq39SmgRyDRzQqRqXqJ56mryBgWxnNnbJHdwrtDFqq... | 178,659,004 | 3 days ago | Feb 20, 2023 at 01:35:06 UTC | Success |
| qRoKnmU3c32kaVdTzYidwHmpejwULq46eVdvJBjjACFtjSbNsbaBzmkDzSKb... | 178,659,002 | 3 days ago | Feb 20, 2023 at 01:35:05 UTC | Success |
| 3mrJ7Hu987VaY8SU8GeSeHkqmkuoNb8wr8197cRPQPbWwvfQPEo8kPK9e7Sx... | 178,658,960 | 3 days ago | Feb 20, 2023 at 01:34:42 UTC | Success |
| TgspLXGVLSq5U29irj3HDdMkseKMAP7vVSYibowd3bMHcgvb77dWr3255A3j... | 178,658,954 | 3 days ago | Feb 20, 2023 at 01:34:40 UTC | Success |
| 58Bv4degjkFzpX3DcSdGt85RP7LAsq77zUzm3oCmGw6csVDGMRDv8pb7oAnV... | 178,594,389 | 3 days ago | Feb 19, 2023 at 16:00:07 UTC | Success |
| 49ZgtDsVueaPZkqwofZMscWbpZvwozbs5cDbPimR16uR9Dsna7qUzxb1ua2U... | 178,594,380 | 3 days ago | Feb 19, 2023 at 16:00:03 UTC | Success |
| 2NmG7Q7aTBdTchCVMn91g3bEAicewzWSG8VHwZB5FaiXRzbK3v1qemqjWpyJ... | 178,594,332 | 3 days ago | Feb 19, 2023 at 15:59:41 UTC | Success |
| 65BWudh2qrXf2puBFwY6YVri5NdoJCGs2nNtmczrUq4pC6VSnLkGKemUnNsk... | 178,486,878 | 4 days ago | Feb 19, 2023 at 00:52:33 UTC | Success |
| 4PdTuje8HG815Z3vkpJiTMdcyk6nzJ3kUnUgRjoWzZoH1RPYiT32wQPrh2VN... | 178,486,876 | 4 days ago | Feb 19, 2023 at 00:52:32 UTC | Success |
| 2uRC4SDhSn4feJgfSfJULDdZft4cmB2QFUz6CVt8iW8miQvTMnGoha2jEB2e... | 178,453,344 | 4 days ago | Feb 18, 2023 at 20:08:07 UTC | Success |
| 5BZZZzQHqZHZTZT7kcmNK8D869NweFkFwX7qyrPpF2962aNPztcvwaekbQcN... | 178,453,340 | 4 days ago | Feb 18, 2023 at 20:08:05 UTC | Success |

Document title: Explorer | Solana
Capture URL: https://explorer.solana.com/address/m3roABq4Ta3sGyFRLdY4LH1KN16zBtg586gJ3UxoBzb
Capture timestamp (UTC): Wed, 22 Feb 2023 21:09:31 GMT

| | | | | |
|---|---|---|---|---|
| 4PdTuje8HG815Z3vkpJiTMdcyk6nzJ3kUnUgRjoWzZoH1RPYiT32wQPrh2VN... | 178,486,876 | 4 days ago | Feb 19, 2023 at 00:52:32 UTC | Success |
| 2uRC4SDhSn4feJgfSfJULDdZft4cmB2QFUz6CVt8iW8miQvTMnGoha2jEB2e... | 178,453,344 | 4 days ago | Feb 18, 2023 at 20:08:07 UTC | Success |
| 5BZZZzQHqZHZTZT7kcmNK8D869NweFkFwX7qyrPpF2962aNPztcvwaekbQcN... | 178,453,340 | 4 days ago | Feb 18, 2023 at 20:08:05 UTC | Success |
| 5HwCNLSoDXn4Gkr1DygcDFwsaqYSC8xfG2bNhAQPvMPPwvYucTbBzH5snMc6... | 178,241,676 | 5 days ago | Feb 17, 2023 at 13:52:39 UTC | Success |
| k1eCES7KRM7czc6mfTj8komWb71xBM9dMGxpbQbMXGFWEWRwhx6AD7fzT5AK... | 178,241,674 | 5 days ago | Feb 17, 2023 at 13:52:38 UTC | Success |
| 2e2rLj9v4CadjxHrxpVkpoEqba5HrYWnXrMssvz3C5bgG8JcFXhRGmyJs1Tn... | 178,241,672 | 5 days ago | Feb 17, 2023 at 13:52:37 UTC | Success |
| 23vC3cuLFaxA9ctzZ1fZsNnhdY9ggbs1daPUTNQnQ8a5kuRiE1hewNoTf8hD... | 178,213,295 | 5 days ago | Feb 17, 2023 at 09:55:02 UTC | Success |
| 5AF79deMJT3hHfhQ3TreVXF8TVp3hfx9EaWY6ykp5m4eBCh1K6Xs7d6XKJRt... | 178,213,292 | 5 days ago | Feb 17, 2023 at 09:55:01 UTC | Success |
| 383qJevoxPXgvvQxqEaP1ydLT5SYNhQTyjHSrVRL8njcLuDZLhm4jnszDEdv... | 178,159,812 | 6 days ago | Feb 17, 2023 at 02:15:46 UTC | Success |
| 2fjiJAMgoTD1Mikt3pPiMYN23aHYewPSC5E8LkDmwEoXSfGPCAyTFnDp1Geq... | 178,159,808 | 6 days ago | Feb 17, 2023 at 02:15:42 UTC | Success |
| 33L9UsX4h7WyqUqcqphgmQDm7Ex4HPPzAff7LcVNC2zeenaDKv4WaAqNnxCc... | 178,154,748 | 6 days ago | Feb 17, 2023 at 01:30:15 UTC | Success |
| 4ZgWSsG5jfjUeXDkgQvTsd3mjSytMk9qh8tKLffaw1vQdhXqKuSZcvAJbVcy... | 178,154,744 | 6 days ago | Feb 17, 2023 at 01:30:11 UTC | Success |
| 39erow2HKyYVpKuZWczLEAmGrMfZPwYRTHASauiHmpJTJeoFgbrtMfwdDdun... | 178,064,339 | 6 days ago | Feb 16, 2023 at 11:59:33 UTC | Success |
| 4F7jb3v2qKWZp5Q4i7SLHrnAokQp837gbCUh2i8X91Moy1cpVK5ZhZ8cvVBw... | 178,064,336 | 6 days ago | Feb 16, 2023 at 11:59:33 UTC | Success |
| 46iEePHP29XL5m43XAM6BKuRD1WjBMCyXpU5xLv9rRkrpAQnyvwTxTiNsnEC... | 178,017,132 | 7 days ago | Feb 16, 2023 at 05:25:33 UTC | Success |
| 64EnttZHVMYBdKutSNfFRhhwhkRzabiYeM77W7N6Zmb6JxtJM7en9xfcFEF7... | 178,017,129 | 7 days ago | Feb 16, 2023 at 05:25:31 UTC | Success |
| 5XyrguKxpRGb66g3n7Hei9B2nkNXgxAbTagqmrc15PSVE5PuaASKx8kBhsMG... | 178,017,127 | 7 days ago | Feb 16, 2023 at 05:25:31 UTC | Success |
| 4qNyNhZz6NuqKx7wu88zChohkJA3r6M1hGoTjwPkLhfAxwnkuVxEuLRoNypk... | 177,936,457 | 7 days ago | Feb 15, 2023 at 17:18:53 UTC | Failed |
| 2tVusakgnGr32XQSsDddXH4y6uq8Hu6aGmXqgDL96iREkHhw55YjhxY2Mw7k... | 177,840,895 | 8 days ago | Feb 15, 2023 at 03:52:59 UTC | Success |
| 5TTq8eQC6bdVYMoLz8N7BAioQpegwjCVrLsooUBXgoSqWWyff1oBFYccgxpM... | 177,840,892 | 8 days ago | Feb 15, 2023 at 03:52:58 UTC | Success |
| 5arEkMbB91PKEET99DdC3QUCcuzwtXNee3Fx6WSk3CTQW4bLnx9PdhXbBUx4... | 177,801,488 | 8 days ago | Feb 14, 2023 at 22:30:24 UTC | Success |
| 3JWtJtpB7KUvzvkqb1BiVM4B4eVY4UJ5YuUwg9ifaL8CGrBVSWXzqtiGpsbt... | 177,801,487 | 8 days ago | Feb 14, 2023 at 22:30:24 UTC | Success |
| 51v4f7GgYxvXNDh9zXq2smLfnvbeRHf2qGP1VqCctUvMxMYDuwHAGXocL8SE... | 177,551,438 | 9 days ago | Feb 13, 2023 at 11:34:24 UTC | Success |
| 4CsQgEv647fizPY8pVQymmUsYWTfEtifs4htbdjrktmaTmGN4ABux61rWRp2... | 177,551,436 | 9 days ago | Feb 13, 2023 at 11:34:23 UTC | Success |
| 3anSRe6tsupMX877ZhnoCstMU3YZhyDgo6ppXtNo2VNzTCkk69BNyvbBHV5m... | 177,250,339 | 11 days ago | Feb 11, 2023 at 18:02:18 UTC | Success |
| wsmEhs4dD1Vw3o8D7EzVCoVzkUHXMDRDA3wXjsxCt23jeiQ4EJ9FgjbgQr8X... | 177,250,336 | 11 days ago | Feb 11, 2023 at 18:02:16 UTC | Success |
| 4GoQJXtoRru19t8EiWonFj9SwygmecS5GHzetUU6p2NBZRP5Dm41QEg3KxqB... | 177,162,852 | 12 days ago | Feb 11, 2023 at 06:18:53 UTC | Success |
| 65C44nTchUbhjDaA91ZdKz62c2YxWUGPNsySiAUC2VNoAHcefEkqTzGhpRSq... | 177,162,851 | 12 days ago | Feb 11, 2023 at 06:18:52 UTC | Success |

Document title: Explorer | Solana
Capture URL: https://explorer.solana.com/address/m3roABq4Ta3sGyFRLdY4LH1KN16zBtg586gJ3UxoBzb
Capture timestamp (UTC): Wed, 22 Feb 2023 21:09:31 GMT

| Signature | Slot | Age | Time | Status |
|---|---|---|---|---|
| wsmEhs4dD1Vw3o8D7ctvcvzLUHZMRDM3VxjsXCE25je5Q4ZJ9EgjbgC... | 177,250,356 | 1 days ago | Feb 21, 2023 at 02:15:01 UTC | Success |
| 4GoQJXtoRru19t8EiWonFj9SwygmecS5GHzetUU6p2NBZRP5Dm41QEg3KxqB... | 177,162,852 | 12 days ago | Feb 11, 2023 at 06:18:53 UTC | Success |
| 65C44nTchUbhjDaA91ZdKz62c2YxWUGPNsySiAUC2VNoAHcefEkqTzGhpRSq... | 177,162,851 | 12 days ago | Feb 11, 2023 at 06:18:52 UTC | Success |
| 8DfYRUvJooaHEJuvDMSaSab3anzxf2NLqmYBwJf8FQrGsHoCpHotwC6rm3Fk... | 177,162,848 | 12 days ago | Feb 11, 2023 at 06:18:50 UTC | Success |
| 39BqeCuLbeQk3oV4uAazeRr2zXYyuuG2P2XWh3eL8jpcFGJSs7fugCxGcoAk... | 177,162,841 | 12 days ago | Feb 11, 2023 at 06:18:48 UTC | Success |
| m2gwzmdWA66ndg4Av5vJaAAELWyZkXMrT1iycP8uGxtiuwyyJZHVR29L1ndn... | 176,917,581 | 13 days ago | Feb 9, 2023 at 19:35:06 UTC | Success |
| 2CCvNFLR9wKDhkvHDakNWYL4E6Q3WpvQd9bDgF3nZCdQo9JH96HYRaVLV3qe... | 176,917,574 | 13 days ago | Feb 9, 2023 at 19:35:03 UTC | Success |
| 3DC8a7iJSdnoX2KsVt2CLa7uGFG43HESYXAWqthPFM45V25q49bskMmwbXss... | 176,824,520 | 14 days ago | Feb 9, 2023 at 06:20:14 UTC | Success |
| qfVymgftzYLzwzhrtPUe5VQGQDeEkNanuzk8r9pzc2tXfEhYkVJqEoJVmZDe... | 176,769,975 | 14 days ago | Feb 8, 2023 at 22:39:53 UTC | Success |
| 57qR3ZRD3G5ufeiYFYBTGywcfbnad3nmdsiqTpVBKfKA7XPyoGLSf8fBDf37... | 176,769,972 | 14 days ago | Feb 8, 2023 at 22:39:50 UTC | Success |
| 4Tn77SMAf1Aomnuu1Ti7MJph3s2jVm4fhU5kBRFEtfCxnRPyJiXnGDqA3RHp... | 176,762,651 | 14 days ago | Feb 8, 2023 at 21:40:10 UTC | Failed |
| 3EZNtfFVDLHPxVx9QqrnWT6g6XUmCD4RQPpi1PrmwB7rvct61HoAvTKL7dW1... | 176,762,649 | 14 days ago | Feb 8, 2023 at 21:40:09 UTC | Success |
| 3RcPBXA3pG5igpJ4Pcm2UbGnrJ5NHoPK19onXjZ5V7K7fcZoiMmWBu6xxvoo... | 176,759,874 | 14 days ago | Feb 8, 2023 at 21:16:43 UTC | Failed |
| 3HFgv83ywFMeWZSJfRsMq7iPoV2Q8frcBktRNuNNsSnuVCkRbb4FkWLxHzQp... | 176,759,872 | 14 days ago | Feb 8, 2023 at 21:16:42 UTC | Success |
| r1YGKtmw4rTV8TukbS4o5pE29NskTB1ZRUtPJ4w8XvdQnq9zJVFSYxY2ExKe... | 176,604,971 | 15 days ago | Feb 8, 2023 at 00:11:35 UTC | Success |
| 4GuY6HKsQtGGoyXFEZEdgWTQ3pad56S53oz88ZDnrrSRPtqsJsSFkaj8aBpC... | 176,604,955 | 15 days ago | Feb 8, 2023 at 00:11:28 UTC | Success |
| 5wdDiTUSuzsXzxo58NzNaQrw8PEk26LZFURk49jFsMGU4zmQp2wYWtqxpTA3... | 176,559,020 | 15 days ago | Feb 7, 2023 at 17:58:38 UTC | Success |
| NYx8iNn6iqyY7QRTU6JyUHULmRL63r8JXvJdFchSR1LTyyhb4VS3agTWH6C7... | 176,559,016 | 15 days ago | Feb 7, 2023 at 17:58:37 UTC | Success |
| 4tYzyCLkRaHm58ZGKFmZrdrXJdYExjxZg5awsvWymMfnEVx6vU16VgZrpWcv... | 176,547,160 | 15 days ago | Feb 7, 2023 at 16:18:56 UTC | Success |
| 3QF9xCxpgypgMxUBv8vjWC1kBHJTuHvC8UZy94FJeBv9gGBTWVSiHR48JNf2... | 176,547,157 | 15 days ago | Feb 7, 2023 at 16:18:54 UTC | Success |
| 5aNaRxui8ffuPvhydKzctqjzyPuge7oP4ukQSd7wvqTewCHNaUpBV7wjgkxX... | 176,395,184 | 16 days ago | Feb 6, 2023 at 20:16:07 UTC | Success |
| 4ro978oBpqqCaKDKioqEENqCz9hBJ8swpi3XS2xYPr13p6isa7EMpN96BcGL... | 176,395,182 | 16 days ago | Feb 6, 2023 at 20:16:06 UTC | Success |
| 4wvfDJ2Vq8EQVF3BsaXti4mRZDYkHNW583yRkeKswMVCcyNrpeVhQ8wAUdVZ... | 176,324,422 | 16 days ago | Feb 6, 2023 at 10:25:17 UTC | Success |
| 26qV38PbmXazwDzb2ivqkEHNwMmqyEt2P2p4b4YFkEq4sNCEGPiHphD2dCUn... | 176,324,420 | 16 days ago | Feb 6, 2023 at 10:25:17 UTC | Success |
| iV1NT7Yn24uNB414odivhxSS2zGs6QxohKdty2EuqCGYjT4k27BLbWKbdepL... | 176,324,419 | 16 days ago | Feb 6, 2023 at 10:25:16 UTC | Success |
| 3LyB19jpPCksxwEgXiRAs7zXh3Wsgg37PCNu21M2zCQxUmwpvWFPivEbokdR... | 176,324,417 | 16 days ago | Feb 6, 2023 at 10:25:15 UTC | Success |
| arDCWXGRJc6gnztpCLVvLusPK2Ns5c61xRwjaYtxMVEPhhjLuDdNMCwDmUo4... | 176,195,861 | 17 days ago | Feb 5, 2023 at 16:50:40 UTC | Success |
| 3UNLhoVYkeanGSaeSe9vkKaaSYJa4RQHpz29rb6UA7aLvLnaKX1H578kuTTS... | 176,195,859 | 17 days ago | Feb 5, 2023 at 16:50:39 UTC | Success |

| | Signature | Slot | Age | Time | Status |
|---|---|---|---|---|---|
| 🗘 | 3LyB19jpPCksxwE...zX2A57zX13WszB37PCNu21YzZCQxUmwpvWFPivEbckdP... | 176,329,417 | 16 days ago | Feb 6, 2023 at 10:25:15 UTC | Success |
| 🗘 | arDCWXGRJc6gnztpCLVvLusPK2Ns5c61xRwjaYtxMVEPhhjLuDdNMCwDmUo4... | 176,195,861 | 17 days ago | Feb 5, 2023 at 16:50:40 UTC | Success |
| 🗘 | 3UNLhoVYkeanGSaeSe9vkKaaSYJa4RQHpz29rb6UA7aLvLnaKX1H578kuTTS... | 176,195,859 | 17 days ago | Feb 5, 2023 at 16:50:39 UTC | Success |
| 🗘 | 2Mdm7iypAm2UHQ1qCSZ4CwYcFYMjCJ5mPpypHcVjxoWkxshe8oHW7fUmCL6B... | 176,195,856 | 17 days ago | Feb 5, 2023 at 16:50:37 UTC | Success |
| 🗘 | 2UgHnkaHFVjRctJumpA1t7wHCZpSVSUYtdKVzJq7K2k9zPLDAZdCZC1UemvT... | 176,189,380 | 17 days ago | Feb 5, 2023 at 15:57:03 UTC | Success |
| 🗘 | 2gA1sgnGp5BQvbehTgQU24WNc4jw89bpUQEAVZt5oRP9zWZDk1vvitgwPZDt... | 176,189,379 | 17 days ago | Feb 5, 2023 at 15:57:03 UTC | Success |
| 🗘 | 5mjnUJjJznR4oZpb8SXGbXG3XQ5s2qbg3sZtm8Fvx8eG855TsLxKyzjozeXK... | 176,173,094 | 17 days ago | Feb 5, 2023 at 13:40:08 UTC | Success |
| 🗘 | XfNfoXigXunKVGS5BvS2gzLF1yFjqgARnz4Gvfxsk3dfvJEkQeKZbBVoSAfP... | 176,173,092 | 17 days ago | Feb 5, 2023 at 13:40:07 UTC | Success |
| 🗘 | wzEvx5QjWoaffoEbBguTJqYc3oxsDZg4enVhfDvgTk5vYJfhdJXpaZVW6dBE... | 175,996,547 | 18 days ago | Feb 4, 2023 at 13:24:16 UTC | Success |
| 🗘 | 3fgKY7m8KxbyHtgQdEqqxecPVpKHr8FAzxa36CFtYaB3bhgxtc263LUjS8Lg... | 175,996,545 | 18 days ago | Feb 4, 2023 at 13:24:15 UTC | Success |
| 🗘 | 4F91eTb44siydunbyYq7WH9crduhXuHZuvxDoi6QEx4McSAMAicL9ig324eJ... | 175,996,543 | 18 days ago | Feb 4, 2023 at 13:24:15 UTC | Success |
| 🗘 | 43YDGbDbNxdkEWcNrQsEFK4naPbPseaCFLF6qbuQi8thDZaR348SzFH4Smdc... | 175,919,240 | 19 days ago | Feb 4, 2023 at 02:56:28 UTC | Success |
| 🗘 | 47o2p9q6m6PDCtVCWCkg18d3LdYg1atcgKrrLADd2cUVNLcLxDWYo6XPkWic... | 175,919,236 | 19 days ago | Feb 4, 2023 at 02:56:26 UTC | Success |
| 🗘 | 4v77jCZ9L4Cou1MJj7Q8qiFrWeYRYLfHKGMtfuXKdXgArMQdxTU4Qfw4woC6... | 175,848,140 | 19 days ago | Feb 3, 2023 at 16:33:33 UTC | Success |
| 🗘 | 2nbGCdmqG2kZpGNFbTinGh5D5Vsdd3FPBX9FvdnyMvh3BXEfFoFsmqLKNzF2... | 175,848,136 | 19 days ago | Feb 3, 2023 at 16:33:31 UTC | Success |
| 🗘 | 3gSBMRubXnmwWqzS3b8YgQr1srgQoFBSTTh2irFVjFvmZyPgFR1nYMJJerC7... | 175,810,783 | 19 days ago | Feb 3, 2023 at 11:10:50 UTC | Success |
| 🗘 | 2kiPcCPi5S7Szqtbevn4hjq7LMU29BPfDmLSMbNWZkwcwEY8TLwTYHXnQQso... | 175,810,780 | 19 days ago | Feb 3, 2023 at 11:10:49 UTC | Success |
| 🗘 | RjPdpkYDaVS1CMwKwj8xytyEPRGbUkcjnCU1cMLonseNYMQC7G5Kw2DrLKvc... | 175,732,032 | 20 days ago | Feb 2, 2023 at 23:55:27 UTC | Success |
| 🗘 | 62GQGtxZQv2GxhZ1zQzXbnUYd5PUydoX2fH9BJM8jdT2F7EtYyWk1dEj6AZZ... | 175,732,031 | 20 days ago | Feb 2, 2023 at 23:55:26 UTC | Success |
| 🗘 | 4kSDjEgNtm5AHZnJj44VyFUYQWbvtFo94iUjBwmxDceje21CMitijmBzi8Dp... | 175,688,948 | 20 days ago | Feb 2, 2023 at 17:36:39 UTC | Success |
| 🗘 | 2rhwN4zsjgn5V7qSZDLu7zgUthjy46BwYhqVSbUo6ufgHjyxZ2mZ39PAgQUs... | 175,688,945 | 20 days ago | Feb 2, 2023 at 17:36:37 UTC | Success |
| 🗘 | 2ut3sfRMuVW3HRfmpsekDN8aVV2w2ZzBkt8dCW6sVgXjzFaJcSsGobBKLgxf... | 175,651,423 | 20 days ago | Feb 2, 2023 at 12:09:54 UTC | Success |
| 🗘 | 64JyFG7vFiXP9LLtbY3qzdRfk9DroGat5oftvAKyZuovFnhckxgDCGJMod2n... | 175,651,420 | 20 days ago | Feb 2, 2023 at 12:09:53 UTC | Success |
| 🗘 | dbZeKPiUzHtiC3bDNYE1ZMXWH6GTGBRN3SytSW1A3DSXghVLmMdAqaS5msRd... | 175,595,028 | 21 days ago | Feb 2, 2023 at 04:04:25 UTC | Failed |
| 🗘 | 5EVv9VvLwjorg3W8ecg1cwgaGmVsG62hP3Ap3HTqRPW9LDb1XXwVhNiV2d1j... | 175,595,025 | 21 days ago | Feb 2, 2023 at 04:04:23 UTC | Success |
| 🗘 | 4Q5DQAPWpUVecz8zb8v1WDUFaEwSYA6fj1pi1gEqmeGUREJmBPxKTKLtrXi5... | 175,517,432 | 21 days ago | Feb 1, 2023 at 16:53:38 UTC | Success |
| 🗘 | 8dAcZ3AD8XMaNSfr71xo3N13wpSDMfUk53v7Chr8xgitgyNiVWxnCExY5u4U... | 175,517,423 | 21 days ago | Feb 1, 2023 at 16:53:34 UTC | Success |
| 🗘 | 3L5nh8Gm9PLVY2jLS1hcVu6nvx1YGE6nSBfHUyFNDGj27hwJW9W3GcWbE7qR... | 175,517,420 | 21 days ago | Feb 1, 2023 at 16:53:32 UTC | Success |

Document title: Explorer | solana
Capture URL: https://explorer.solana.com/address/m3roABq4Ta3sGyFRLdY4LH1KN16zBtg586gJ3UxoBzb
Capture timestamp (UTC): Wed, 22 Feb 2023 21:09:31 GMT

| | | | | |
|---|---|---|---|---|
| 4Q5DQAPWpUVecz8zb8v1WDUFaEwSYA6fj1pi1gEqmeGUREJmBPxKTKLtrXi5… | 175,517,432 | 21 days ago | Feb 1, 2023 at 16:53:38 UTC | Success |
| 8dAcZ3AD8XMaNSfr71xo3N13wpSDMfUk53v7Chr8xgitgyNiVWxnCExY5u4U… | 175,517,423 | 21 days ago | Feb 1, 2023 at 16:53:34 UTC | Success |
| 3L5nh8Gm9PLVY2jLS1hcVu6nvx1YGE6nSBfHUyFNDGj27hwJW9W3GcWbE7qR… | 175,517,420 | 21 days ago | Feb 1, 2023 at 16:53:32 UTC | Success |
| 3HQaF1xbzYc4zWzEvsXq2NFgzDWWNLHUaYv6ywGEREdcopiR4sjFME1NtrGu… | 175,494,100 | 21 days ago | Feb 1, 2023 at 13:35:09 UTC | Success |
| s62ReqHZdcNAJ5EEgU3kdSF6r8mKLEKTT2z6NvbLJSg5SXczLgZj3chTZ4R8… | 175,494,099 | 21 days ago | Feb 1, 2023 at 13:35:08 UTC | Success |
| 3fEmcus3SB1FsBKQkh3iFK3jXvuMhFtSv1oBte4wKn9zfvyoqwuc2TfKp3yP… | 175,377,395 | 22 days ago | Jan 31, 2023 at 20:31:07 UTC | Success |
| 3rzidgHD3oNA3bu4FfrAZinadjmaxf9t5EEALtpgo6WsDnczYM4ZXpeqxw9W… | 175,377,392 | 22 days ago | Jan 31, 2023 at 20:31:05 UTC | Success |
| 2cVTebc8gX2CWrmMJTzn3xESjhLaVYP4WaFNmuv53Y5RxMc2cgKAh4aM1q5z… | 175,377,388 | 22 days ago | Jan 31, 2023 at 20:31:02 UTC | Success |
| 3xNgHjHdWUHA9Phj9GnVH3FrGsLnhzWSes8HA6aZNEdWVgbszsQ4rknmaEwM… | 175,317,387 | 22 days ago | Jan 31, 2023 at 11:17:57 UTC | Success |
| 62984AtoPRjZ38juEriWmPAe2jmPBWAdEoY3hWDK4DiVibupcRxoCMiFT67X… | 175,317,384 | 22 days ago | Jan 31, 2023 at 11:17:54 UTC | Success |
| 26U9tjtVz1GHZ1HtFe7CSPeaZLD3npHtWWGc2bmrVM9tYRw71eq8c8vvL6b4… | 175,277,312 | 23 days ago | Jan 31, 2023 at 05:12:08 UTC | Success |
| 3mVodYCqYpXfZSdSpLvvJHLTwPRZc6zJX4C9oVkWFVG4jhjfXMtx1Nn6gk7v… | 175,277,309 | 23 days ago | Jan 31, 2023 at 05:12:06 UTC | Success |
| 2XsQDJBpVwrcxW1imZdv12C56ZmK12PusnpyyaDW8fZD1siqgs75U79AjZ1U… | 175,181,220 | 23 days ago | Jan 30, 2023 at 14:39:18 UTC | Success |
| 2JsvRnpoj1kX4axrQmmfFnxg5cB88nLSsgWmuJ7R5pnMyLPeGH1AjDPMVoyF… | 175,181,218 | 23 days ago | Jan 30, 2023 at 14:39:17 UTC | Success |
| 4TWqRGHXqCW2QmvRTseUou7NZgyx3jhmoeQ24ePxU9r6YV6KZXYHhoiiE3aB… | 175,101,544 | 24 days ago | Jan 30, 2023 at 03:05:15 UTC | Success |
| SFoh3XV6gtqwfrHAywLLW4aU179cjFyUdtKTVYuTuKmhuew3Ezuq1XvmrHAs… | 175,101,542 | 24 days ago | Jan 30, 2023 at 03:05:13 UTC | Success |
| VEDq23r63m5arXUfgjuEnnYaLjwqGEcVmEnPHYBFevWk6uwDzNZQ24PAvr6o… | 175,101,540 | 24 days ago | Jan 30, 2023 at 03:05:12 UTC | Success |
| 5xzdXWECe6bhKjM299aGxDww4HCnHf4gTtu8ipx78dRw1vkGGjE6tehEdV8d… | 174,961,089 | 25 days ago | Jan 29, 2023 at 07:10:43 UTC | Success |
| KY9xaWdMSnjH6jsy11JsiWC2RMXyb57mcneLQP7SML8NFVbZGbeBx4dWFNA8… | 174,961,087 | 25 days ago | Jan 29, 2023 at 07:10:42 UTC | Success |
| 2xqcXXKiMuX7TtGcrPU61NqSh66vEaBye9fUcYhhXD6WNSKdrTDVB1awTBD3… | 174,864,671 | 25 days ago | Jan 28, 2023 at 17:35:40 UTC | Failed |
| 3zbwbiPyFBRTxyZyfuMTkqDSqmkPrMgWoDg6c5psy789XJzEEBjaYMveRjjU… | 174,864,668 | 25 days ago | Jan 28, 2023 at 17:35:38 UTC | Success |
| 642MVYt8RvLXGknzUR1iVsdZgqFPwBanpK19Sm5hg3oWd7MdVpAJAK4iNFsy… | 174,857,031 | 25 days ago | Jan 28, 2023 at 16:30:58 UTC | Success |
| 3qbUfbEeaLobSB7scB7V8g8KmNWN1bi958f9HuziN5KMQfJiSjffFHMwG7qrx… | 174,857,029 | 25 days ago | Jan 28, 2023 at 16:30:57 UTC | Success |
| 5mQDYpwC3Jrvsx8CD5csKfZu7JH3yhj1wsPhzbpq5STSLTCBR27rrUowz4Gj… | 174,857,027 | 25 days ago | Jan 28, 2023 at 16:30:56 UTC | Success |
| 2yLMdtmPNdfaq476U3HW1CpKqKaXMZiYuqc3HBCGS6qQpyLtGUQmLcrcX7Nv… | 174,857,024 | 25 days ago | Jan 28, 2023 at 16:30:55 UTC | Success |
| 22D3nkUWvKnKxrRNfWsQmyfb8eLCHrKDKRmncHJR1iqfMjxD21Yu9sk3rPW7… | 174,704,658 | a month ago | Jan 27, 2023 at 19:09:52 UTC | Success |
| 4bnCmfL4CzCBJ5ggqa5iXSVEX6oBsw9tD8HrPTThFnvHTfPL4aWC4WN5Jogp… | 174,704,656 | a month ago | Jan 27, 2023 at 19:09:52 UTC | Success |
| 4qfi69rsUJJ5RE3vDSR9gXF3R8ToSjTadstuZDzj8UnwwviQXW9fk6oXXyuk… | 174,662,419 | a month ago | Jan 27, 2023 at 13:14:52 UTC | Success |
| 3BezzRsKusy8qEC5SapHySC1ZbBJ2tKC1CJagy81gJibE1puEw8YA1MTjdA6… | 174,662,416 | a month ago | Jan 27, 2023 at 13:14:50 UTC | Success |

Document title: Explorer | Solana
Capture URL: https://explorer.solana.com/address/m3roABq4Ta3sGyFRLdY4LH1KN16zBtg586gJ3UxoBzb
Capture timestamp (UTC): Wed, 22 Feb 2023 21:09:31 GMT

| Signature | Block | Age | Timestamp | Status |
|---|---|---|---|---|
| 22D3nkUWvKnKxrRNfWsQmyfb8eLCHrKDKRmncHJR1iqfMjxD21Yu9sk3rPW7... | 174,704,658 | a month ago | Jan 27, 2023 at 19:09:52 UTC | Success |
| 4bnCmfL4CzCBJ5ggqa5iXSVEX6oBsw9tD8HrPTThFnvHTfPL4aWC4WN5Jogp... | 174,704,656 | a month ago | Jan 27, 2023 at 19:09:52 UTC | Success |
| 4qfi69rsUJJ5RE3vDSR9gXF3R8ToSjTadstuZDzj8UnwwviQXW9fk6oXXyuk... | 174,662,419 | a month ago | Jan 27, 2023 at 13:14:52 UTC | Success |
| 3BezzRsKusy8qEC5SapHySC1ZbBJ2tKC1CJagy81gJibE1puEw8YA1MTjdA6... | 174,662,416 | a month ago | Jan 27, 2023 at 13:14:50 UTC | Success |
| 2fizCmGHujxX5r1WY8A3e2KitDHb65H3a1L9HNcaZrYkoeoHiBEDWLN1WUN9... | 174,654,868 | a month ago | Jan 27, 2023 at 12:11:37 UTC | Success |
| 4MrLKonbxVMRMRPCE1ebf63uouaSaacku7gGmezeRyHHwxXwt6v2AqigWJSZ... | 174,654,844 | a month ago | Jan 27, 2023 at 12:11:26 UTC | Success |
| WwswLZAhsFGroKWGR1iaZSZBjRgUgRyNeNn2EuuaGDw93q3iRoWXEWvSYLgb... | 174,654,840 | a month ago | Jan 27, 2023 at 12:11:24 UTC | Success |
| 4KQA3DPFMNuUsYCVcPRMtxron1xYrcRNZB4HcR5xo1tmR3TAB32GbaBn8hZx... | 174,631,359 | a month ago | Jan 27, 2023 at 08:55:54 UTC | Success |
| 53RqrBP3gzdMC7zLYiyWjoLtcRNsnogddf1nYwow2tv6Dxv17kasBev6vzzU... | 174,631,356 | a month ago | Jan 27, 2023 at 08:55:53 UTC | Success |
| 3qnj2uzDfCmLuiZnnhA6HHp5ZqAvxqYPMyCioD2sfg67F1Nf9uWhRCqwfbfX... | 174,529,052 | a month ago | Jan 26, 2023 at 18:34:01 UTC | Success |
| 657YFj1M4pBUKGSoXCuavrjJwDEijjjLGyk1tiqLbcEnsHXykw3gvswU8c72f... | 174,529,049 | a month ago | Jan 26, 2023 at 18:34:00 UTC | Success |
| 3mVDaHdv4PwT1zze9z2MwGw94FH7yHhB1vtjVerPzzQX7bS8tPcgguuSdsb5... | 174,334,637 | a month ago | Jan 25, 2023 at 14:56:17 UTC | Success |
| 4xvxnabRHD8ZtnniDvYhFjoGN877UBJrzRfp6mJRn9gTJK6etFyZu36xd5Bj... | 174,334,634 | a month ago | Jan 25, 2023 at 14:56:15 UTC | Success |
| 2ScScVwXBBV6yDURhZMdLUsFBKPSbmoHmXFKa3Yikn6QLTK3iYpfvT8sA4VC... | 174,212,908 | a month ago | Jan 24, 2023 at 21:52:25 UTC | Success |
| MpnXRPHKWxM2ernfqDN2U926J4uxqiGm5mG3B5EJRQsNs3gJdoJ44ATjWZmT... | 174,212,907 | a month ago | Jan 24, 2023 at 21:52:25 UTC | Success |
| 3amkUr6Pf5WYzYNaJsgJwFjyd7JzTTjrgDCYTGB67fuJVWTVbovXdSpJjiLs... | 174,031,852 | a month ago | Jan 23, 2023 at 20:28:58 UTC | Success |
| 3PoxzTZqtVuPuAZNXvBVGKHiW7vX9bDxfxJqpFzuGYxhKPLdzsbzqSpPyCy4... | 174,031,848 | a month ago | Jan 23, 2023 at 20:28:56 UTC | Success |
| 5XonsjbwUfZDZspMFWZJijafvmPXAMgNBpQDzD1ykJCWg5Numx9BB9Spmf7u... | 174,012,472 | a month ago | Jan 23, 2023 at 17:40:02 UTC | Success |
| 3JP2Et8SYhyZNKPKFAmqSw4gKyTUEK2Bo2TEXcmTMwp127Etdn1ikm3fDmKU... | 174,012,471 | a month ago | Jan 23, 2023 at 17:40:01 UTC | Success |
| 2sgauQM98uo7HZ6X62X67eS4bCNmtzX9S3EMVY6u3ERQ7W2t6FnxCXVXnYp1... | 174,012,468 | a month ago | Jan 23, 2023 at 17:40:00 UTC | Success |
| 39Zrtzvihf34iug2t5azd3tNWafZa8GznDYFiz9sTmykewR94qxdTifZBnmD... | 174,004,412 | a month ago | Jan 23, 2023 at 16:30:18 UTC | Success |
| 4pLPpDQ3S7hJnptUJEgkjaUkgosrMbcfR3NDTebbrKv2h4QvtCsWwP8Jpznq... | 174,004,406 | a month ago | Jan 23, 2023 at 16:30:16 UTC | Success |
| 5EoSLB4a5aG43HmhPbnocgAFnk6ntVJFyYe8bt3Rd5U6vBp5cQTnHfN2qq5z... | 173,962,424 | a month ago | Jan 23, 2023 at 10:34:58 UTC | Success |
| 27ktZfL5yjwhbt7hULoWtkCfa4JrSBWJSdgGX1GYjHcNuDo9VTvJkyKBjpjt... | 173,962,420 | a month ago | Jan 23, 2023 at 10:34:56 UTC | Success |
| 3AqdRihth1Y3i23YykL4mcCUT41UUwbH1Kpk3rGPoM8hSYKA3mV9iLymQ69q... | 173,962,416 | a month ago | Jan 23, 2023 at 10:34:54 UTC | Success |
| 4gbZXr4eJfo8mBend2rTNjgLXkgRhbw8cfWX6g7jHVhchyoxviVMbCvv9eNp... | 173,962,244 | a month ago | Jan 23, 2023 at 10:33:26 UTC | Success |
| 4eFQg8NHAMYXg4AQnht832DpgbBAfHqvzdwsbhKnCoqbjD8wRqBg7UDe6jzz... | 173,962,242 | a month ago | Jan 23, 2023 at 10:33:24 UTC | Success |
| 5HEvwGpE2DLeRAH3gFnB4cRCZXgUT9jB4ebozGaAFHfgssxAm27cVXcxJTxX... | 173,962,240 | a month ago | Jan 23, 2023 at 10:33:23 UTC | Success |
| 3jYCE4EnEMgPkkHfLTYV3BvvExM6xLP4SYWgv4Tsjais9cJofM8EhVHVUHGY... | 173,898,295 | a month ago | Jan 23, 2023 at 01:29:29 UTC | Success |

Document title: Explorer | Solana
Capture URL: https://explorer.solana.com/address/m3roABq4Ta3sGyFRLdY4LH1KN16zBtg586gJ3UxoBzb
Capture timestamp (UTC): Wed, 22 Feb 2023 21:09:31 GMT

| | | | |
|---|---|---|---|
| 4eFQg8NHAMYXg4AQnht832DpgbBAfHqvzdwsbhKnCoqbjD8wRqBg7UDe6jzz... | 173,962,242 | a month ago | Jan 23, 2023 at 10:33:24 UTC | Success |
| 5HEvwGpE2DLeRAH3gFnB4cRCZXgUT9jB4ebozGaAFHfgssxAm27cVXcxJTxX... | 173,962,240 | a month ago | Jan 23, 2023 at 10:33:23 UTC | Success |
| 3jYCE4EnEMgPkkHfLTYV3BvvExM6xLP4SYWgv4Tsjais9cJofM8EhVHVUHGY... | 173,898,295 | a month ago | Jan 23, 2023 at 01:29:29 UTC | Success |
| LTQer4zp6PWoZdRsfzjPRa2qLA1587LbWQQ21dg3eyfhUxd7GCiwDZvfknvu... | 173,898,292 | a month ago | Jan 23, 2023 at 01:29:28 UTC | Success |
| ARsq9jasgnD6MFZJPrh5LHjRGCncBp8AdedRYeFPEWsGp4TokEPHqaqKmbrC... | 173,864,881 | a month ago | Jan 22, 2023 at 20:37:05 UTC | Success |
| k1e4egMAxtKjuCFkvrut5Ph5HFasi5sDPgKU7p5pPGi9EBTetCQ8aNMAXTyb... | 173,864,879 | a month ago | Jan 22, 2023 at 20:37:04 UTC | Success |
| 3dK9ByzUq9GRhxNRZJD42RwTcvchqNNR4BBMBX8qib7rijUzuerXDKrTf3pv... | 173,859,541 | a month ago | Jan 22, 2023 at 19:50:51 UTC | Success |
| 2WrPa1KXVWMfAiHjJ2jN4Sg8JGMN87euDLHvZxiBUVxhY3bg4466YDodnYUA... | 173,859,538 | a month ago | Jan 22, 2023 at 19:50:50 UTC | Success |
| 2e3uEABxUK659sX3fC6oUjSYcxnX64VeQGy1zBqZwbks6MXJTLxmY2qQh9pu... | 173,833,475 | a month ago | Jan 22, 2023 at 16:06:15 UTC | Success |
| 5aLz9k3CkkFJtdu9QUFJeMTRGRzrn4zu7hEk5eZ32BkaugNzNrQSx8ay9SXv... | 173,833,472 | a month ago | Jan 22, 2023 at 16:06:14 UTC | Success |
| 4bbiphsMwkNhs1fgZQSac9i7K7CXdTteSEhS4X72TawR2tTKPLPn9A5SpsGd... | 173,830,338 | a month ago | Jan 22, 2023 at 15:39:23 UTC | Success |
| 539CNzNLDxDkQWdux4Aktwtn1a3j6RGXgGrqCpDQBq8pzAqLSWPLfGDzhNo9... | 173,830,336 | a month ago | Jan 22, 2023 at 15:39:22 UTC | Success |
| 5oGoZWJPZ75Erkx1WYwLw8JL6HmgTHMGdYqHGDLS9Ufd6xZvW4mWWVJgzcN3... | 173,781,969 | a month ago | Jan 22, 2023 at 08:55:00 UTC | Success |
| 4PchkRr7XDiwdU4nUZ8mtbSzcbaZaNA1ESEPvMr7eDqBNxBQYHHrMcHrFuP1... | 173,781,966 | a month ago | Jan 22, 2023 at 08:54:59 UTC | Success |
| 336dYSwL9uN9nuhMBB8iyvPFC7ELQMHzx23qWmZdYDZE8nzuzDTEz1Nrzt2L... | 173,701,220 | a month ago | Jan 21, 2023 at 21:40:18 UTC | Success |
| 4bLt81CcPbnTeewCQzTB6eHdEBaYPs18oh1M2nqCqBL1wiToATvuNJ3HpZbW... | 173,701,213 | a month ago | Jan 21, 2023 at 21:40:13 UTC | Success |
| 35CZ237dAHayvFEQc6pviuLBZpNcFtmor2NgjZ9R3PqkXEf7XNahjKgvhg8H... | 173,662,537 | a month ago | Jan 21, 2023 at 16:13:59 UTC | Success |
| C5YoiqFvY4HpG6ic1ALugvJcaxQwdyJwwvxJNMx2vbN4HiGbxnGs8xXGZUMv... | 173,662,532 | a month ago | Jan 21, 2023 at 16:13:57 UTC | Success |
| 3qNBvSAGsZXUALNrLAumcES6vkrHGRQWSmcRprpRus5Dr16Von4hkFne9QcK... | 173,551,850 | a month ago | Jan 21, 2023 at 00:35:41 UTC | Success |
| 53xQZdDjMws9FnwCojroEtodfWAeW2qxr15YCR9WMwLts4xASi4TUs81gYhX... | 173,551,844 | a month ago | Jan 21, 2023 at 00:35:38 UTC | Success |
| 4iE2puUXV9VbxYYsrSdSZFFxvHqzi3aDdii6ootY41sUsVfzgHRAd7jTdzGn... | 173,551,842 | a month ago | Jan 21, 2023 at 00:35:37 UTC | Success |
| 5DLG532bLUDdoMFxS8wa3VGrMp9BRFyvK4QiE6TGS9HkCdftu56PfkpjaSjw... | 173,493,631 | a month ago | Jan 20, 2023 at 16:09:29 UTC | Success |
| 54Jv25PXMKiYqqmhDWgVHDHV293PdPC8YRWLxC83NrTvVmWdXcV7mHasGDJp... | 173,493,628 | a month ago | Jan 20, 2023 at 16:09:24 UTC | Success |
| 3W4SdhKfoiCfPZaEYKj9WK9TmAGatwRkHBbhmhSy4vfBfYSt152cutHP6oNC... | 173,146,142 | a month ago | Jan 18, 2023 at 14:26:18 UTC | Success |
| 2Pu1YuS6mhDPgVZPrDg9rizKg1NdQLrnx8cK1X4Bw6zXTjnL5x8CjnYhjxGm... | 173,146,140 | a month ago | Jan 18, 2023 at 14:26:17 UTC | Success |
| 49v5vJ6yidQ7WbkPPMSHYWNoSob3HJ52b6ZznhZDA4KkMsYtQ3bxdmqsJgSd... | 173,135,794 | a month ago | Jan 18, 2023 at 12:57:54 UTC | Success |
| 2e83kCaDHNUYERkpibVow1CxPnLY5D6dEqePW1dpzqReYEsGJhL2scgHWjaK... | 173,135,792 | a month ago | Jan 18, 2023 at 12:57:53 UTC | Success |
| 371ZoU3U7uoN1U5QEVL3ACxfsuZ3VrBkMsfLZnCv6RHmxo8UE5NsodMcQr74... | 173,020,733 | a month ago | Jan 17, 2023 at 20:43:14 UTC | Success |

Document title: Explorer | Solana
Capture URL: https://explorer.solana.com/address/m3roABq4Ta3sGyFRLdY4LH1KN16zBtg586gJ3UxoBzb
Capture timestamp (UTC): Wed, 22 Feb 2023 21:09:31 GMT

| | | | | |
|---|---|---|---|---|
| 49v5vJ6yidQ7Wbk... | 173,135,794 | a month ago | Jan 18, 2023 at 12:57:54 UTC | Success |
| 2e83kCaDHNUYERkpibVow1CxPnLY5D6dEqePW1dpzqReYEsGJhL2scgHWjaK... | 173,135,792 | a month ago | Jan 18, 2023 at 12:57:53 UTC | Success |
| 371ZoU3U7uoN1U5QEVL3ACxfsuZ3VrBkMsfLZnCv6RHmxo8UE5NsodMcQr74... | 173,020,733 | a month ago | Jan 17, 2023 at 20:43:14 UTC | Success |
| zXEEgerraw7bbqyE3CoLxR8asp9ARRugV8mbSic66V2vukHJ2XX4vVNHbSjv... | 173,020,712 | a month ago | Jan 17, 2023 at 20:43:02 UTC | Success |
| 422SFAp2pemjUDxVxQ3vKqRKi4x51wsMfMV78BtbJ7d1TLU67wr66rJkwn2x... | 172,856,181 | a month ago | Jan 16, 2023 at 22:01:08 UTC | Success |
| 3pksBTHSzmHTDXJPQpVRetyYtscnsdkbqkeLJfzx3SdFRhmWbu4kzoWB4imR... | 172,856,179 | a month ago | Jan 16, 2023 at 22:01:07 UTC | Success |
| 3HiU45y69d6ZapRL3fxAqa2hPQCMFtWbeWCq6E1B3Ax2TNmcS31HaoevZ2jD... | 172,812,851 | a month ago | Jan 16, 2023 at 15:52:24 UTC | Success |
| 27e7UpRNMMTLAWNw5dCBQjPARgh6fiREQV2ZzqpLbPvtJArwXCrzHqHjVP4t... | 172,812,848 | a month ago | Jan 16, 2023 at 15:52:22 UTC | Success |
| 2NpC5BD4xDCgXM8gazupDjHZUcGQzSSCfXFd78sesJhim2epwrQ79xDrnfru... | 172,812,845 | a month ago | Jan 16, 2023 at 15:52:20 UTC | Success |
| ZFg5dwCtLzUPvneqdNq7V4WdymieuEAgZRMbbtE9VPrzJvAmFZ1z2ymKkwfi... | 172,742,243 | a month ago | Jan 16, 2023 at 06:03:42 UTC | Success |
| 5m6VdbrWRbyewcBzgYbguGN6nwE1TbMzDKiNRwqMZfgBegwLtbkwUrjL8Zfc... | 172,742,240 | a month ago | Jan 16, 2023 at 06:03:39 UTC | Success |
| 3EzxjX6hrDLXooyoq1wM4k9ix6kH8LTJ7STZWLCz9ryrUDMBkiRh86Rrr7w4... | 172,735,098 | a month ago | Jan 16, 2023 at 05:05:00 UTC | Failed |
| 44NLKxKW7gkSrmpJ8YDoK8NRWrrqBBTxohDNqx5Z7uW2vJyKdYw8LcpcgJAr... | 172,735,095 | a month ago | Jan 16, 2023 at 05:04:59 UTC | Success |
| vupUwp9F5UMveY6ME5otKmZNoWpPTw6TYzEuPVkrNbmZtYNakbDtxPjd1epa... | 172,620,671 | a month ago | Jan 15, 2023 at 13:08:47 UTC | Success |
| 8ZFq9yrzGaFnpWTmwyodFLywy7kg3h4EEwNRqHamyDWhcDsvJ7LArCdu3jBL... | 172,620,668 | a month ago | Jan 15, 2023 at 13:08:45 UTC | Success |
| 4v4AKHJBUetKFPVpcdjtoPdnbEByFoxGNNeAWiCAHYasXdmovSroXx5wrFDX... | 172,592,873 | a month ago | Jan 15, 2023 at 09:21:22 UTC | Success |
| 2GWvAWvn2NiKkwKiRCyUmMaridvMevGPEbHW8JDCRbNwLYvLqNqvAj5HrA3i... | 172,592,870 | a month ago | Jan 15, 2023 at 09:21:21 UTC | Success |
| 5omsy7hwHtZfa53BS11fSr2AcR3XcbGRgRRwC61TQUQ9fjuvCzDC5KDZQ726... | 172,592,867 | a month ago | Jan 15, 2023 at 09:21:19 UTC | Success |
| 4rcr3T6k7Hg2AL91KFR3bAZoKQAYk41FwupT6DZ1w6L7YDKvSTr8XtXT6Q5q... | 172,585,382 | a month ago | Jan 15, 2023 at 08:19:29 UTC | Success |
| 3RaAT9dtz16NBsTDzadcCxVLGPzHMudMs2qyETgCrBq47cmBr9sVLZoNcYVk... | 172,585,296 | a month ago | Jan 15, 2023 at 08:18:47 UTC | Failed |
| 2V3WcVwyeo8JAfHUMEa2s5Vyr2CoWrVBjUguLmJzEyzDCRcg4QK2HcJGqYdP... | 172,585,295 | a month ago | Jan 15, 2023 at 08:18:46 UTC | Success |
| 5CVHrxiqvgBjbeEtPP5SDza3CkZWp4Fop63fYsycLUQNgfkreXrMjanmZaPe... | 172,532,159 | a month ago | Jan 15, 2023 at 01:00:36 UTC | Success |
| 427yz2B1R6AnkyHRxaGTZKfBax6tuVm1F9bB3RHgtrjQEd95ZwTDF9krHUEE... | 172,532,152 | a month ago | Jan 15, 2023 at 01:00:33 UTC | Success |
| Xa3AyKEA3RCy7LES5JrS8wiy8JznxpttKQ2Bkn8HbbcifevYpJ7Y8STAKGXc... | 172,483,736 | a month ago | Jan 14, 2023 at 18:14:42 UTC | Success |
| 4LELeSS7shzZwTythXfQirtVSKkraHtt2thbur3ouGVSixgX7CxntTp1hest... | 172,483,732 | a month ago | Jan 14, 2023 at 18:14:40 UTC | Success |
| 22Bcowp9G2mSCM3mAj5YVFXFiKxmMdTtJ4Vp9G311kxzWuw7xLEdtG7kRD3X... | 172,483,724 | a month ago | Jan 14, 2023 at 18:14:34 UTC | Success |
| J5NUSfjxkyv4gXh8EPtCkknWKG6AgpzpWPbvrGYnuiMxse8pYpENgNent8zw... | 172,483,722 | a month ago | Jan 14, 2023 at 18:14:33 UTC | Success |
| 24g4TfLwEPR2m8FiwujJkibSeahbzdtYgk3CncRn3PKYGvTRcv3dGyEKu4Fr... | 172,375,590 | a month ago | Jan 14, 2023 at 02:54:58 UTC | Success |

Document title: Explorer | Solana
Capture URL: https://explorer.solana.com/address/m3roABq4Ta3sGyFRLdY4LH1KN16zBtg586gJ3UxoBzb
Capture timestamp (UTC): Wed, 22 Feb 2023 21:09:31 GMT

| Signature | Slot | Age | Timestamp | Result |
|---|---|---|---|---|
| 22Bcowp9G2mSCM3wAj5YVFXFiXxmpdTtJ4VpgS31tkvzmuw7xLEdtG7KMD3X... | 172,483,724 | a month ago | Jan 14, 2023 at 18:14:34 UTC | Success |
| J5NUSfjxkyv4gXh8EPtCkknWKG6AgpzpWPbvrGYnuiMxse8pYpENgNent8zw... | 172,483,722 | a month ago | Jan 14, 2023 at 18:14:33 UTC | Success |
| 24g4TfLwEPR2m8FiwujJkibSeahbzdtYgk3CncRn3PKYGvTRcv3dGyEKu4Fr... | 172,375,590 | a month ago | Jan 14, 2023 at 02:54:58 UTC | Success |
| 3qo3zcdAb2awBtymFmYuvjYGWDotcxLPZbtG7eJrWXrWupheKqecB9kXbgmx... | 172,375,587 | a month ago | Jan 14, 2023 at 02:54:56 UTC | Success |
| 3BggZdnYnpNFUMTuWnYaKeo8YhrVvhrw8iiQ6Bg4cXw5mhVqAEHM2cGhxd1d... | 172,310,104 | a month ago | Jan 13, 2023 at 17:35:25 UTC | Success |
| 4WyGuxJnnpfdbof5YYvxKLKzkmWvGxjhE1y9etGFVLzSbbT5FtgXqnTbU7Pd... | 172,310,103 | a month ago | Jan 13, 2023 at 17:35:24 UTC | Success |
| 2xSsTUUpCYzqpuqjyywKwr4hsGiCjvAeGU1SDYxSiF8KnDYhzoxqJymun16j... | 172,215,235 | a month ago | Jan 13, 2023 at 04:25:04 UTC | Success |
| qdVn5bVL8UysB3SApNnVUPhWSuhmYw5mLfezSa9uXn5Fg45xgzarptct2Y7t... | 172,215,232 | a month ago | Jan 13, 2023 at 04:25:02 UTC | Success |
| WXWzbbeZ7u79HAF7WSvyKAkDbexY8DsnxS4HniPVB3VVsCDe9Q66F8GfUuAJ... | 172,215,230 | a month ago | Jan 13, 2023 at 04:25:01 UTC | Success |
| 25WrMnZTHFYA6oqkta4i7jqpnwt9nRZKNZnWBN1w1kNYfNQwUGDNHzr1pdSs... | 172,213,460 | a month ago | Jan 13, 2023 at 04:10:14 UTC | Success |
| 5ESdJLctvZGfeoHvqZYraeXWAKhUAQCHNaPhQWFMDVW5m5Fbak6UJBGojwGr... | 172,213,456 | a month ago | Jan 13, 2023 at 04:10:12 UTC | Success |
| 66b567kfiB6sEQPHvJdxv9W2r9ADDw4KvyeappkR5qBZsgNtEjKjkAEYH9kS... | 172,173,624 | a month ago | Jan 12, 2023 at 22:33:45 UTC | Success |
| 2CtRDDhwdsjEyeXR8bVjA8vMDajFqXo5LRkevfYAHXsYwGC3G6p6dPB1eNyd... | 172,173,620 | a month ago | Jan 12, 2023 at 22:33:43 UTC | Success |
| 412HiHEN4riQ6BSLYR9zBATHtHgPv3F1w9dYUZGJshmfps883qEM5oEuVQTf... | 172,113,297 | a month ago | Jan 12, 2023 at 13:51:26 UTC | Success |
| 4x2SsXXMo9GdWaBxgtsU3s1zTVWMHJAHm5MBwCJVRXQGGYSzgZGQJYXsbC1i... | 172,113,295 | a month ago | Jan 12, 2023 at 13:51:25 UTC | Success |
| 3LBbfmqq2XsF9FYuxByccpnbJQAJPiHnDsCuwCiDejCwXHtnxSmBaXwWcufD... | 172,077,237 | a month ago | Jan 12, 2023 at 08:51:22 UTC | Success |
| 4L9hzET7Jou9vXQ34dv17zDsBYfBv3mNnV2Y9vRm98UYXDqd3gq1QBdYviAu... | 172,077,230 | a month ago | Jan 12, 2023 at 08:51:19 UTC | Success |
| 5JQEhuuBxYMz8MFScvEGcyumQ42jNfecT1QeBvgFADvfVZ3b33bNqTndzsuW... | 172,050,624 | a month ago | Jan 12, 2023 at 05:10:01 UTC | Success |
| BxtV2HRqgj6hgNmvbbkE5un7zDLqVyKmPJNooMUkUvXGcfommCEQ85t5uxQi... | 172,050,622 | a month ago | Jan 12, 2023 at 05:10:00 UTC | Success |
| 3YnJ7AVy4VNkPUAuLCH4U8dYfCxqe3EkCmekCYhcDBweLgkd4NGvJB2BJ7Je... | 172,032,201 | a month ago | Jan 12, 2023 at 02:34:56 UTC | Success |
| 3x1ZKQHEBCvsajjnV14jZW2h1wSPwe2XH2antjLgQwqhSFaRTyXufSc5Ff9F... | 172,032,198 | a month ago | Jan 12, 2023 at 02:34:55 UTC | Success |
| pavsfDznCfRzJ8g2tnJyuUZDFy4wqgvF4bcyf6XrB73ue9JS6CNcBjZCGDuG... | 172,024,653 | a month ago | Jan 12, 2023 at 01:31:24 UTC | Success |
| 4SFiVb1VFdavdyvYtTjCv7cBuBBfrYHRRtvPPfJGh8wGHwHgyocURkmGJGub... | 172,024,647 | a month ago | Jan 12, 2023 at 01:31:22 UTC | Success |
| 4DoE866q2HduHcJsiN3i2hi4Zgu2x8fZvbnyupBmJfKGNHNa8TEDRDKcv9B1... | 172,024,644 | a month ago | Jan 12, 2023 at 01:31:21 UTC | Success |
| 4FFmgbU8vZBAPXFx7KV5rdAENWzCnCo8oA8hx4YCXyz3KB8AMmgZqm9E1Cq3... | 171,973,824 | a month ago | Jan 11, 2023 at 18:20:44 UTC | Success |
| WA96dMvVHjPpMqtMCoeLpNgZbfyRZV6Mz5R6MFwLeKtjs1uQP62PM1SbLCzs... | 171,973,816 | a month ago | Jan 11, 2023 at 18:20:41 UTC | Success |
| 5g4yoCXgVtBSznhYiMGH9DcTQ5YPCGSgqwAfEUGnvoCWLf2fqW6oXqEqaMXP... | 171,973,808 | a month ago | Jan 11, 2023 at 18:20:36 UTC | Success |
| 4zfvsEobYwnRENKaVCBE2GLPdP61QP6fpPEYvmPoUEZ91AsASgoaTAAk7UJj... | 171,966,886 | a month ago | Jan 11, 2023 at 17:21:07 UTC | Success |

Document title: Explorer | Solana
Capture URL: https://explorer.solana.com/address/m3roABq4Ta3sGyFRLdY4LH1KN16zBtg586gJ3UxoBzb
Capture timestamp (UTC): Wed, 22 Feb 2023 21:09:31 GMT