# **EXHIBIT B**

r/CryptoCurrency Search Reddit

FEEDS
Home
Popular

RECENT
r/CryptoCurrency

TOPICS
Gaming
Sports
Business, Economics, a...
Crypto
Television
Celebrity
More Topics

Create an account to follow your favorite communities and start taking part in conversations.

Join Reddit

r/CryptoCurrency

Posts Polls Predictions Moons Reddit Talk
Our Network Wiki AgoraDesk

r/CryptoCurrency

Posted by u/gnarley_quinn **Permabanned** 30.1k · 4 months ago

# The individual who hacked the Mango protocol has already spoken and made an offer.

GENERAL-NEWS

Apparently the hacker was already linked directly to an FTX wallet, so they have made contact with MANGO already.

The hacker just announced a bounty offer. He kind of wants to be a Robin Hood style white hat hacker.

It's created as a governance proposal for holders to vote on.

The message in full:

> hi all, the mango treasury has about 70M USDC available to repay bad debt. I propose the following. If this proposal passes, I will send the MSOL, SOL, and MNGO in this account to an address announced by the mango team. The mango treasury will be used to cover any remaining bad debt in the protocol, and all users without bad debt will be made whole. Any bad debt will be viewed as a bug bounty / insurance, paid out of the mango insurance fund. By voting for this proposal, mango token holders agree to pay this bounty and pay off the bad debt with the treasury, and waive any potential claims against accounts with bad debt, and will not pursue any criminal investigations or freezing of funds once the tokens are sent back as described above.

EDIT: No, not Robinhood, the morally corrupt exchange.

**242 Comments** **Share** ··· 92% Upvoted

**u/AmexBusiness** · Promoted

American Express® Business Line of Credit: Use what you need, when you need it. Pay only for what you borrow. Apply now. If approved, verify your bank account and earn $250. Terms apply.

