# EXHIBIT C



**AvrahamEisenberg**  Yesterday at 12:35 AM

hey do you understand how realms dao voting works

in particular bonuses for token locks

want to understand if you can lock tokens in the middle of a proposal and immediately get the bonus

---

November 6, 2022

---



**AvrahamEisenberg**  Yesterday at 5:53 PM

Not great, I'm looking to accumulate lots of mngo and then vote for treasury distribution. Trying to guess how much you'd need to push it through, if you withdraw, lock, and vote last minute I think you wouldn't need as much, estimating like 300m?

Or 30% of the supply

---

November 7, 2022

---



**AvrahamEisenberg**  Today at 10:46 AM

How hard would it be to make a proposal that allows some contract to spend the Treasury usdc, perhaps requiring a contract update first?

The idea would be to have a proposal that looks innocuous, don't need people to vote for it but just don't want everyone to mobilize to vote against



**AvrahamEisenberg**  Today at 10:55 AM

actually could you do a dos?

submit like a million proposals in a script

the only people who can vote against are those that can and will write a script to vote on all of them

then you come in last minute and vote yes on whichever ones don't have vetos

then all you need is a quorum



**AvrahamEisenberg**  Today at 11:05 AM

only costs 100k mngo to make a proposal for most of the funds



**AvrahamEisenberg**  Today at 12:21 PM

No, I don't think it uses it up?

It's just a minimum right

I guess daffy would write the script

Because it would be obvious what's going on

Can you submit proposals in a way that doesn't trigger the bot that notifies

Or submit multiple proposals using a single smart contract tx

And then maybe they don't show up on the page?



**AvrahamEisenberg**  Today at 12:40 PM

Looks like the proposal with the most votes got a bit under 500m

So I think I need 300m or 30% of supply and then I can lock for 600m voting power

@AvrahamEisenberg How hard would it be to make a proposal that allows some contract to spend the Treasury usdc, perhaps requiring a contract update first?

the simplest way i guess would be to make the contract a delegate of the treasury account

which would be trivial to write a proposal for

the treasury is just a token account owned by a pda

**AvrahamEisenberg**  Today at 3:56 PM
How easy would it be for people to figure out that's what it does

And could you include it as part of other instructions

Or do something like it executes code in a contract that isn't deployed yet

yeah

you could really obfuscate it

**AvrahamEisenberg**  Today at 3:56 PM
So it seems to do nothing until right before execution when we deploy that contract

Ok let me accumulate 100m mngo first

If you only do a single proposal there's a chance the team vetos all just to be safe

What other sol treasuries have a lot of funds

Maybe I should have just done this a month ago

Costs less

i dont think you can sign for a pda for program A within a CPI to program B

im not sure

someone must have made a list

as a dumb leaderboard project

monkedao must be pretty rich

wow nevermind theyre poor as fuck

https://app.realms.today/realms the realms website is so slow lol



wow nevermind theyre poor as fuck

https://app.realms.today/realms the realms website is so slow lol

> **Realms**

serums dao has like 11m in it

@AvrahamEisenberg And then maybe they don't show up on the page?

metaplex has 15m

**AvrahamEisenberg**  Today at 4:13 PM
There's also a bot that posts in discord

Idk if open source

whats it named

**AvrahamEisenberg**  Today at 4:14 PM
Proposal

> 👑**Proposal** BOT 10/27/2022
> "Claim and withdraw our tokens from Mango"
> proposal will close for voting 🗳️
> https://realms.today/dao/MNGO/proposal
> /5W9Q7ksQKYiA4vVtg7DEZpBRpnsbB2nMkuvN
> fGqE2G9M in 24 hrs
>
> > **Realms**

Probably pulls reams API if it links

 **AvrahamEisenberg** Yesterday at 7:55 PM
Well I don't care if they pass it, I care that they don't mobilize to tell people to vote against
The fewer people vote against the easier it is for me to pass

 well you can have a decodable benign instruction then just update the program
 **AvrahamEisenberg** Yesterday at 7:57 PM
This is what I want
How would it look on the UI?
While it's benign
You update it 15 minutes before expiry and then also vote for it
I guess it would be public which particular vaults are getting touched though?
Like it would clearly say the instruction relates to Treasury usdc vault
Which might raise flags

 **Mrs. Sarah** Today at 13:52
https://mobile.twitter.com/Dogetoshi/status/1589978671498264583

>  **Steven (@Dogetoshi)**
> FTX has appeared to stop processing on-chain withdrawals on Ethereum, Solana, and Tron since roughly 3 hours ago.
>
>  Twitter • Today at 13:50

 **Vires Creditor and Honest Person** Today at 13:58
I was planning on using them to source clean funds for my next trading strategy today
13:58  Wat do
Bridges are too traceable
On the plus side everyone is distracted so war rooms will be slower to react



**AvrahamEisenberg**  Today at 1:06 AM
https://app.realms.today/dao/MNGO/proposal/rqb1xnzEKgQHGCDCFMccbaWDUaCQG5HWVn9VaJz6zyq

**Realms**

Uh
Is this doing anything weird

just looks like a token transfer to me

**AvrahamEisenberg**  Today at 1:07 AM
What's the point

i dont understand the context of who the destination account is

**AvrahamEisenberg**  Today at 1:08 AM
Someone just wants 5 msol?

i think they're just giving some guy 5 msol
yeah

**AvrahamEisenberg**  Today at 1:08 AM
Can we do something that looks like this
But is upgradable or something
In unrelated news when do I bid sol

lets seee
the instruction descriptors seem to be hardcoded
https://github.com/solana-labs/governance-ui/blob/9e5fc631c4c1338e3d9365263023f568005001f3/components/instructions/tools.tsx#L306

GitHub

**governance-ui/tools.tsx at**

although maybe you could uhhh write custom instruction serialization

that serializes your instruction into html

since it just shows {JSON.stringify(instruction.data)} if it cant decode it

im sure theres some reason you cant do that though

**AvrahamEisenberg**  Today at 1:29 AM
are you implying I should xss injectoooor

such as the data being a byte array lol

everything is hardcoded and indexed by the program id of the instruction

so its always gonna look weird if you make a call to a non approved program

unless its a cpi from an approved one somehow

**AvrahamEisenberg**  Today at 1:32 AM
do any of the approved ones let you do based stuff

```
export const INSTRUCTION_DESCRIPTORS = {
  ...SPL_TOKEN_INSTRUCTIONS,
  ...BPF_UPGRADEABLE_LOADER_INSTRUCTIONS,
  ...MANGO_INSTRUCTIONS,
  ...RAYDIUM_INSTRUCTIONS,
  ...MARINADE_INSTRUCTIONS,
  ...LIDO_INSTRUCTIONS,
  ...SOLEND_PROGRAM_INSTRUCTIONS,
  ...FORESIGHT_INSTRUCTIONS,
  ...ATA_PROGRAM_INSTRUCTIONS,
  ...SYSTEM_INSTRUCTIONS,
  ...VOTE_STAKE_REGISTRY_INSTRUCTIONS,
  ...NFT_VOTER_INSTRUCTIONS,
  ...STREAMFLOW_INSTRUCTIONS,
  ...NAME_SERVICE_INSTRUCTIONS,
  ...SAGA_PHONE,
  ...TOKEN_AUCTION_INSTRUCTIONS,
  ...VALIDATORDAO_INSTRUCTIONS,
}
```

fuck knows

**AvrahamEisenberg**  Today at 1:35 AM
can you hit a raydium bid or something

**AvrahamEisenberg** Today at 1:35 AM
can you hit a raydium bid or something
I'll offer 1 sol for 27M and then the instruction sells it?
https://app.realms.today/dao/MNGO/proposal/7MvjENACby7n7jhjJ7j6Jnnhit764wJcSCc4r2ppVKz2



I guess this guy just makes proposal and charges for it
very nice
looking at the defeated proposals

I think you want to make a proposal that looks plausible but shouldn't pass and hope nobody looks too closely
maybe like "spend 1m usdc on mngo buybacks", have one instruction spend 1m, another one use a custom instruction via a program that hasn't been deployed yet
or uses a program that currently spends 1m but gets upgraded

no idea how closely people look but ideally you are doing something complicated enough that you can plausibly tell a story about why you are calling a custom instruction

**AvrahamEisenberg** Today at 1:43 AM
looking at the failed ones, none of them have more than 200m votes

slash even include the gh code

**AvrahamEisenberg** Today at 1:43 AM
well one problem is that I don't have any public identities that could be used
so you need a fresh alt which is sus



yeah

**AvrahamEisenberg**  Today at 1:44 AM
but if title is like spend 100k on mngo buybacks, you write a whole thing about mngo being below treasury, you have code that twaps it over a week published on github?

yeah

**AvrahamEisenberg**  Today at 1:44 AM
it wouldn't pass but it wouldn't get more than like 200m in votes against
and even if it does, if you don't update the program then you haven't showed your hand
and can repeat

yeah good call

**AvrahamEisenberg**  Today at 1:45 AM
you want to get to work on a program to twap mngo buys or something?

**AvrahamEisenberg**  Today at 1:45 AM
realistically it's going to take me a month to accumulate enough mngo anyway
earlier you could have just borrowed the 50m mngo, locked it for 2x vote, and gotten to the 100m quorum

**AvrahamEisenberg**  Today at 1:46 AM
although 100m may not be enough

gotta sleep but i can work on a program like that this week sure

**AvrahamEisenberg**  Today at 1:48 AM
how weird is it for a fresh alt to propose stuff like this
you don't need to push it, it just needs to look normal to people clicking on the bot link

weird but people do weird harmless shit a lot

idk

**AvrahamEisenberg**  Today at 1:50 AM
can do a couple random proposals first

although i have to say its probably pretty weird for a fresh alt to show up with solana code

yeah

**AvrahamEisenberg**  Today at 1:50 AM
well I wouldn't show up in discord at all

you would just publish the proposal and let it speak for itself

yeah

**AvrahamEisenberg**  Today at 1:51 AM
first one would be like just ape 100k on raydium

it would fail, people might point out that 100k gets a lot of slippage

and then second one has a program

1k/hour for 4 days