UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MANGO LABS, LLC,

          Plaintiff,

v.

AVRAHAM EISENBERG,

          Defendant.

---

Civil Action No. 1:23-cv-00665-LJL

## SUPPLEMENTAL DECLARATION OF MARK BERKOWITZ

I, Mark Berkowitz, declare as follows:

1. I am a Partner at Tarter, Krinsky & Drogin LLP, attorneys of record for Defendant Avraham Eisenberg ("Defendant").

2. I make this Supplemental Declaration in further support of Defendant's opposition to Plaintiff's application for a preliminary injunction.

3. I previously submitted a Declaration, dated February 15, 2023, in this matter that included Exhibits number 1-2.

4. Attached hereto as **Exhibit 3** is a true and correct copy of a printout of the webpage https://docs.mango.markets/litepaper, as of February 28, 2023.

5. Attached hereto as **Exhibit 4** is a true and correct copy of a printout of the webpage https://docs.mango.markets, as of February 28, 2023.

6. Attached hereto as **Exhibit 5** is a true and correct copy of a printout of the webpage https://docs.mango.markets/tutorials/how-to-vote-in-governance, as of February 28, 2023.

1

7. Attached hereto as **Exhibit 6** is a true and correct copy of a printout of the webpage https://docs.mango.markets/mango-v3-deprecated/tutorials/getting-started, as of February 28, 2023.

8. Attached hereto as **Exhibit 7** is a true and correct screenshot of the webpage https://trade.mango.markets, accessed on February 28, 2023.

9. Attached hereto as **Exhibit 8** is a true and correct copy of the Complaint, ECF No. 1, filed in *United States Securities and Exchange Commission v. Eisenberg*, Case 1:23-cv-00503, dated January 20, 2023.

10. Attached hereto as **Exhibit 9** is a true and correct copy of a printout of the webpage https://redeem.mango.markets, as of February 28, 2023.

11. Attached hereto as **Exhibit 10** is a true and correct copy of a printout of the webpage https://app.realms.today/dao/MNGO/proposal/HRR4ydbGUYYTCUgr7KvKdINW87HzCQy9Fu6aL8X5BMFUT, as of February 28, 2023.

12. Attached hereto as **Exhibit 11** is a true and correct copy of a printout of the webpage https://dao.mango.markets/dao/MNGO, as of February 28, 2023.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  February 28, 2023  By: *s/ Mark Berkowitz*
       New York, New York           Mark Berkowitz