

Tarter Krinsky & Drogin LLP
1350 Broadway
New York, NY 10018
P 212.216.8000
F 212.216.8001
www.tarterkrinsky.com

**Mark Berkowitz**
Partner
212-216-1166
mberkowitz@tarterkrinsky.com

**Via ECF**  April 3, 2023

The Honorable Lewis J. Liman, U.S.D.J.
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

    Re:   *Mango Labs, LLC v. Eisenberg*, No. 1:23-cv-00665-LJL
           Letter re: Notice of Intent to File Motion to Dismiss

Dear Judge Liman:

    Pursuant to Your Honor's instructions at the March 10, 2023 Hearing and initial pretrial practices, Defendant Avraham Eisenberg advises the Court that it intends to file a motion to dismiss Plaintiff Mango Labs, LLC's Complaint (ECF No. 1) pursuant to Rule 12 of the Federal Rules of Civil Procedure.

                                      Respectfully submitted,

                                      *s/ Mark Berkowitz*

                                      Mark Berkowitz

cc: All Counsel of Record via ECF