```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
MANGO LABS, LLC,                                                   :
                                                                   :
                              Plaintiff,                           :
                                                                   :        23-cv-00665 (LJL)
               -v-                                                 :
                                                                   :            ORDER
AVRAHAM EISENBERG,                                                 :
                                                                   :
                              Defendant.                           :
                                                                   :
-------------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

Pursuant to the Court's Order dated April 12, 2023, Dkt. No. 54, the Government is directed to provide a status update to the Court by April 19, 2024.

SO ORDERED.

Dated: April 16, 2024
       New York, New York                          _____
                                                         LEWIS J. LIMAN
                                                   United States District Judge