UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

MANGO LABS, LLC,                                   Civ No. 1:23-cv-00665-LJL

                Plaintiff,

                                                                   **WITHDRAWAL AS COUNSEL**

    -*v*-

AVRAHAM EINSENBERG,

                Defendant.

------------------------------------------------------------ x

    PLEASE TAKE NOTICE that Richard J.L. Lomuscio hereby withdraws as counsel of record for Defendant Avraham Eisenberg in, and from any further representation of Defendant in connection with, the above-captioned proceeding.  Mark Berkowitz of the law firm Tarter Krinsky & Drogin LLP remains as counsel for Defendant Avraham Eisenberg.

Dated:  April 19, 2024
        New York, New York

                                                **STINSON LLP**

                                                By: _____
                                                Richard J.L. Lomuscio
                                                100 Wall Street, Suite 201
                                                New York, NY 10005
                                                Tel: (646) 883-7475
                                                Fax: (646) 883-7472
                                                richard.lomuscio@stinson.com

                                                *Withdrawing Attorney for Defendant Avraham Eisenberg*

**CERTIFICATE OF SERVICE**

    I hereby certify that on April 19, 2024, I electronically filed the foregoing through the United States District Court, Southern District of New York filing system, which will send notification to the registered participants as identified on the Notice of Electronic Filing.

*[signature]*

_____
Withdrawing Attorney for Defendant