

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 20, 2024

Hon. Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   **Mango Labs LLC v. Avraham Eisenberg**, 23 Cv. 665 (LJL)

Dear Judge Liman:

     The Government writes in response to this Court's request for a status update on the stay in the above-captioned case.  On April 12, 2023, this Court granted the Government's unopposed motion to stay the above-captioned case, in light of the criminal indictment filed against Avraham Eisenberg in *United States v. Eisenberg*, 23 Cr. 10 (AS).  On April 18, 2024, a jury convicted Eisenberg commodities fraud, commodities manipulation, and wire fraud.  The parties are currently briefing post-trial motions, and sentencing is scheduled for October 1, 2024.  In light of the completing of the trial, the Government would not object to lifting the stay in the above-captioned case, if the Court would like to resume those proceedings.

                                          Respectfully submitted,

                                          DAMIAN WILLIAMS
                                          United States Attorney

                             by:   ___/s/_____
                                 Thomas Burnett
                                 Assistant United States Attorney
                                 (212) 637-1064