```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
MANGO LABS, LLC,                                                   :
                                                                   :
                        Plaintiff,                                 :
                                                                   :       23-cv-00665 (LJL)
            -v-                                                    :
                                                                   :            ORDER
AVRAHAM EISENBERG,                                                 :
                                                                   :
                        Defendant.                                 :
                                                                   :
-------------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

The stay of this case is lifted. The Court will hold a telephonic status conference on this action on July 11, 2024 at 2:00 PM. Parties are directed to dial into the Court's teleconference number at 888-251-2909, Access Code 2123101, and follow the necessary prompts.

SO ORDERED.

Dated: May 21, 2024
       New York, New York                    _____
                                                      LEWIS J. LIMAN
                                                 United States District Judge