**MORRISON FOERSTER**

250 WEST 55TH STREET
NEW YORK
NEW YORK  10019-9601

TELEPHONE: 212.468.8000
FACSIMILE: 212.468.7900

WWW.MOFO.COM

MORRISON & FOERSTER LLP

AUSTIN, BEIJING, BERLIN, BOSTON,
BRUSSELS, DENVER, HONG KONG,
LONDON, LOS ANGELES, MIAMI,
NEW YORK, PALO ALTO, SAN DIEGO,
SAN FRANCISCO, SHANGHAI, SINGAPORE,
TOKYO, WASHINGTON, D.C.

July 2, 2024

Writer's Direct Contact
+1 (212) 336-8638
ALawrence@mofo.com

Hon. Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *Mango Labs, LLC v. Eisenberg*, 1:23-cv-00665-LJL (S.D.N.Y.)

Dear Judge Liman,

I am one of several attorneys for Mango Labs, LLC ("Plaintiff") in the above referenced case associated with the firm of Morrison & Foerster LLP.  I write to respectfully request the court endorse its permission for Lara McDonough, William Frentzen and Joseph Alexander Lawrence to withdraw as counsel without the necessity of a formal motion.

Plaintiff will continue to be represented by other attorneys who have previously appeared in this action, namely, Michael Burshteyn, at Greenberg Traurig, LLP, and Rafael Yakobi, at The Crypto Lawyers, PLLC.

Pursuant to the order entered on May 21, 2024, a Telephone Conference is set for July 11, 2024 at 2:00 p,m. The withdrawal will not cause or result in any delay or prejudice, and the withdrawing attorneys are not at this time asserting a retaining or charging lien.

Wherefore, I respectfully request the withdrawal as counsel for Plaintiff be granted and the clerk be directed to remove Lara McDonough, William Frentzen and Joseph Alexander Lawrence from the CMECF service list.

**MORRISON FOERSTER**

Hon. Lewis J. Liman
July 1, 2024
Page Two


Sincerely,

*J. Alexander Lawrence*

J. Alexander Lawrence
Partner

cc: Counsel via CMECF |
Mango Labs, LLC by overnight mail


ny-2757898