

Michael Burshteyn<br>
Tel 415.655.1300<br>
Michael.Burshteyn@gtlaw.com

July 8, 2024

Hon. Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *Mango Labs, LLC v. Eisenberg*, 1:23-cv-00665-LJL (S.D.N.Y.); Joint request to stay case pending a restitution order or hearing

Dear Judge Liman,

Mango Labs, LLC and Avraham Eisenberg together respectfully request that the Court stay the above-captioned case temporarily until Mr. Eisenberg's upcoming restitution hearing in the criminal case pending before Judge Subramanian, or until a restitution order is issued, whichever occurs earlier (*USA v. Eisenberg*, 1:23-cr-00010-AS ("Criminal Action")).

Mr. Eisenberg's sentencing is presently set for October 1, 2024 (Dkt. 175). We expect a restitution order to result then, or a restitution hearing to be held soon after. The Parties have met and conferred and believe a stay until after a restitution order issues or restitution hearing is concluded, whichever is earlier, would be efficient and conserve the Court's and Parties' resources.[1]

                                         Respectfully,

                                         Michael Burshteyn

cc: Counsel via CM/ECF

---

[1] Both Parties reserve all rights with respect to future stay requests or considerations in this case or the Criminal Action.

**Greenberg Traurig, P.A. | Attorneys at Law**
101 Second Street | Suite 2200 | San Francisco, CA 94105 | T +1 415.655.1300

www.gtlaw.com