

Michael Burshteyn  
Tel 415.655.1300  
Michael.Burshteyn@gtlaw.com

December 20, 2024

Hon. Lewis J. Liman  
United States District Court  
Southern District of New York  
500 Pearl Street  
New York, New York 10007

Re:   Joint Status Update; *Mango Labs, LLC v. Eisenberg*, 1:23-cv-00665-LJL (S.D.N.Y.)

Dear Judge Liman:

Mango Labs, LLC and Avraham Eisenberg provide the Court a status update pursuant to the Court's October 8, 2024 Order (Dkt. 68).

Since the filing of the Parties' joint request for stay on July 8, 2024 (Dkt. 63), the sentencing hearing in Mr. Eisenberg's criminal case (*USA v. Eisenberg*, 1:23-cr-00010-AS ("Criminal Action")) before Judge Subramanian has been postponed. Mr. Eisenberg's sentencing hearing is presently set for February 11, 2025 (Criminal Action Dkt. 193).[1] Accordingly, the Parties believe that this Action should remain stayed in order to continue conservation of the Court's and Parties' resources.

Respectfully,

Michael Burshteyn

cc: Counsel via CM/ECF

The stay will remain in effect pending further order of the Court. The parties are directed to submit a joint status report no later than March 3, 2025.

LEWIS J. LIMAN  
United States District Judge

December 23, 2024

---

[1] Sentencing was previously set for December 12, 2024 (Criminal Action Dkt. 185).

**Greenberg Traurig, P.A. | Attorneys at Law**  
101 Second Street  |  Suite 2200  |  San Francisco, CA 94105  |  T +1 415.655.1300

www.gtlaw.com