

Michael Burshteyn
Tel 415.655.1300
Michael.Burshteyn@gtlaw.com

March 3, 2025

Hon. Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:      Joint Status Update; *Mango Labs, LLC v. Eisenberg*, 1:23-cv-00665-LJL (S.D.N.Y.)

Dear Judge Liman:

Mango Labs, LLC and Avraham Eisenberg provide the Court a status update pursuant to the Court's December 23, 2024 Order (Dkt. 70).

Since the filing of the Parties' joint request for stay on July 8, 2024 (Dkt. 63), the sentencing hearing in Mr. Eisenberg's criminal case (*USA v. Eisenberg*, 1:23-cr-00010-AS ("Criminal Action")) before Judge Subramanian has been postponed. Mr. Eisenberg's sentencing hearing is presently set for April 10, 2025 (Criminal Action Dkt. 196).[1] Accordingly, the Parties believe that this Action should remain stayed in order to continue conservation of the Court's and Parties' resources.

Respectfully,

Michael Burshteyn

cc: Counsel via CM/ECF

---

[1] Sentencing was previously set for February 11, 2025 (Criminal Action Dkt. 193).

**Greenberg Traurig, P.A. | Attorneys at Law**
101 Second Street | Suite 2200 | San Francisco, CA 94105 | T +1 415.655.1300

www.gtlaw.com