**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x
                                                                                                                                      :

MANGO LABS, LLC,                                                                                                          :

            Plaintiff,                                             :      Civil Action No. 1:23-cv-00665-LJL

    v.                                                               :

AVRAHAM EISENBERG,                               :

            Defendant.                                      :

---------------------------------------------------------------- x

AVRAHAM EISENBERG,

            Counterclaim-Plaintiff,

    v.

MANGO LABS, LLC; MANGO DAO; and
DAFYDD DURAIRAJ,

            Counterclaim and
            Third-Party Defendants.

---------------------------------------------------------------- x

**[PROPOSED] TEMPORARY RESTRAINING ORDER**

      **THIS MATTER**, having come before the Court on the Motion for a Temporary Restraining Order and Preliminary Injunction by Defendant Avraham Eisenberg pursuant to Fed. R. Civ. P. 65(a) and (b); and the Court having considered the Complaint, Exhibits and the Memorandum of the Defendant; and it appearing that there a likelihood of success on the merits in that it appears that the Defendant has established that the Plaintiff Mango Labs, LLC ("Mango Labs") and third-party Defendants Mango DAO and Dafydd Durairaj (collectively, "Counterclaim-Defendants") have breached their Settlement Agreement with Defendant, and/or fraudulently induced Defendant

1

into entering the Agreement, and Defendant has suffered, and continues to suffered damage, as a result of the violations; and it appearing that the Defendant will suffer immediate and irreparable harm without the issuance of preliminary relief; and it appearing that the balance of the hardships weigh in favor of Defendant; and it appearing that the public interest is served; and for good cause,

**NOW THEREFORE**, it is on the ___ Day of January 2026, at ____ o'clock, a.m./p.m.,

**ORDERED** that Counterclaim-Defendants Mango Labs, Mango DAO, and Dafydd Durairaj are, **ORDERED** to **IMMEDIATELY** take such actions to secure and freeze all assets held in, or controlled by, the Mango DAO, including all assets in the treasury of the Mango DAO;

**IT IS FURTHER ORDERED** that Counterclaim-Defendants Mango Labs, Mango DAO, and Dafydd Durairaj are enjoined from: (1) transferring, dissipating or disposing of the assets held in the treasury of the Mango DAO; and (2) taking further steps to dissolve the Mango DAO;

**IT IS FURTHER ORDERED** that Counterclaim-Defendants Mango Labs, Mango DAO, and Dafydd Durairaj are enjoined from introducing, or voting on, any proposals that would further the transfer, dissipation or disposal of the assets held in the treasury of the Mango DAO; or further the dissolution of the Mango DAO; and Counterclaim-Defendants Mango Labs, Mango DAO, and Dafydd Durairaj are directed to take all available actions to terminate any pending proposals that that would further the transfer, dissipation or disposal of the assets held in the treasury of the Mango DAO or dissolution of the Mango DAO;

**IT IS FURTHER ORDERED** that this Order shall apply to Mango Labs, Mango DAO, and Dafydd Durairaj their members, officers, servants, agents or employees, and anyone acting in concert with them, including all MNGO token holders; and

**IT IS FURTHER ORDERED** that the Parties shall appear personally or virtually before this Court at ____ a.m./p.m. on the ____ day of January, 2026 for a Preliminary Injunction Hearing.

3

_____
Hon. Lewis J. Liman
U.S. District Judge
Southern District of New York