UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

        :

MANGO LABS, LLC,        :

        :

        Plaintiff,        :        23-cv-665 (LJL)

        :

        -v-        :        ORDER

        :

AVRAHAM EISENBERG,        :

        :

        Defendant.        :

        :

-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

This case is currently stayed, *see* Dkt. No. 70, but Defendant and Counterclaim-Plaintiff Avraham Eisenberg has filed a motion for a temporary restraining order: (1) enjoining Counterclaim-Defendants from transferring, dissipating, or disposing of the assets held in the treasury of the Mango DAO; and (2) enjoining Counterclaim-Defendants from taking further steps to dissolve the Mango DAO, *see* Dkt. No. 73. The stay in this case is hereby lifted for the limited purpose of addressing the motion for a temporary restraining order.

The Court will hold a Microsoft Teams conference on the motion later today, January 27, 2026, at 4:00 PM. The parties will be provided instructions for accessing the hearing via email. The public and press may access the hearing via the Court's audio-only teleconference line by dialing 646-453-4442 and using conference ID# 358639322.

        SO ORDERED.

Dated: January 27, 2026
       New York, New York

                            LEWIS J. LIMAN
                        United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/27/2026