```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                                                     :
MANGO LABS, LLC,                                                     :
                                                                     :
                              Plaintiff,                             :
                                                                     :        23-cv-665 (LJL)
         -v-                                                         :
                                                                     :           ORDER
AVRAHAM EISENBERG,                                                   :
                                                                     :
                              Defendant.                             :
                                                                     :
---------------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

The Court held a hearing yesterday, January 27, 2026, on Counterclaim-Plaintiff Avraham Eisenberg's motion for a temporary restraining order. As indicated on the record at the hearing, the application for a temporary restraining order is DENIED. At this stage and on this record, Counterclaim-Plaintiff has failed to establish irreparable harm and likelihood of success on the merits.

By January 29, 2026, the parties shall file a letter with the Court proposing a briefing schedule on Counterclaim-Plaintiff's anticipated motion for a preliminary injunction.

By February 3, 2026, the parties shall also file letters with the Court detailing their respective positions regarding lifting the stay in this case. The United States Attorney's Office is invited to file a letter offering their views on this issue as well.

The Clerk of Court is respectfully directed to close Dkt. No. 73.

SO ORDERED.

Dated: January 28, 2026
       New York, New York                                    _____
                                                             LEWIS J. LIMAN
                                                             United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/28/2026