

Tarter Krinsky & Drogin LLP
1350 Broadway
New York, NY 10018
P 212.216.8000
F 212.216.8001
www.tarterkrinsky.com

**Mark Berkowitz**
**Partner**
**212-216-1166**
**mberkowitz@tarterkrinsky.com**

<u>**Via ECF**</u>                                                                                            January 29, 2026

The Honorable Lewis J. Liman, U.S.D.J.
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

   Re: *Mango Labs, LLC v. Eisenberg*, No. 1:23-cv-00665-LGD
      <u>Joint Letter regarding Preliminary Injunction and Stay of Case</u>

Dear Judge Liman:

   We represent Defendant and Counterclaim-Plaintiff Avraham Eisenberg in the above-referenced matter.  We write jointly with Plaintiff in response to the Court's January 28, 2026 Order (ECF No. 80).

   First, Mr. Eisenberg advises that he will not be moving forward with the contemplated preliminary injunction motion at this time.  Accordingly, there is no need to set a briefing schedule.

   Second, the Parties agree that the case should remain stayed pending the appeal of the criminal matter filed by the United States, *United States of America v. Eisenberg*, 25-1782, (2d Cir.).

   The Parties thank the Court for its continued attention to this matter.

       Respectfully submitted,

       <u>*s/ Mark Berkowitz*</u>

       Mark Berkowitz


cc: All Counsel of Record via ECF