## GT GreenbergTraurig

Michael Burshteyn
Tel 415.655.1300
Michael.Burshteyn@gtlaw.com

May 4, 2026

Hon. Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

> **Re:**    **Status Update;** *Mango Labs, LLC v. Eisenberg*, **1:23-cv-00665-LJL (S.D.N.Y.)**

Dear Judge Liman:

Mango Labs, LLC provides the Court with this status update pursuant to the Court's January 30, 2026, Memo Endorsement (ECF No. 82).

The appeal of Mr. Eisenberg's criminal case (*USA v. Eisenberg*, 25-1782 (2d Cir.) is still proceeding. Accordingly, Mango Labs, LLC believes that this Action should remain stayed in order to conserve the Court's and Parties' resources.

Respectfully,

Michael Burshteyn

cc: Counsel via CM/ECF

**Greenberg Traurig, P.A. | Attorneys at Law**

101 Second Street  |  Suite 2200  |  San Francisco, CA 94105  |  T +1 415.655.1300

www.gtlaw.com