

Michael Burshteyn
Tel 415.655.1300
Michael.Burshteyn@gtlaw.com

August 4, 2026

Hon. Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

     **Re:**    **Joint Status Update;** *Mango Labs, LLC v. Eisenberg***, 1:23-cv-00665-LJL (S.D.N.Y.)**

Dear Judge Liman:

Mango Labs, LLC, together with Mr. Avraham Eisenberg, provides the Court with this status update pursuant to the Court's January 30, 2026, Memo Endorsement (ECF No. 82).

The appeal of Mr. Eisenberg's criminal case (*USA v. Eisenberg*, 25-1782 (2d Cir.) is still proceeding. Accordingly, the Parties believe that this Action should remain stayed in order to conserve the Court's and Parties' resources.

          Respectfully,

          Michael Burshteyn

cc: Counsel via CM/ECF

**Greenberg Traurig, P.A. | Attorneys at Law**

101 Second Street | Suite 2200 | San Francisco, CA 94105 | T +1 415.655.1300

www.gtlaw.com